Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

~~EASTERN~~ District of _CALIFORNIA_

```
FILED
Jan 03, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
```

JARED ANDREW MARTIN
_____

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

CORRECTIONAL
OFFICER
D. CASTILLO EX AL. "SEE ATTACHED"
_____

Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

Case No. **1:22-cv-00002-SAB (PC)**

*(to be filled in by Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

RECEIVED

DEC 1 3 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

PAGE 1 OF 22

Page 1 of 11

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

I.      The Parties to This Complaint

A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                            Jared   MARTIN

All other names by which
you have been known:

ID Number                       BL 1279

Current Institution             KERN  VALLEY  STATE  PRISON

Address                         P.O.  BOX  6000

                                DELANO          CA      93216
                                _____City_____  _State_  _Zip Code_

B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
        Name                    D.  CASTillo
        Job or Title *(if known)*  CORRECTIONAL OFFICER
        Shield Number
        Employer            KVSP, CALIFORNIA DEPARTMENT OF CORRECTIONS and Rehabilition
        Address                 P.O. BOX 3000 W. CECIL  AVENUE
                                DELANO          CA      93216
                                _____City_____  _State_  _Zip Code_
        ☐ Individual capacity   ☐ Official capacity

Defendant No. 2
        Name                    CHRISTIAN  PFEIFFER
        Job or Title *(if known)*  WARDEN
        Shield Number           3000  WEST  CECIL  AVENUE
        Employer                KERN VALLEY STATE PRISON
        Address

                                DELANO          CA      93216
                                _____City_____  _State_  _Zip Code_
        ☐ Individual capacity   ☐ Official capacity

PAGE 2 OF 22

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name · DARREN HUCKABAY

Job or Title *(if known)* · SERGEANT CORRECTIONAL OFFICER

Shield Number

Employer · VALLEY STATE PRISON

Address · 21633 AVE 24

Chowchilla · CA · 93610

*City* · *State* · *Zip Code*

[✗] Individual capacity   [ ] Official capacity

Defendant No. 4

Name · RAYTHEL FISHER

Job or Title *(if known)* · WARDEN

Shield Number

Employer · CDCR, VALLEY STATE PRISON

Address · 21633 AVE 24

Chowchilla · CA · 93610

*City* · *State* · *Zip Code*

[✗] Individual capacity   [✗] Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✗] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1RST, 4TH, 5TH, 8TH AND 14TH AMENDMENTS

U.S. CONSTITUTION

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

PAGE 3 OF 22

Jared Martin   CDCR# BL1274
Name and Prisoner/Booking Number

Kern Valley State Prison
Place of Confinement

P.O. Box 6060
Mailing Address

Delano, CA 93216
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Jared Andrew Martin                    )
(Full Name of Plaintiff)       Plaintiff,    )
                                       )
                                       )
v.                                     )   CASE NO. _____
                                       )
(1) E. Guthery  VSP            ,       )        (To be supplied by the Clerk)
(Full Name of Defendant)               )
(2) A. Leyva   KVSP            ,       )
                                       )
(3) Kathleen Allison  CDCR     ,       )   **CIVIL RIGHTS COMPLAINT**
             Secretary                 )   **BY A PRISONER**
(4) LT. J. Melvin  KVSP        ,       )
             Defendant(s).             )   ☐ Original Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them.   )   ☐ First Amended Complaint
                                       )   ☐ Second Amended Complaint

## A. JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:

☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).

☐ Other: _____

2.   Institution/city where violation occurred: Kern Valley State Prison in Delano, California
     Valley State Prison in Chowchilla, California

## B. DEFENDANTS

1. Name of first Defendant: E. GUTHERY . The first Defendant is employed as:
LT. ISU at VALLEY STATE PRISON .
   (Position and Title)                    (Institution)

2. Name of second Defendant: A. LEYVA . The second Defendant is employed as:
GRIEVANCE COORDINATOR at KERN VALLEY STATE PRISON .
   (Position and Title)                    (Institution)

3. Name of third Defendant: KATHLEEN ALLISON . The third Defendant is employed as:
SECRETARY OF THE CALIFORNIA at DEPARTMENT OF CORRECTIONS AND REHABILITATION
   (Position and Title)                    (Institution)

4. Name of fourth Defendant: LT. J. MELVIN . The fourth Defendant is employed as:
LT. at KERN VALLEY STATE PRISON .
   (Position and Title)                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?        ☐ Yes        ☑ No

2. If yes, how many lawsuits have you filed? _____.  Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

Plaintiff's Name JARED MARTIN
Inmate No. BL1374
Address P.D. BOX 6600
DELANO, CA 43716

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

JARED MARTIN
(Name of Plaintiff)                                    (Case Number)

vs.                                                    COMPLAINT

T. JARRETT, VSP                                        Civil Rights Act, 42 U.S.C. § 1983
N. SALAS, VSP
P.A. SISIDIO, VSP
SGT. ESCOREDO, KVSP
SGT. ANDERSON, KVSP
OFFICER NORTHCUTT, KVSP
H. MOSELEY, CDCR
(Names of all Defendants)

I. Previous Lawsuits (list all other previous or pending lawsuits on back of this form):

   A.    Have you brought any other lawsuits while a prisoner?  Yes ___  No ___

   B.    If your answer to A is yes, how many? _____
         Describe previous or pending lawsuits in the space below.
         (If more than one, use back of paper to continue outlining all lawsuits.)

         1.  Parties to this previous lawsuit:

         Plaintiff _____

         Defendants _____

         _____

         _____

         _____

         2.  Court (if Federal Court, give name of District; if State Court, give name of County)

         _____

         3.  Docket Number _____ 4. Assigned Judge _____

         5.  Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

         _____

         6.  Filing date (approx.) _____ 7. Disposition date (approx.) _____

PAGE B OF 88

II.    Exhaustion of Administrative Remedies

      A.    Is there an inmate appeal or administrative remedy process available at your institution?

      Yes___  No___

   B.    Have you filed an appeal or grievance concerning ALL of the facts contained in this complaint?

      Yes___  No___

      If your answer is no, explain why not_____

      _____

      _____

      _____

   C.    Is the process completed?

      Yes___     If your answer is yes, briefly explain what happened at each level.

      _____

      _____

      No___     If your answer is no, explain why not.

      _____

      _____

      _____

NOTICE:    Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a).  If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution.  You are required to complete (exhaust) the inmate appeal or administrative remedy process before filing suit, regardless of the relief offered by the process.  Booth v. Churner, 532 U.S. 731, 741 (2001); McKinney v. Carey, 311 F.3d 1198, 1999 (9th Cir. 2002).  Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you must exhaust the process before filing suit.  Booth, 532 U.S. at 734.

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank.  Use item B for the names, positions and places of employment of any additional defendants.)

   A.    Defendant OFFICER JIMENEZ is employed as CORRECTIONAL OFFICER at KERN VALLEY STATE PRISON

B.    Additional defendants  A. GOMEZ , KERN VALLEY STATE PRISON
CORRECTIONAL OFFICER R. GARCIA , KVSP
OFFICER DELGADO VALLEY STATE PRISON
L. MCVAY [MCMA008] (DW)
CORRECTIONAL OFFICER L. LERMA, VSP
CORRECTIONAL OFFICER W. MAYFIELD, VSP
S. SMITH [SMIT007] (DW)(A)
CORRECTIONAL OFFICER R. CASTILLO, VSP
CORRECTIONAL OFFICER DELACRUZ , KVSP
LT. GUZMAN , VSP
CORRECTIONAL OFFICER CARDENAS, KERN VALLEY STATE PRISON

IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved,
including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra
sheets if necessary.) ,

V.    Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or
statutes.)    I APOLOGIZE FOR THE DIFFERENCE
IN PAPERS. THIS IS ALL I HAVE. THE
PRISON REFUSES TO GIVE ME WHAT I
NEED.   PLEASE ACCEPT THIS COMPLAINT. THIS
IS THE ONLY WAY I CAN GET HELP. CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION EMPLOYEES DO
NOT WANT ME IN COURT, THEY (CDCR) EMPLOYEES
DO NOT WANT TO STOP TORTURING INMATES.

I declare under penalty of perjury that the foregoing is true and correct.

Date   11-2-2021

Signature of Plaintiff

(revised 6/01/04)

2. Court (if Federal Court, give name of District; if State Court, give name of County)

_____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II.  Exhaustion of Administrative Remedies

   A.  Is there a grievance procedure available at your institution?   ☐ Yes    ☐ No

   B.  Have you filed a grievance concerning the facts relating to this complaint?
                                                                ☐ Yes    ☐ No

       If your answer is no, explain why not _____

_____

   C.  Is the grievance process completed?          ☐ Yes    ☐ No

III.  Defendants

   (In Item A below, place the full name of the defendant in the first blank, his/her official
   position in the second blank, and his/her place of employment in the third blank.  Use item B
   for the names, positions and places of employment of any additional defendants.)

   A.  Defendant  A. GOMEZ          is employed as  INTERNAL
   AFFAIRS          at _____

   B.  Additional defendants  LT. LICONE   INTERNAL AFFAIRS
   C. STARK    ASSOCIATE WARDEN   KERN VALLEY STATE PRISON
   OFFICER J. GODINEZ   KERN VALLEY STATE PRISON
   OFFICER DIAZ      KVSP
   OFFICER FIGEROUA   KVSP
   SERGEANT HILMEBRAND   KVSP
   D. GOREE    A YARD CAPTAIN   KERN VALLEY STATE PRISON

PAGE     9 OF 22

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any
statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."
42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color
of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of
federal law.  Attach additional pages if needed.

I WAS STABBED, BEATEN, ABUSED, HARASSED PHYSICALLY AND SEXUALLY

ASSAULTED PHYSICALLY AND SEXUALLY, THREATENED BY CORRECTIONS OFFICERS.
THEY HAVE ALSO TRIED TO KILL ME.

III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☑   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the
alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include
further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite
any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

VALLEY STATE PRISON          AND          KERN VALLEY STATE PRISON

APRIL 17, 2020  MAY 6, 2020  MARCH 4, 2021  IT HAPPENS ALWAYS

PAGE   10  OF  22

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

C.  What date and approximate time did the events giving rise to your claim(s) occur?

12-14-2020   2-16-2021   5-13-2021   2-25-2021
1-29-2021   12-11-2020   12-24-2020   8-9-2021
8-10-2021 AND OTHER DATES. THE EVENTS HAPPENED ON
DIFFERENT DATES AND TIMES I HAVE BEEN REPEATEDLY ASSAULTED.

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I HAVE AT LEAST A DOZEN OR MORE WITNESSES.
OFFICER D. CASTILLO HAS PHYSICALLY AND SEXUALLY ASSAULTED ME, OFFICER
NORTHCUTT HAS COMMITTED ASSAULT AND BATTERY ON ME TWICE, HE ALSO
THREATENED TO KILL ME. SERGEANT DARREN HUCKABAY HAS BEAT
ME UP AND WROTE FALSE POLICE REPORTS ON ME. OFFICER DELACRUZ
THROWS MY LUNCH ON THE FLOOR AND WILL NOT HELP ME WITH
FLOODING CELLS, I AM BEING DENIED MEDICAL TREATMENT ETC.

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

BROKEN SHOULDER, BUSTED NOSE, SORES ON ARMS AND LEGS AND
BUMPS AND BRUISING ON HEAD, THE PRISON NEVER TREATED
ANY OF THE INJURIES. THEY (THE STAFF) TRIED TO COVER
UP THE BEATINGS AND TORTURE.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

IN ORDER TO PREVENT OTHER INMATE FROM BEING ABUSED.
I WANT KERN VALLEY STATE PRISON AND USP CLOSED DOWN.
I WANT THESE PEOPLE PUT IN FEDERAL PRISON, I WANT
THEM FIRED, I WANT THEIR BADGES AND POSITIONS TAKEN AWAY.
I WANT PRISON REFORM. I WANT GPS BODY CAMS SO THEY CAN'T TURN
THEM OFF. I WANT THIS TORTURE STOPPED. I WANT FEDERAL AND STATE
JUSTICE DEPARTMENT INVESTIGATIONS OF KVSP, USP, CDCR, ISU AND INTERNAL
AFFAIRS. I WANT 100 MILLION DOLLARS IN DAMAGES.

PAGE 11 OF 22

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: First, Fourth, Fifth, Eighth and Fourteenth amendments US. constitution

2. **Claim I.** Identify the issue involved.  Check **only one.**  State additional issues in separate claims.

   [✓] Basic necessities    [ ] Mail    [ ] Access to the court    [ ] Medical care

   [✓] Disciplinary proceedings    [ ] Property    [ ] Exercise of religion    [ ] Retaliation

   [✓] Excessive force by an officer    [ ] Threat to safety    [ ] Other: _____

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Claim I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

   I HAVE BEEN PHYSICALLY AND SEXUALLY ABUSED BY OFFICER JARRETT, USED TO WRITE ME UP ON FALSE CHARGES FOR NOT TAKING MY CLOTHES OFF FOR HIM TO SEE ME NAKED. SERGEANT HUCKABAY USED TO BEAT ME AND STARVE ME AND MAKE FALSE CHARGES AGAINST ME, HE ALSO USED TO TELL THE OTHER OFFICERS TO ABUSE ME, OFFICER N. SALAS WROTE ME UP SEVERAL TIMES FOR THINGS I DID NOT DO N. SALAS ASSAULTED ME. AND REPEATEDLY HARASSED ME. VALLEY STATE PRISON STAFF INCLUDING WARDEN FISHER COMMITTED FEDERAL CRIMES, TORTURED ME AND TRIED TO COVER IT UP. WITNESSES INCLUDE: JERONIMO SANCHEZ V04333, HASAN HALL BJ0138, DEMARZIE MACKEY K59070, GABRIEL DIAZ AL8067, TIMOTHY MOSLEY BL6333, LAMAR LOVE K35400 CDCR HAS BEEN COVERING UP CORRECTIONAL OFFICERS ABUSE AND TORTURE OF ME.

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

   BROKE SHOULDER, BUSTED LIPS, SORES ON LEGS AND HANDS. BACK TROUBLE AND MENTAL TRAUMA. I WAS CONTINUALLY TORTURED AND ABUSED.

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    [✓] Yes   [ ] No

   b. Did you submit a request for administrative relief on Claim I?    [✓] Yes   [ ] No

   c. Did you appeal your request for relief on Claim I to the highest level?    [✓] Yes   [ ] No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: 1st, FOURTH, FIFTH, 8th AND 14th AMENDMENT U.S. Constitution.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities   ☑ Mail   ☐ Access to the court   ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I HAVE HAD MY LEGAL MAIL READ, OPENED, NOT DELIVERED TO ME, NOT SENT OUT, NOT PROCESSED FOR DELIVERY, AND HELD FROM ME FOR 1 WEEK OR DAYS AT A TIME. BOTH AT KERN VALLEY STATE PRISON AND VALLEY STATE PRISON. THE PRISON IS NOT GIVING ME PAPER AND ENVELOPES TO WRITE THE COURTS OR ANSWER COURT DOCUMENTS. CORRECTIONS OFFICERS HAVE THROWN MY LEGAL MAIL ON THE FLOOR AND SAID SOME LIKE "HERE IS YOUR MAIL BITCH". ON 10-29-2021 A CORRECTIONAL OFFICER OPENED MY MAIL AND WAS READING IT. WHEN I ASKED HIM NOT TO DO THAT, HE SAID "I CAN DO WHAT THE FUCK I WANT". THESE ARE FEDERAL CRIMES. IT IS TAMPERING WITH THE MAIL.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   DISALLOWING MY LEGAL ACCESS TO COURT AND LEGAL ASSISTANCE, NOT ALLOWING ME DECENT TIME IN THE LAW LIBRARY. HOLDING UP LITIGATION

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?   ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?   ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

PAGE   13 OF 22

## CLAIM III

1. State the constitutional or other federal civil right that was violated: FIRST, FOURTH, FIFTH, EIGHTH AND FOURTEENTH AMENDMENTS U.S. CONSTITUTION.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☑ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I WAS BEATEN BY OFFICER NORTHCUTT ON MARCH 4, 2021, HE AND THREATEN TO KILL ME HE RECENTLY ATTACKED ME AGAIN, OFFICER CASTILLO, GOMEZ, GARCIA, SGT. HILDEBRAND, SGT. ESCOBEDO AND CORRECTIONAL OFFICER CARDENAS HAVE BEEN PHYSICALLY ASSAULTING ME. USING UNNESSARY AND EXCESSIVE FORCE AGAINST ME. TRYING TO MURDER ME. ON MULTIPLE OCCASIONS CORRECTIONS OFFICER HAVE THREATEND TO GIVE ME "STAFF ASSAULTS", MEANING THEY (STAFF) ARE GOING TO LIE AND SAY I ATTACKED THEM. IN ORDER TO GIVE ME A CHARGE AND KEEP ME IN PRISON. OFFICER CASTILLO IS STABBING ME. WITNESSES INCLUDE: JACKSON A1334, BROOKS AA2536, WASHINGTON E44667, DAVIS AW7860, JOHNSON AG099, ALLEN K41879, MITCHELL 383707, WILLIAMS AV0074, MILON E67351 FOSTER AX7824, HARVEY A57084, DAVIS RC1537, HAMILTON K54885 AND OTHERS.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   MENTAL AND PHYSICAL PAIN. I CANNOT EVEN MENTION THE MEDICAL MALPRACTICE AND DELIBERATE INDIFFERENCE BECAUSE I DO NOT HAVE ENOUGH PAPER.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____ _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

PAGE 14 OF 22

# Claim IV

1. State the constitutional or other federal civil right that was violated: First, Fourth, Fifth, Eight and Fourteeth Amendments United States Constitution

2. Claim IV. Identify the issue involved. Check only one. State additional issues in separate claims.

☐ Basic Necessities     ☐ Mail     ☐ Access to the court
☐ Disciplinary Proceedings    ☐ Property    ☐ Exercise of Religion
☐ Excessive force by an officer ☐ Threat to safety ☑ Medical care
                                               ☐ Retaliation

3. Supporting facts. California department of corrections in denying proper healthcare. I am in constant unbearable pain, chronic pain. Nerve damage, neuro muscular diseases and degenerative disks disease. Dystonia and arthritis in hands and plus both hips, both Kern valley state prison and valley state prison have refused to give me pain management doctors or pain specialist. They have refused to give me anything stronger than tylenol with codine even when I had hernia and cancer surgeries. I am in continual unbearable pain everyday from head to toe. My medical care has been inadequate. Medical staff have been deliberately indifferent. Prison medical staff have misdiagnosed medical issues and at times purposely mistreated or ignored my problems. Medical staff have assisted correction officers in covering up the beatings. Refusing to to report the physical assaults and also not treating the injuries from beatings, nursing staff have falsified documents and assisted in corrections officers torturing me. Some medical staff have cursed me out, told me I was faking sickness. Others have claimed I threatend them and written me up. Many times medical staff have just refused to treat my illneses. Some quotes from nurses are "get the fuck out of here" "your just going to have to suck it up" "there aint shit in your medical file" and "fuck you"

Page 14 A of 22

CLAIM IV

I BEEN REFUSED MEDICAL CARE BY NURSES DOZENS OF TIMES. THEY HAVE CALLED ME LIAR AND SAID THERE WAS NOTHING WRONG WITH ME. THAT I WAS "TRYING TO GAME THE SYSTEM". MEDICAL STAFF HAVE BEEN RUDE DISRESPECT LIED TO ME AND ON ME. DOCTORS HAVE + THEMSELVES HAVE BEEN PERSONALLY INVOLVED IN THE TORTURE. REFUSING TO TREAT ME, PUTTING ME IN ROOMS WITH FREEZING TEMPERATURES AND LYING AND SAYING I REFUSED TREATMENT OR THEY COULDN'T FIND ANY ISSUE. DOCTORS AND NURSES WORKING FROM VALLEY STATE PRISON AND VALLEY STATE PRISON HAVE FALSIFIED REPORTS AND MEDICAL RECORDS. THEY (MEDICAL STAFF) HAVE BEEN ENGAGING IN ABUSE AND TORTURE OF ME. REFUSING TO GIVE ME MY MEDICINES. NOT GIVING ICE PACKS WHEN MY GROIN WAS SWOLLEN AFTER HERNIA SURGERY. THE LIST GOES ON. CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION MEDICAL STAFF AND PRISON EMPLOYEES HAVE BEEN NEGLIGENT, IRRESPONSIBLE AND UNCARING AND UNPROFESSIONAL AND COMMITTING MEDICAL MALPRACTICE AND CRUEL AND UNUSUAL PUNISHMENT. I HAVE BEEN SICK MOST OF MY LIFE. I HAVE HAD BAD DOCTORS BEFORE. SOME WERE IN A HURRY, SOME WERE UNKIND OR WE WERE JUST INCOMPATIBLE. SOME HURT ME PHYSICALLY AND EMOTIONALLY. THAT WAS ON THE OUTSIDE OF PRISON. I HAVE GOTTEN THAT IN HERE AS WELL BUT IN HERE PRISON, IT GOES BEYOND THAT. IT IS MEDICAL MALPRACTICE, MALICIOUS, SADISTIC, DELIBERATE INDIFFERENCE AND TORTURE. I, DECLARE THE ABOVE TO BE TRUE AND CORRECT UNDER PENALTY OF PERJURY.

DATED 11-6-2021

X _____
JARED MARTIN

PAGE 14 B OF 22

Claim V

1. STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED: FIRST, FOURTH, FIFTH, EIGHT AND AND FOURTEENTH AMENDMENTS UNITED STATES CONSTITUTION.

2. CLAIM V. IDENTIFY THE ISSUES INVOLVED

☒ BASIC NECESSITIES
☒ DISCIPLINARY PROCEEDINGS
☒ EXCESSIVE FORCE BY AN OFFICER
☒ ACCESS TO THE COURT
☐ MEDICAL CARE

☒ MAIL
☐ PROPERTY
☒ THREAT TO SAFETY
☒ EXERCISE OF RELIGION
☒ RETALIATION
☒ OTHER AGE, RACE, DISABILITY DISCRIMINATION

3. TRUTH IS I CANNOT CHECK JUST ONE BOX. I HAVE NITHER THE PAPER, NOR PENMENSHIP TO PUT IN THE FACTS ON JUST A FEW PAPERS OR FEW PAGES. I HAVE TO CHECK ALL THE BOXES. CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION IS ABUSING, NEGLECTING AND TORTURING ME USING ALL OF THE ABOVE METHODS. IT WOULD TAKE YEARS AND HUNDREDS OF DOCUMENTS TO EVEN STATE BRIEFLY THE HELL I AM GOING THROUGH. CDCR IS ATTACKING ME IN ALL THE AREAS, USING ALL OF THE ISSUES LISTED. IN THE SMALL LIST OF MATTERS IN THIS COMPLAINT IS AN EVERYDAY SAGA OF AN ATTEMPT TO DESTROY ME THAT IS UNABLE TO BE TOLD ON SO FEW PAGES. UNLIKE OTHER INMATES, THIS IS NOT SOMETHING THAT HAPPENED. THIS IS SOMETHING THAT CONTINUES TO HAPPEN. THIS COMPLAINT IS NOT A ONCE OR TWICE OCCURANCE. I HAVE TO CHECK ALL THE BOXES. ALMOST EVERYDAY CORRECTIONAL OFFICERS, PRISON MEDICAL STAFF, CDCR EMPLOYEES, THE PEOPLE NAMED IN THIS COMPLAINT AND OTHERS VIOLATE AND TORTURE ME. SO FAR SMALL JUDGMENTS AND SMALL SETTLEMENTS HAVE AMOUNTED TO SMALL FRIES. THE ASKING OF 100 MILLION DOLLARS IS TO SEND A MESSAGE AND BRING MEANINGFUL CHANGES.

IV.     Statement of Claim

(State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including dates and places.  Do not give any legal arguments or cite any cases or statutes.  Attach extra sheets if necessary.)

SINCE I ENTERED PRISON I HAVE BEEN CONTINUALLY BEATEN AND TORTURED. SGT. HUCKABAY AT VALLEY STATE PRISON APRIL 17, 2020, MAY 6, 2020 UNTIL MARCH 2021. HE OFFICER JARRETT AND N. JATICS AND OTHERS LIED ON ME. TRIED TO KILL ME AND TRIED TO SET ME UP AND KEEP ME IN PRISON BY GIVING ME ANOTHER CASE. OFFICER CASTILLO 10-14-2021, 10-17-2021, 9-3-2021, 10-23-2021 10-31-2021 HAVE PHYSICALLY AND SEXUALLY ABUSED ME. OFFICER CARDENAS TRIED TO HAVE ME KILLED 9-1-2021 ETC.

V.  Relief.

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.) TO STOP OTHER INMATES FROM BEING ABUSED. I WANT A JURY TRIAL. I WANT THE COURT TO MAKE MY TORTURERS LEAVE ME ALONE. STOP THEM FROM HURTING ME, TRYING TO SET ME UP AND KEEP ME IN PRISON. MAKE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION STOP COVERING UP FEDERAL CRIMES. MAKE CORRECTIONAL OFFICERS STOP TRYING TO KILL ME. I ALSO WANT 100 MILLION DOLLARS IN DAMAGES. THE TORTURE IS AN ALMOST EVERY DAY OCCURANCE.

Signed this  2  day of  NOVEMBER , 20 21 .

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

11-2-2021
_____
(Date)

_____
(Signature of Plaintiff)

PAGE

15 OF 22

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

VII.   **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

VALLEY STATE PRISON AND KERN VALLEY STATE PRISON.

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

PAGE   16 OF 22

Page 6 of 11

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose
        concerning the facts relating to this complaint?

        [✓] Yes

        [ ] No

        If no, did you file a grievance about the events described in this complaint at any other jail, prison, or
        other correctional facility?

        [ ] Yes

        [ ] No

E.      If you did file a grievance:

        1.      Where did you file the grievance?

        AT BOTH VALLEY STATE PRISON AND KERN
        VALLEY STATE PRISON

        2.      What did you claim in your grievance?

        OPENING LEGAL MAIL, BEATINGS, ABUSE, SEXUAL HARASSMENT
        THREATS ON MY LIFE, FALSE POLICE REPORTS ETC, POLICE
        TRYING TO KILL ME, CORRECTIONAL OFFICERS TRYING TO KILL ME.

        3.      What was the result, if any?

        SOME COS STAFF COMPLAINTS (GRIEVANCES) WERE GRANTED
        SOME DENIED, SOME OFFICIALS ALLEGED TIME EXPIRED.
        OTHERS THE CASE WAS CLOSED WITH NO RESPONSE, ALL WERE
        ATTEMPTS TO COVER UP THE VIOLENCE, DISCRIMINATION AND ABUSE.

        4.      What steps, if any, did you take to appeal that decision? Is the grievance process completed? If
                not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

        I HAVE EXHAUSTED LOTS OF REMEDIES, I HAVE PENDING 602
        GRIEVANCES BECAUSE THE ABUSE CONTINUES. CALIFORNIA
        DEPARTMENT OF CORRECTIONS AND REHABILITATION STAFF ARE
        TRYING TO KILL ME,

        PAGE    17 OF 22

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I HAVE AT LEAST TEN REMEDIES THAT HAVE EXHAUSTED AND GRANTED. ① OPENED LEGAL ② SEXUAL HARASSMENT ③ HARASSING AND ABUSING ④ WITHHELD LEGAL BOOKS ⑤ NOT PROCESSING OUTGOING LEGAL MAIL ⑥ PHYSICAL ABUSE, NOT GIVING ME FOOD ETC.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

PAGE   18 OF 22

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

PAGE 19 OF 22

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☑ No   IS A HABEAS CORPUS A LAWSUIT?

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)   JARED MARTIN

Defendant(s)   CHRISTIAN PFEIFFER

2.  Court *(if federal court, name the district; if state court, name the county and State)*

CENTRAL DISTRICT OF CALIFORNIA

3.  Docket or index number

4.  Name of Judge assigned to your case

5.  Approximate date of filing lawsuit

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition

7.  What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

IT IS A HABEAS CORPUS

PAGE   20 OF 22

IX.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   11-2-2021

Signature of Plaintiff

Printed Name of Plaintiff     Jared Martin

Prison Identification #     CDCR # BL1274

Prison Address     P.O. 6000
                   DELANO                    CA        93216
                          City                       State        Zip Code

B.   **For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                          City                       State        Zip Code

Telephone Number

E-mail Address

PAGE  21  OF  22

## E.  REQUEST FOR RELIEF

State the relief you are seeking: TO ENSURE AND DISCOURAGE AND STOP INMATE ABUSE. I WANT BODY LAWS THAT CORRECTION OFFICERS CANNOT TURN OFF. I WANT STATE AND FEDERAL JUSTICE DEPARTMENT INVESTIGATIONS. I WANT THESE PEOPLE (MY ABUSERS AND ATTACKERS) FIRED AND PUT IN PRISON, I WANT PRISON REFORM. I WANT THE TORTURE, HARASSMENT AND ABUSE STOPPED. I WANT 100 MILLION DOLLARS IN DAMAGES, I WANT A JURY TRIAL AND BOTH PRISON SHUT DOWN.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11-7-2021__

DATE                                              SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

PAGE     22 OF 22

STATE OF CALIFORNIA                                                    COUNTY OF KERN

## VERIFICATION

### C.C.P. SEC. 466 & 2016.5; 28 U.S.C. SEC. 17460

I JARED MARTIN _____ declare under penalty of perjury that: I am the

PLAINTIFF _____ in the above entitled action. I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this 26 day of NOVEMBER _____. 2021, Kern Valley State Prison.

Signature _____
DECLARANT/PRISONER

-------------------------------------------------------------

## PROOF OF SEVICE BY MAIL

### C.C.P. SEC. 1013(a) & 2016.5; 28 U.S.C. SEC. 1746

I JARED MARTIN _____, am a resident of California State Prison, in the County of KERN, State of California: I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 6000, Delano, CA. 93216.

On NOV - 26 _____, 2021, I served the foregoing COMPLAINT FOR

VIOLATION OF CIVIL RIGHTS. (PRISONER COMPLAINT)

_____

_____

Set forth exact title of document(s) served

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s) with postage thereof fully paid, in the United States Mail, in a deposit box so provided at KERN Valley State Prison, Delano, CA. 93215.
① CLERK OF THE U.S. DISTRICT COURT
    FOR THE EASTERN DISTRICT OF CALIFORNIA
2500 TULARE STREET FRESNO, CA 93721 ② CORRECTIONAL
OFFICE D. CASTILLO ET AL. 3000 W. CECIL AVE. DELANO, CA 93216
List parties served

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.