UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ANDREW MARTIN,<br><br>          Plaintiff,<br><br>     v.<br><br>D. CASTILLO, et al.,<br><br>          Defendant. | 1:22-cv-00002-SAB (PC)<br><br>SECOND ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $402.00 filing fee, or submitted the appropriate application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the **ATTACHED** application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $402.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to submit the appropriate application to proceed in forma pauperis will result in a recommendation to dismiss the action.**

IT IS SO ORDERED.

Dated:   **January 28, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

1