Plaintiff's Name **JARED MARTIN**

Inmate No. **BL 1379**

Address **KERN VALLEY**
**STATE PRISON P.O. BOX**
**6000 DELAND, CA 93316**

**FILED**

**MAR 14 2022**

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

**JARED ANDREW MARTIN**                          **1:22-CV-00002**

(Name of Plaintiff)                                        (Case Number)

vs.

**D. CASTILLO ET AL.**
**DARREN HUCKABAY**
**OFFICER NORTHCUTT**
**CHRISTIAN PFEIFFER**
**RAYTHEL FISHER**
**KATHLEEN ALLISON**

(Names of all Defendants)

1st

**AMENDED CIVIL RIGHTS COMPLAINT UNDER:**

☑ **42 U.S.C. 1983 (State Prisoner)**

☐ **Bivens** Action [403 U.S. 388 (1971)] (Federal Prisoner)

**RECEIVED**

MAR 14 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):**

A. Have you brought any other lawsuits while a prisoner?  Yes____  No ✓

B. If your answer to A is yes, how many? _____

Describe previous or pending lawsuits in the space below.  (If more than one, attach additional page to continue outlining all lawsuits in same format.)

1. Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

_____

2. Court (if Federal Court, give name of District; if State Court, give name of County)

_____

3. Docket Number _____    4. Assigned Judge _____

5. Disposition  (Was the case dismissed? Appealed?  Is it still pending?)

_____

**PAGE 1 OF 11**

6. Filing Date (approx.) _____    7. Disposition Date (approx.) _____

## II. Exhaustion of Administrative Remedies

**NOTICE:**    Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a).  Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002).  If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice.  *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes __/__    No _____

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes __/__    No _____

C. Is the process completed?

Yes _____    If your answer is yes, briefly explain what happened at each level.

I HAVE OVER TWO DOZEN REMEDIES GRANTED OR APPROVED. MANY HAVE BEEN EXHAUSTED. THIS TORTURE IS CONTINUAL SO I HAVE GRIEVANCES PENDING. I CANNOT SUE DOZENS OF TIMES EVEN THOUGH THERE ARE DOZENS OF CIVIL rights violations.

No __/__    If your answer is no, explain why not.

THESE PEOPLE ARE CURRENTLY STILL TORTURING AND TERRORIZING SO I AM STILL SUBMITTING GRIEVANCES REGULARLY. I HAVE ONE LAWSUIT I CANNOT SUE dozens OF TIMES.

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below.  If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name D. CASTILLO _____ is employed as CORRECTIONAL OFFICER

Current Address/Place of Employment KERN VALLEY State PRISON

PAGE 2 OF 12

B. Name DARREN HUCKABAY is employed as CORRECTIONAL OFFICER

Current Address/Place of Employment VALLEY STATE PRISON

C. Name OFFICER NORTHCUTT is employed as CORRECTIONAL OFFICER

Current Address/Place of Employment 3000 W. CECIL AVE. DELANO, CA 93216

D. Name Christian Pfeiffer is employed as WARDEN KVSP

Current Address/Place of Employment 3000 W. CECIL AVE. DELANO, CA 93916

E. Name KATHLEEN Allison is employed as SECRETARY CDCR

Current Address/Place of Employment _____

IV. Causes of Action (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

Claim 1: The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

1RST, 4TH, 5TH, 8TH AND 14TH AMENDMENTS U.S. CONSTITUTION. I HAVE ATTACHED EXHIBITS, A DECLARATION AND SOME EXHAUSTED REMEDIES.

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

Judge magistrate willed me to put 2 YEARS OF TERRORISM AND TORTURE INTO ONE OR TWO CLAIMS. THAT CANNOT BECOME THE STANDARD FOR LAWSUITS. I HAVE BEEN ABUSED PHYSICALLY, MENTALLY AND SEXUALLY DOZENS OF TIMES. MULTIPLE CALIFORNIA DEPARTMENT OF CORRECTIONS

PAGE 3 OF 12

AND REHABILITATION EMPLOYEES HAVE ABUSED AND HARASSED ME. I do NOT HAVE ALL THE DATES BECAUSE THE ABUSE IS ONGOING. THIS IS NOT A ONCE OR TWICE INCIDENT IT IS multiple AND Almost DAILY MISTREATMENT, NEGLECT, AND DEPRIVATION OF RIGHTS. THE COMPLAINTS AND ALLEGATIONS ARE TOO NUMEROUS AND HAPPEN TOO OFTEN TO PUT INTO 25 PAGES OF COMPLAINT. BUT A WARDEN PFEIFFER AND WARDEN FISHER NOT ONLY KNEW AND KNOW OF THE ABUSES AND MISCONDUCT OF CORRECTIONAL OFFICERS. THEY

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

HAVE FAILED TO GET INVOLVED AND TO STOP IT. CDCR CORRUPTION GOES INTO THE HIGHEST LEVELS. EVERY PERSON LISTED IN

**Supporting Facts** (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

MY COMPLAINT ACTIVELY PARTICIPATED IN CRIMES AGAINST ME, TRIED TO COVER UP CORRECTIONAL OFFICERS ABUSE OF ME OR SIMPLY WOULD NOT AND HAS NOT STOPPED CUSTODY OR MEDICAL STAFF FROM ABUSING ME. THERE ARE ONLY A FEW THINGS MENTIONED BECAUSE I DO NOT HAVE THE KNOWLEDGE OR RESOURCES TO WRITE THE KIND OF COMPLAINT THE JUDGE IS LOOKING FOR. I AM NOT A LAWYER. THAT IS WHY I ASKED THE COURT TO PROVIDE ONE FOR ME. THE LINK AND

PAGE 4 OF 11

CONNECTION. ALL THOSE PEOPLE HAVE IS THEY ARE ALL EMPLOYEES OF CALIFORNIA DEPARTMENT OF CORRECTIONS. THEY HAVE ALL ABUSED, TORTURED AND TERRORIZED ME. THEY HAVE ALL COVERED UP THE VIOLENCE AGAINST ME. THEY HAVE ALL BANDED TOGETHER TO CONTINUE TO BEAT AND ABUSE AND ATTEMTED TO DESTROY ME. I TRIED TO GET BOTH WARDENS AT BOTH PRISONS TO MAKE THIER STAFF STOP MISTREATING ME. I TRIED TO GET INTERNAL AFFAIRS TO MAKE THESE CORRECTIONAL OFFICERS STOP BEATING ME. I TRIED TO GET MEDICAL OFFICIALS TO STOP THIER STAFF FROM MISTREATING ME AND DENYING ME PROPER MEDICAL TREATMENT. ALL OF THE DEFENDENTS CHOSE TO CONTINUE THE ABUSE, TORTURE AND TERRORISM. ALL OF THE PEOPLE NAMED IN THE LAWSUIT CHOSE TO LET THIER EMPLOYEES AND COWORKERS MISTREAT ME AND THREATEN ME AND TO TRY KILL ME. ALL OF THESE CLAIMS ARE RELATED BY FACT AND LAW. THEY ARE ALL CDCR EMPLOYEES. THEY ARE ALL COVERING UP CORRECTIONAL OFFICERS AND MEDICAL STAFF ABUSE OF ME. THEY ARE ALL PART OF AN ORGANIZED EFFORT TO COVER UP AND CONCEAL THE TORTURE AND BEATINGS AND SEXUAL ASSAULTS. IN REALITY THIS HAS ONLY ONE CLAIM. THE PEOPLE WHO RUN THE ORGANIZATION THAT ARE SUPPOSED TO BE TAKING CARE OF ME HAVE BEEN BRUTALIZING ME.

PAGE 5 OF 11

ON APRIL 17, 2020 SERGEANT HUCKABAY AND SOME OF HIS STAFF TRIED TO STRANGLE ME AND THEN LIED AND SAID I ATTACKED THEM. THEN THEY PUT ME IN THE ASU/HOLE. MAY 6, 2020 SERGEANT HUCKABAY HIT ME IN THE HEAD SEVERAL TIMES. I WAS THEN SLAMMED ON THE GROUND, AND SERGEANT HUCKABAY SLAMMED MY FACE INTO THE FLOOR. IN ORDER TO COVER UP WHAT WAS DONE TO ME. SERGEANT HUCKABAY FALSIFIED POLICE REPORTS. VALLEY STATE PRISON CONDUCTED SHAM INVESTIGATIONS AND TRIED TO GIVE ME A CRIMINAL CASE. I WAS KEPT AT THAT PRISON IN ASU AND BEATEN, STARVED AND DENIED MEDICAL BY HUCKABAY AND A PHYSICIANS ASSISTANT NAMED SISIDIO. I HAVE BEEN DENIED MEDICAL TREATMENT ON MANY OCCASIONS. I DO NOT KNOW THESE PEOPLE NAMES BECAUSE WHEN PEOPLE ARE BEATING YOU AND DENYING YOU MEDICAL TREATMENT THEY DO NOT WANT YOU TO KNOW WHO THEY ARE. ALL CDCR STAFF HAVE LIED AND TRIED TO COVER UP WHAT HAS BEEN HAPPENING TO ME. THEY DO NOT WANT TO TELL ON THEIR FRIENDS, SUBORDINATES AND COWORKERS. THEY DO NOT WANT TO SHARE THE RESPONSIBILITY OF BEING A PARTY TO CRIMES AND MISCONDUCT. THE REASONS WHY THE SUPERVISORS ARE LIABLE IS BECAUSE I HAVE TOLD EVERYONE, EVERY CAPTAIN, WARDEN, SERGEANT AND LIEUTENANT AND THEY HAVE LIED AND COVERED UP THE ABUSE.

SERGEANT HUCKABAY LIES LEAD TO ME BEING KEPT IN SEGREGATION A YEAR. I ALSO HAD TO STAY IN PRISON AN EXTRA YEAR. SERGEANT HUCKABAY THEN PROCEEDED TO CONTINUE TO WRITE ME UP ON MORE FALSE ALLEGATIONS. HIS SUBORDINATES, JARRETT, LERMA, MAYFIELD, SALAS AND OTHERS MISTREATED ME ON HIS ORDERS AND WITH HIS BLESSING JARRETT WOULD SEXUALLY HARASS ME AND WRITE ME UP BECAUSE I REFUSED TO LET HIM SEE ME NAKED. LERMA WROTE FALSE ALLEGATIONS ON ME. HUCKABAY EVEN HAD THE PHYSICIANS ASSISTANT CLAIM I THREATENED HER. SGT. HUCKABAY AND HIS SUBORDINATES STARVED ME AND SEXUALLY HARASSED ME AND WROTE SO MANY LIES ON ME I AM NOW AT A LEVEL FOUR MAXIMUM SECURITY PRISON. HUCKABAYS TEAM OF LIARS, LOSERS AND DIRTY COPS WROTE ENOUGH RVR'S TO TAKE ME FROM A LEVEL TWO PRISON TO LEVEL FOUR. WARDEN RAYTHEL FISHER KNEW WHAT WAS GOING ON AND DID NOT STOP THE ABUSE. HE (FISHER) WAS IN ON IT. THE WARDEN USED TO COME INTO ASU EVERY WEEK TO HOLD COMMITTEE. I TALKED WITH WARDEN FISHER SEVERAL TIMES. HE WOULD ALWAYS LIE AND SAY HE WOULD FIX THINGS. INSTEAD (FISHER) KEPT LETTING JARRETT AND SALAS AND HUCKABAY TORTURE ME AND ABUSE ME AND TERRORIZE ME.

page 6 A OF 11

(JOINDER OF CLAIMS) THESE SAME TRANSACTIONS AND OCCURANCES HAPPENED SEVERAL TIMES BY SUBORDINATES OF WARDEN FISHER AND CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. THESE ARE ALSO SIMILIAR IN NATURE. AMONG THE APPEALS GRANTED AND GRIEVANCES APPROVED. AT ~~LEAS~~ LEAST SIX ARE FOR TAMPERING WITH LEGAL MAIL AND LEGAL BOOKS. TWO ARE FOR MY SINK AND CELL FLOODING AND CORRECTIONAL OFFICERS AND PRISON STAFF NOT FIXING THEM IN A TIMELY FASHION. TWO ARE FOR SEXUAL HARASSMENT. FIVE ARE FOR SCREAMING AT ME DURING GRIEVANCE INTERVIEW, REJECTING GRIEVANCE AS DUPLICATIVE, COVERING UP EMPLOYEE MISCONDUCT, NOT HAVING BODY CAMERA ON, NOT PROVIDING GRIEVANCE FORMS OR MAKING 602 GRIEVANCE FORM AVAILIABLE TO PRISONERS, FOUR ARE FOR HARASSMENT AND ABUSE, 2 FOR ABUSE, NOT FEEDING ME AND NOT LETTING ME GET HAIRCUTS AND ABUSE IN GENERAL AND ONE FOR NO PHONE CALLS, DAYROOM OR PROGRAM. THE FIVE ARE SPECIFICALLY CONCERNING CDCR EMPLOYEES ABILITY TO COVER UP THE ABUSE, TERRORISM AND TORTURE. THIS BEHAVIOR HAPPENED TO ME AT CALIFORNIA PRISONS INVOLVING CALIFORNIA CORRECTIONAL OFFICERS AND THESE ARE JUST WHAT WAS APPROVED AND GRANTED. THE MOST SERIOUS HAVE BEEN COVERED UP AND DENIED, THE CASES CLOSED WITHOUT ACTION. JUST WITHIN THE GRIEVANCES ARE (JOINDER OF CLAIMS) (SUPERVISOR LIABILITY) (EXCESSIVE FORCE), (INTERFERENCE WITH MAIL)

AND DENIAL OF ACCESS TO COURTS. I HAVE WENT THROUGH THE PROPER CHANNELS. BOTH WARDENS AT BOTH INSTITUTIONS NOT ONLY WOULD NOT STOP THE ABUSE BUT HAVE INSTEAD TRIED TO COVER IT UP. I REACHED OUT TO SECRETARY KATHLEEN ALLISON. SHE IS IN CHARGE OF BOTH MEDICAL AND CUSTODY. NO CHANGES HAVE TAKEN PLACE. I AM BEING ABUSED AND MISTREATED AS IF NO ONE IS IN CHARGE. SUPERVISORS CANNOT BE ABSOLVED SIMPLY BECAUSE THEY ARE NOT IN THE ROOM WHEN CORRECTIONAL OFFICERS COMMIT CRIMES AND MISCONDUCT. THE SAME IS TRUE OF COWORKERS WHO STAND BY AND DO NOTHING. IS THAT NOT WHY THE OTHER OFFICERS ON SCENE WHEN GEORGE FLOYD WAS MURDERED ARE FACING CHARGES. THERE IS A PATTERN AND CULTURE OF TORTURE AND TERRORISM AND ABUSE AMONG CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION EMPLOYEES. CDCR IS CORRUPT FROM TOP TO BOTTOM. THAT IS WHY KATHLEEN ALLISON, CHRISTIAN PFEIFER, RAYTHEL FISHER OR NO OTHER CDCR EMPLOYEE HAS STOPPED ME FROM BEING STARVED, BEATEN, ABUSED, PHYSICALLY OR SEXUALLY HARASSED, DENIED MEDICAL TREATMENT OR STOPPED CDCR EMPLOYEES FROM TRYING TO SET ME UP TO KEEP ME IN PRISON OR TRYING TO MURDER ME. CDCR HAS MADE GRIEVANCES DISAPPEAR, ITS OFFICERS, OFFICIALS AND EMPLOYEES REFUSED TO INTERVIEW ME TO ATTEMPT TO COVER UP CRIMES AND MISCONDUCT. THERE WILL BE NO COVER UP.

PAGE 6C OF 11

1  I ALSO HAVE A REMEDY GRANTED
2  FROM AUGUST 23, 2021. I DO NOT HAVE
3  A COPY TO PRESENT TO THE COURT
4  BECAUSE I HAVE NOT BEEN IN THE
5  LAW LIBRARY. THIS APPEAL IS ABOUT STAFF
6  DEPRIVING ME OF MY FULL LAW LIBRARY
7  TIME, I HAVE NOT BEEN IN THE LAW LIBRARY
8  IN MONTHS. SOMETIMES OFFICERS WOULD NOT
9  LET ME GO IN WHEN I WAS SCHEDULED TO
10  GO. OFTEN CORRECTIONAL OFFICERS WOULD ONLY
11  LET ME OUT OF MY CELL UNTIL MY SCHEDULED
12  TIME WAS ALMOST OVER. THEY ALWAYS MAKE
13  SURE I AM LATE GETTING IN. I DO NOT
14  GET SCHEDULED FOR MONTHS AT A TIME. IT
15  IS ALWAYS AN ISSUE WITH PRISON STAFF
16  TRYING TO STOP ME. WHEN I HAD APPOINTMENTS
17  TO GO TO THE WALK UP WINDOW OUTSIDE THE
18  LIBRARY. CORRECTIONAL OFFICERS WOULD ALSO
19  STOP ME. PRISON STAFF MAKE EVERY EFFORT
20  TO BLOCK MY ACCESS TO LAW LIBRARY. TO
21  BLOCK MY ACCESS TO THE COURT. CLAIMANT
22  APPEAL CLAIMS DECISION RESPONSE EXPLAINS HOW
23  I ONLY RECEIVED 40 MINUTES OF LIBRARY
24  TIME AND HOW ON AUGUST 3, 2021 LAW LIBRARY
25  WAS CANCELLED. ME NOT HAVING LAW LIBRARY
26  IS NOT BECAUSE OF COVID. IT IS/WAS TO
27  KEEP ME OUT, OTHER INMATES ARE STILL ATTENDING.
28  STAFF HAVE ALWAYS INTERFERED AND TRIED TO STOP MY CASES.

page 6d of 11

I HAVE TOLD THEM ALL AND THEY WILL NOT
AND DO NOT STOP CORRECTIONAL OFFICERS FROM
TORTURING, TERRORIZING AND SEXUALLY ASSAULTING
ME. THEY JUST TRY TO COVER IT UP AND ACT
LIKE NOTHING HAPPENED OR TRY TO BLAME IT
ON ME. AS FAR AS EXCESSIVE FORCE IS CONCERNED
I HAVE BEEN BEATEN UP A FEW TIMES. I HAVE
BEEN SLAMMED ON THE GROUND. HAD MY ARMS TWISTED
AND JACKED ON MANY OCCASIONS. MANY PEOPLE HAVE
COME FORWARD AS WITNESSES. OFFICER CARDENAS
IN SEPTEMBER OF LAST YEAR, TOLD SOME OTHER INMATES
TO "STAB HIM WHEN THEY GET THE CHANCE",
OFFICER NORTHCUTT ON MARCH 9, 2021 HIT ME
SEVERAL TIMES IN THE HEAD. AND SLAMMED MY ARM
ON THE BARS. HE ASSAULTED ME AGAIN RECENTLY. I
DO NOT KNOW THE DATES FOR EVERYTHING BECAUSE
I AM BEING ABUSED, NEGLECTED, THREATENED, HARASSED,
MISTREATED AND TORTURED REGULARLY. THE STAFF
HAS ALWAYS TAMPERED WITH MY LEGAL MAIL. AT BOTH
PRISONS I'V BEEN READ, OPENED, NOT GIVEN TO ME FOR
WEEKS AND NOT SENT OUT. TAMPERING WITH MY
LEGAL MAIL IS A BIG TIME THRILL FOR CORRECTIONAL
OFFICERS. I HAVE BEEN DOING THIS LAW THING FOR
A WHILE AND EVERY OPPORTUNITY THEY HAVE
THEY TAMPER WITH MY LEGAL MAIL. ONE INCIDENT
WAS DECEMBER 17, 2020. DECEMBER 29, 2020 OFFICER
PAPAS USED UNESARY FORCE ON ME, THREATENED ME
BY TELLING ME "IF YOU ARE NEVER GOING HOME "

1  SMITH ALSO OPENED THE DOOR WHEN I
2  SHOWERING EXPOSING MY NAKED BODY, THERE
3  WERE TIMES WHEN THE SINK IN MY CELL
4  WAS STOPPED UP FOR MONTHS BEFORE SOMETHING
5  WAS DONE ABOUT IT. CDCR EMPLOYEES HAS
6  MISTREATED ME DOZENS OF TIMES IN DOZENS
7  OF WAYS. 8-8-2021 CORRECTIONAL OFFICERS
8  DID NOT PROPERLY PROCESS MY LEGAL MAIL THAT IS
9  A CONTINUOUS AFFAIR, CUSTODY IS ALWAYS
10 HARASSING AND ABUSING ME. THEY ALSO BLOCKED
11 MY ACCESS TO THE COURT BY NOT GIVING ME
12 MY LEGAL BOOKS AND NOT PROCESSING TRUST WITHDRAWLS
13 TO PAY FOR COURT FEES. AGAIN, THE REASON WHY
14 I DO NOT HAVE A LOT OF DATES WHEN THESE
15 THINGS HAPPEN IS BECAUSE THEY HAPPEN NEARLY
16 EVERY DAY. OFFICER JIMENEZ READ MY LEGAL
17 MAIL OFTEN. HE HAS SINCE BEEN REMOVED FOR
18 HARASSING CELL SEARCHES AND TAMPERING WITH MY
19 LEGAL MAIL. 11-8-2021 I HAD A REMEDY
20 GRANTED STATING PRISON STAFF ARE COVERING UP
21 MISCONDUCT OF EMPLOYEES. WHEN SERGEANT
22 HULLABAY BEAT ME UP THE PHYSICIANS ASSISTANT
23 REFUSED TO TREAT ME. WHEN NORTHCUTT BEAT ME
24 UP THE NURSE REFUSED TO TREAT MY INJURIES.
25 MEDICAL STAFF HAVE ALWAYS NEGLECTED ME. I
26 WAS RECENTLY DENIED BACK SURGERY FOR BAD DISKS.
27 I WAS CURSED OUT BY NURSE CHAVEZ. I HAVE
28 A BROKEN WHEELCHAIR THE PRISON REFUSES TO REPLACE.

I COMPLAINED ABOUT THIS WHEELCHAIR FOR
MORE THAN A YEAR. NOTHING HAS BEEN DONE
TO REPLACE IT. I COMPLAINED 7-2-2021, I
COMPLAINED ABOUT NURSE KIMBA COVERING UP THE
BEATINGS FROM CORRECTIONAL OFFICERS 4-8-2021
I AM IN CONSTANT UNBEARABLE PAIN, I HAVE
BACK PAIN, ARTHRITIS, MUSCLE DISEASE AND ALL I
GET IS NO PAIN DOCTOR AND TYLENOL 325. WHICH
DO NOT HELP AT ALL. I HAVE COMPLAINED ABOUT
LACK OF PROPER HEALTHCARE AND CONSTANT PAIN
REPEATEDLY TO MULTIPLE STAFF FOR YEARS AND
NOTHING HAS BEEN DONE. SISIDIO DID NOTHING FOR
MY PAIN DR. BONILLA HAS DONE NOTHING ABOUT
MY PAIN ON 7-23-2021 I COMPLAINED ABOUT
ABUSE AND DELIBERATE INDIFFERENCE. I HAVE FOR
YEARS COMPLAINED ABOUT PAIN AND BROKEN WHEELCHAIRS
AND BEATINGS AND ABUSE BY DIRTY COPS AND
CORRUPT MEDICAL STAFF AND NOTHING HAS BEEN
DONE. IF I AM BEING DENIED MEDICAL TREATMENT
BY MEDICAL STAFF. IF CUSTODY WILL NOT GET ME
MEDICAL HELP WHEN I AM HAVING CHEST PAIN
OR BLEEDING. I DO NOT KNOW WHY MAGISTRATE
DOES NOT SEE A PROBLEM WITH HOW I AM
BEING WRONGED, I HAVE MORE THAN A DOZEN
WITNESSES WHO HAVE SEEN ME BEING ABUSED
AND MISTREATED BY PRISON STAFF. I HAVE
SERIOUS MEDICAL ISSUES THAT ARE NOT BEING TREATED.
THE BACK DOCTOR SAYS I NEED SURGERY BUT THE

PRISON REFUSES TO GIVE IT TO ~~WHAT~~ ME. PEOPLE HAVE WITNESSED CDCR STAFF MISTREATING AND TORTURING ME. JUDGE MAGISTRATE SAYS I DO NOT HAVE A CASE. THEN WHY HAVE DOZENS OF PEOPLE COME FORWARD AND WHY DO I HAVE OVER 30 REMEDIES GRANTED AND APPROVED? WHY IS CDCR ~~ITSELF~~ ITSELF ADMITTING SOMETHING IS WRONG? IF I AM NOT PRESENTING THIS CASE PROPERLY THEN BOONE SHOULD GIVE ME A LAWYER. I AM BEING TREATED WORSE THAN dam NEAR ANYBODY IN THIS PRISON. SO WHAT IF I don't KNOW HOW TO WRITE A COMPLAINT. THESE ARE CIVIL RIGHTS VIOLATIONS, THIS IS CRUEL AND UNUSUAL PUNISHMENT, THESE ARE FEDERAL CRIMES, AND UNCONSTITUTIONAL PRISONER TORTURE. JUDGE MAGISTRATE BOONE SHOULD BE GIVING ME A LAWYER. NUMEROUS CDCR STAFF, OFFICIALS AND EMPLOYEES ARE TORTURING AND TERRORIZING ME AND TRYING TO SET ME ~~UP~~ AND KEEP ME IN PRISON AND KILL ME. THIS IS AN ORGANIZED CONSPIRACY, THERE ARE PEOPLE AT THE HIGHEST LEVELS OF KERN VALLEY STATE PRISON, VALLEY STATE PRISON AND CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION INTENT ON DESTROYING ME. I WILL NOT LET THAT HAPPEN. LT. E. GUTTERY OF FSU VALLEY STATE PRISON TRIED TO COVER UP THE ABUSE. A. LEYVA KVSP IS TRYING TO COVER UP THE ABUSE. LT. J. MELVIN KVSP IS TRYING TO COVER UP THE ABUSE.

OFFICER D. CASTILLO HAS BEEN HARASSING
ME AND ABUSING ME AND SEXUALLY MOLESTING
ME AND ASSAULTING EVERY SINCE I CAME
TO THIS PRISON. NOT JUST ON JUNE 16, 2021
HAS CASTILLO INTERFERED WITH ME TAKING MY MEDICINE.
HE HAS ATTACKED ME AND STALKED ME ON
MANY OCCASIONS. IT HAS BECOME IMPOSSIBLE
TO LIST ALL THE DATES AND TIMES BECAUSE
THIS IS CONTINUOUS. IT IS SOMETHING THAT
HAPPENS OFTEN. I DO NOT GO TO PILL LINE
WHEN CASTILLO IS ON THE PATIO BECAUSE
HE IS A SEXUAL PREDATOR AND HE HAS
BEEN USING UNNECESSARY AND EXCESSIVE FORCE
ON ME. THE PRISON HAS BEEN COVERING
UP HIS ABUSE OF ME. THEY WILL NOT HAVE
HEARINGS ON THE GRIEVANCES I SUBMIT ABOUT
HIM. SOME OF THE 602S JUST DISAPPEAR. I
DO NOT HAVE PAPER ENOUGH TO TELL ALL THE
TERRIBLE THINGS THIS MAN DONE TO ME. HE HAS
PREVENTED ME FROM GETTING MY MEDICATION, REFUSED
TO GET ME MEDICAL AID, TRIED TO PUSH ME
INTO GATES, ATTEMPTED TO FREEZE ME BY MAKING
ME TAKE OFF MY JACKET AT 8PM IN THE
WINTER, FELT ON ME SEXUALLY, THREATENED TO
SET ME UP TO KEEP ME IN PRISON, PINCHED AND
SQUEEZED MY ARMS TO CAUSE ME PAIN, USED HARASSING
CELL SEARCHES TO TOSS AND TRASH MY CELL ETC
THE PRISON WILL NOT STOP HIM, I HAVE WITNESSES,

PAGE 10A OF 11

HERE IS A LIST OF PEOPLE WHO HAVE WITNESSED CDCR EMPLOYEES BEAT, ABUSE, TORTURE, TERRORIZE AND ATTEMPT TO MURDER ME. WITNESSES INCLUDE: HASAN HALL BJ0-122, JERONIMO SANCHEZ V04322, DEMARIE MALKEY X59010, ROB JACKSON AL1364, LAMAR BROOKS AA2536, GREGORY WASHINGTON FY4667, CORNELL DAVIS AW1860, VANDELL JOHNSON AG1099, B. MOORE AK8743, ALBERT MITCHELL BB3207, L. MCCOY G61351, DAVIS BC1532, RICKEY HARVEY A57084, SABLE FOSTER AX7824, FRYE AU5648, P. SCOTT G36345, MEEKS BJ3275, ~~FRAZIER AX3850~~ FRAZIER AX3850, LEE P53331, S. TIPTON AX12781, D. EASTER V08253, JORDAN TUCKER AR3781, ALEX ALVARADO BJ6331 AND OTHERS. AGAIN, I DO NOT HAVE THE KNOWLEDGE OF THE LAW OR RESOURCES IN ORDER TO PROPERLY PURSUE AND LITIGATE THIS CIVIL LAWSUIT. I DO NOT KNOW HOW

TO GET DISCOVERY OR TAKE A DEPOSITION OR SUBPOENA WITNESSES. SO I ASK THE COURT TO APPOINT AN ATTORNEY TO HELP ME. THE PEOPLE OF CALIFORNIA NEED TO BE TREATED WITH RESPECT BY LAW ENFORCEMENT. THE CUSTODY AND MEDICAL STAFF AND EMPLOYEES IN CALIFORNIA PRISONS SHOULD NOT BE ALLOWED TO MISTREAT ME OR ANYONE ELSE.

THIS CASE WAS FILED JANUARY 3, 2022 BUT IT WAS WRITTEN OCTOBER 2, 2021. IT TOOK THAT LONG TO FILE BECAUSE OF CORRUPTION AND OBSTRUCTION OF PRISON OFFICIALS NOT ONLY DO I WANT A JURY TRIAL. I WANT THE PEOPLE NAMED AS DEFENDANTS FIRED AND ARRESTED, THIER ACTIONS ARE CRIMINAL. JUDGE MAGISTRATE DOES NOT UNDERSTAND THERE ARE SINISTER FORCES AT WORK. THESE PEOPLE HAVE TRIED TO KILL ME. I WANT FBI PROTECTION, I WISH TO SPEAK WITH FEDERAL LAW ENFORCEMENT IMMEDIATELY. I WANT TO PRESS CHARGES AGAINST THESE PEOPLE, MY LIFE IS IN DANGER. 10-30-2021 I WROTE OFFICER NORTHCUTT HAS PHYSICALLY ASSAULTED ME TWICE AND THREATEND TO KILL ME. THEY HAVE COMMITTED HATE CRIMES, FALSIFIED POLICE REPORTS, TAMPERED WITH EVIDENCE AND OBSTRUCTED JUSTICE AND NOTHING WAS DONE. ON 10-15-2021 I WROTE SCHEDULE MY 602, 115 AFTER 2:00 pm OFFICER CANTIJO AND OTHERS ARE PHYSICALLY AND SEXUALLY ASSAULTING ME AND NOTHING WAS DONE. ON 10-8-2021 I WROTE I WAS "MANDOWN" AND NEEDED TO GO TO TTA. MY REQUEST FOR EMERGENCY ASSISTANCE WAS REFUSED AND NOTHING WAS DONE. ON 10-8-2021 I ALSO WROTE SGT. HILDEBRAND JUST REFUSED MY CALL FOR "MAN DOWN" MEDICAL HELP. SEVERAL WITNESSES SAW ME FALL IN THE LAW LIBRARY.

PAGE 10 C OF 11

AGAIN NOTHING WAS done. ON 10-6-2021 I WROTE CORRECTIONS OFFICER DEJACRUZ USED UNNECESARY FORCE ON ME. DEJACRUZ CONTINUES TO ABUSE AND TORTURE ME. NOTHING WAS done. ON 9-11-2021 I WROTE CDCR OFFICIALS HAVE LIED AND PUT INCORRECT INFORMATION IN MY C-FILE. I AM NOT IN PRISON FOR STABBING ANYONE. NOTHING WAS DONE. ON 9-5-2021 I WROTE, I AM HARASSED AND ABUSED BY OFFICERS CASTILLO, GOMEZ AND GOZALEZ. AND NOTHING WAS DONE. ON 11-8-2021 I WROTE ON 11-24-2021 CORRECTIONAL OFFICER REFUSED TO TAKE ME TO AN OUTSIDE MEDICAL APPOINTMENT. THIS IS NOT THE FIRST TIME IT'S HAPPEND. NOTHING WAS DONE. ON 11-7-2021 I WROTE, CORRECTIONAL OFFICER S. SEIL BADGE # 616997 REFUSED TO GIVE ME INDIGENT PAPER AND ENVELOPES TODAY. DESPITE KVSP HANDBOOK, TITLE 15, U.S. SUPREME COURT. NOTHING WAS DONE. ON 11-4-2021 I WROTE SERGEANT ESCOBEDO HANDCUFFED ME, TWISTED MY ARMS AND THREW ME ON THE GROUND. NOTHING WAS DONE. ON 11-3-2021 I WROTE T. NYGUEN KEEPS OPENING MY LEGAL MAIL FACE UP AND READING IT. NOTHING WAS DONE. CORRECTIONAL OFFICERS MADE ME FALL MULTIPLE TIMES AT PILL CALL THIS MORNING. THEY PUSHED ME AND TWISTED MY ARMS. I WROTE THAT 11-1-2021. NOTHING WAS DONE. NOTHING HAS BEEN DONE TO STOP THESE PEOPLE FROM TERRORIZING AND TORTURING ME. I WANT FEDERAL PROTECTION. I WANT FBI ARRESTS.

EVERYONE KEEPS ASKING ME TO LET THE CDCR EMPLOYEES TORTURE AND TERRORIZE ME AND NOT SAY ANYTHING. MY LIFE AND DIGNITY ARE WORTH MORE THAN THAT. I WILL NOT SIT SILENT AND BE ABUSED AND MISTREATED. THE RULES SHOULD BE THE SAME FOR EVERYONE. CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION EMPLOYEES ARE COMMITTING CRIMES. THEY ARE GETTING AWAY WITH BREAKING THE LAW. IT IS NOT SUPPOSED TO BE LIKE THAT. THIS SUIT IS NOT REALLY ABOUT MONEY. IT IS ABOUT NOT LETTING THEM GET AWAY WITH IT. IMAGINE FOR A BIT IF YOU WERE PICKED ON EVERY DAY FOR OVER TWO YEARS. OFFICER DEALCUZ PICKS ON ME. CASTILLO PICKS ON ME OFFICER LOPEZ PICKS ON ME, GOMEZ PICKS ON ME. IMAGINE IF YOU WERE PICKED ON EVERY DAY BY PRISON EMPLOYEES. YOU CANT IMAGINE THAT. I HAVE TO LIVE IT. DOZENS OF 602 GRIEVANCES, DOZENS OF CIVIL RIGHTS VIOLATIONS, DOZENS OF FEDERAL CRIMES AGAINST ME AND NOTHING HAS BEEN DONE. SOMETHING HAS TO BE DONE. THESE CDCR EMPLOYEES CANNOT DO WHATEVER THEY WANT. I AM GOING TO SUE THEM AND I AM GOING TO PUT SOME OF THEM IN PRISON. IF I DON'T THERE WILL BE NO CHANGE. THIS IS NOT JUST A LAWSUIT, THIS IS PRISON REFORM.

PAGE 10E OF 11

ON ANOTHER 602 APPEAL I SUBMITTED DATED 11-10-2021 I WROTE CORRECTIONAL OFFICERS ARE REFUSING TO HAVE MY ELECTRICAL POWER FIXED IN MY CELL. THIS IN INTENTIONAL, IT'S TORTURE. NO ONE DID ANYTHING. ON A 602 APPEAL DATED 11-9-2021 I WROTE CORRECTIONAL OFFICER DELACRUZ USED EXCESSIVE AND UNNENARY FORCE ON ME TODAY. DELACRUZ IS TORTURING ME. THESE ARE FEDERAL CRIMES. NO ONE DID ANYTHING. ON 10-13-2021 I WROTE A 602 APPEAL THAT SAYS. OFFICER A. DELACRUZ HAS BEEN HARASSING AND ABUSING ME FOR MONTHS. RVR LOG# 7125368 IS A LIE. I AM DISABLED AND COULD NOT STAND. I WROTE THAT APPEAL BECAUSE OFFICER DELACRUZ WROTE A 115 ON ME SAYING I REFUSED TO STAND UP DURING COUNT. THAT IS A LIE. I HAVE NERVE DAMAGE, MUSCLE DISEASE AND A BAD DISK IN MY BACK. DELACRUZ KNOWS THIS AND SO DOES THE HEARING OFFICER. I WAS FOUND GUILTY ANYWAY. I AM CRIPPLE, I COULD NOT STAND UP BUT I WAS WROTE UP AND FOUND GUILTY ANYWAY. NO ONE DID ANYTHING. THIS IS HOW I ENDED UP AT A LEVEL FOUR PRISON. THIS IS HOW I ENDED UP DOING AN EXTRA YEAR IN PRISON. CORRECTIONAL OFFICERS LYING AND WRITING FALSE POLICE REPORTS AND FAKE 115 AND SENIOR STAFF FINDING ME GUILTY OF THINGS THEY KNEW I HAD NOT DONE. THAT IS HOW CDCR OPERATES. THAT IS HOW SENIOR OFFICERS HELPED TO TORTURE AND ABUSE ME. THAT IS WHY WARDEN FISHER AND WARDEN PFEIFFER

AND KATHLEEN ALLISON ARE ALSO DEFENDANTS IN THIS CASE. THESE PEOPLE KNOW AND FULLY UNDERSTAND THAT CORRECTIONAL OFFICERS ARE ABUSING ME AND THIER AUTHORITY. ON 10-7-2021 I WROTE IN A GRIEVANCE FOR HEALTHCARE I RAN OUT OF MEDICINE AND IT HAD NOT BEEN REPLACED AND IT WAS DUE TO CARELESSNESS, MALPRACTICE AND DELIBERATE INDIFFERENCE. NO ONE DID ANYTHING. ANOTHER HEALTHCARE GRIEVANCE I WROTE ON 9-13-2021 MELINDA CHAU ASSESSMENT OF THIS COMPLAINT IS WRONG AND FULL OF LIES. THE VERY SAME WHEELCHAIR I AM COMPLAINING ABOUT IS THE SAME ONE I BEEN COMPLAINING ABOUT SINCE I GOT IT. I WAS NOT ISSUED A NEW WHEELCHAIR 2-23-21 AND THE WHEELCHAIR WAS NOT FIXED 1-14-21. NO ONE DID ANYTHING. ON 7-13-2021 ANOTHER HEALTHCARE GRIEVANCE SAYS I AM IN PAIN FROM SURGERY, ARTHRITIS, BACK PROBLEMS, NEURO DISEASE AND SEVERAL OTHER DIBILITATING AND CRIPPLING DISEASES. I HAVE EXCESSIVE FROM MY SURGERY TODAY. NO ONE DID ANYTHING. DOZENS OF COMPLAINTS AND DOZENS OF HEALTHCARE GRIEVANCES, DOZENS OF EPISODES OF TORTURE AND ABUSE AND FEDERAL CRIMES. THIS IS MORE THAN A LAWSUIT. SOME OF THESE PEOPLE SHOULD BE FIRED AND PUT IN PRISON. THAT IS THE GOAL PRISON REFORM AND PRISON HEALTHCARE REFORM. AN END TO CARELESSNESS AND RACISM WITHIN OUR PRISON SYSTEM. WE INMATES OUR SUFFERING AND DYING AND PRISON EMPLOYEES AND THIER SUPERVISORS ARE RESPONSIBLE FOR IT. I NEED A LAWYER. I NEED FBI PROTECTION. I WANT PROSECUTIONS OF CDCR EMPLOYEES. I WANT TO TESTIFY.

PAGE 10 G OF 17

T. JARRETT, VSP N. SANNI, VSP P.A. SISNEROS VSP
SGT. ESCOBEDO KVSP, SGT ANDERSON, KVSP, A. GOMEZ KVSP
R, GARCIA KVSP, OFFICER DELGADO VSP, OFFICER
DELACRUZ KVSP, OFFICER CARDENAS KVSP, OFFICER
LERMA VSP, OFFICER MAYFIELD VSP, ~~HOWARD~~
HOWARD E. MOSELEY COLR, A. GOMEZ INTERNAL
AFFAIRS, LT. CICONE OIA, OFFICER FIGEROA, SGT
HILDEBRAND HAVE ALL BEEN DIRECTLY INVOLVED IN
TORTURING ME OR TRIED TO COVER IT UP, OR WONT STOP IT.

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I WANT A JURY TRSITE
I WANT THESE PEOPLE FIRED AND ARRESTED. I WANT
STATE AND FEDERAL JUSTICE DEPARTMENT INVESTIGATION
OF KVSP, VSP, COLR, ISU AND INTERNAL AFFAIRS.
I WANT 100 MILLION DOLLARS IN DAMAGES
AND I WANT BOTH PRISON SHUT
DOWN, WE NEED PRISON REFORM, STOP PRISONER TORTURE,

**I declare under penalty of perjury that the foregoing is true and correct.**

Date: 3-4-2022       Signature of Plaintiff: _____

(Revised 4/4/14)

PAGE 11 OF 11

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
CASE NO. 1:22-CV-00002  CASE NAME. MARTIN V. CASTILLO ETAL.
MOTION FOR APPOINTMENT OF COUNSEL

THIS CASE IS TOO COMPLICATED AND TO
SERIOUS FOR IT NOT TO BE HEARD, THERE IS
OVERWHELMING EVIDENCE THAT NOT ONLY HAVE
I BEEN TORTURED AND TERRORIZED BY CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
EMPLOYEES. MY CASE MAY ALSO SHED light ON
A CONTINUOUS SYSTEM WIDE CULTURE OF ABUSE
AND OPPRESSION AND committing OF FEDERAL
CRIMES BY CDCR EMPLOYEES. THIS MAY BE A
landmark CASE THAT MAY PREVENT THOUSANDS
OF CALIFORNIA PRISONERS FROM SUFFERING AND
BEING ABUSED AND TORTURED. CDCR EMPLOYEES, STAFF,
OFFICIALS AND SUPERVISORS ARE PARTICIPATING IN CIVIL
AND HUMAN RIGHTS VIOLATIONS. THIS CASE CANNOT
STOP AT SCREENING. THE CITIZENS OF CALIFORNIA
NEED TO KNOW WHAT IS GOING ON IN CALIFORNIA
PRISONS SO THEY CAN STOP IT. I ASK THE COURT
FOR APPOINTMENT OF COUNSEL. I CANNOT DO THIS
ALONE AND THE PEOPLE OF AMERICA OUGHT NOT TO
BE TREATED AS I HAVE. I DECLARE, THE ABOVE
IS TRUE AND CORRECT UNDER PENALTY OF PERJURY.
DATED 3-5-2022                    X _____
JARED MARTIN CDCR #BL1274          JARED MARTIN
KERN VALLEY STATE PRISON            IN PRO-PER
P.O. BOX 6000 DELANO, CA 93216

## PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

### (Fed. R. Civ. P.5;28 U.S.C. §1746)

I, _JARED MARTIN_, declare:

I am over 18 years of age and a party to this action. I am a resident of: _State_ prison, in the county of _KERN_ in the State of California. My Prison is: _KERN VALLEY STATE PRISON P.O. BOX 6000 DELANO, CA 93216_

On _3-4-2022_

I served the attached documents: _AMENDED 1983 CIVIL SUIT PlUS EXHIBITS MOTION FOR COURT APPOINTED ATTORNEY._

(Describe Document)

On the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope. With postage therein fully paid in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

_CLERK, U.S. DISTRICT COURT EASTERN DISTRICT 2500 TULARE STREET SUITE(TBD) FRESNO, CA 93721_

and to:

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _3-4-2022_

(Date)

(Signed)

EX Hibit
A





CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

## CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:** Appeal Claims Decision Response

**Offender Name:** MARTIN, JARED ANDREW                    **Date:** 04/19/2021
**CDC#:** BL1279
**Current Location:** KVSP-Facility A                       **Current Area/Bed:** A 001 1 - 102001L

**Log #:** 000000065993

---

### Claim #   001

**Institution/Parole Region of Origin:** Valley State Prison          **Facility/Parole District of Origin:** VSP-Facility A
**Housing Area/Parole Unit of Origin:** A 004 1
**Category:** Offender Safety and                    **Sub-Category:**   PREA
Security

#### I. ISSUE ON APPEAL

It is appellant's position that Correctional Officer "Delgado and Others" have harassed appellant sexually.

#### II. RULES AND REFERENCES

**A. CONTROLLING AUTHORITY**

Title 15, section 3000, 3001, 3004, 3270, 3380, 3391 and 3480; Department Operations Manual, section 54100.25.2

**B. DOCUMENTS CONSIDERED**

CDCR Form 602, Log #65993; interviews captured within the Strategic Offender Management System; January 26, 2021, Locally Designated Investigator report

#### III. REASONING AND DECISION

While appellant did not cooperate with the interview to gather more information about the written allegations, the institution conducted multiple interviews with staff regarding the claim. However, in review of the written CDCR Form 602, the Office of Appeals was able to decipher a specific name of "Delgado" as being involved in the allegation. The Office of Appeals was unable to find that the witnesses were asked about the specific party named or that the name party was interviewed. For this reason, claim #1 is granted.

#### IV. REMEDY

The institution shall open a new Offender Grievance Tracking log number to address the above deficiency.

**Decision: Granted**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is granted. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Chief | 04/19/2021 |

STATE OF CALIFORNIA
**REQUEST TO IMPLEMENT REMEDIES**
CDCR 602-3 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| **STAFF USE ONLY** | Grievance or Appeal #: 65993  Date Received: _____ |
| --- | --- |
| | Date Due: _____ |
| | Categories: _____ |

*This is the process to ask for a granted or approved remedy to be provided to you.*

Claimant Name: Jared Martin    CDCR #: BL 1279

Current Facility/Parole District: Kern Valley State Prison    Current Area/Bed/Parole Unit: A4-B-115

I I want 700 millions Dollars in damages.
I want Internal Affairs and Justice Department Investigations.

Claim #: _____

Decision: APPROVED [or] GRANTED

Institution/Parole Region of Origin: Valley State Prison    Current Facility/Parole District of Origin: _____

Housing Area/Parole Unit of Origin: _____

Category: Inmate (Harassment) Abuse    Sub-Category: _____

Remedy Approved [or] Granted: _____    Due Date for Implementation: _____

I want them Fired, Sgt Huck Abnay, N: Salas and Jarrett

> This form shall be submitted by mail to:
> Office of Appeals
> Remedies Compliance Coordinator
> Department of Corrections and Rehabilitation
> P.O. Box 942883
> Sacramento, CA 95811

I, Jared Martin _____, assert that 30 days has passed from the due date for implementation of the
   <sub>Name of Claimant</sub>

remedy approved (or granted) for the claim referenced above. As a result, I am hereby submitting a request to implement

the outstanding remedy.

Please note that this form will not be returned to you.

Claimant Signature: _____    Date Signed: 7-2-2021



CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

## CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:** Appeal Claims Decision Response

**Offender Name:** MARTIN, JARED ANDREW                    **Date:** 05/05/2021

**CDC#:** BL1279

**Current Location:** KVSP-Facility A                       **Current Area/Bed:** A  001 1 - 102001L

**Log #:** 000000073167

---

**Claim # 001**

**Institution/Parole Region of Origin:** Valley State Prison          **Facility/Parole District of Origin:** VSP-Facility A

**Housing Area/Parole Unit of Origin:** A  004 1

**Category:** Offender Safety and          **Sub-Category:** Use of Force
Security

### I. ISSUE ON APPEAL

It is appellant's position that on December 29, 2020, Correctional Officer Salas threatened appellant by stating, "You are never going home." Appellant contends Correctional Officer Salas expressed an intention to kill appellant, lie about appellant and make enough false rules violations to keep appellant in prison. Appellant asserts Correctional Sergeant Huckabay, Correctional Officer Salas and others have been starving, beating, abusing, harassing and threatening appellant. After appellant showered, appellant alleges Correctional Officer Salas pulled the chain handcuff through appellant's door hard and tight in order to hurt appellant. Appellant contends Correctional Officer Salas threatened to turn off appellant's water, then opened the "cuff door" exposing appellant's naked body, which was "sick, and sexual in nature." Appellant asserts Correctional Officer Salas threatened to write a rules violation stating appellant threatened staff.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, section 3000, 3001, 3004, 3268, 3270, 3380, 3391, 3480 and 3484; Department Operations Manual, section 54040 and 54100.25.2

#### B. DOCUMENTS CONSIDERED

CDCR Form 602, Log #73167; Incident Report, Log #16625; Allegations Inquiry Management Section, Report Log #N-AIMS-0022-21; Investigative Report, Log #VSP-PREA-20-12-082

### III. REASONING AND DECISION

The Office of Appeals finds there were several allegations made by appellant. The Office of Appeals will address the identified allegations separately for clarity purposes.

Although the institution did not provide a specific information in the "reasoning" section for appellant's claim of inappropriate use of force, the issue raised regarding the use of inappropriate force by Correctional Officer Salas was thoroughly reviewed. The Office of Appeals finds sufficient evidence to support staff did not use inappropriate force as alleged by appellant.

After review of the investigation into appellant being exposed (seen nude), the Office of Appeals finds the questioning of the staff interviewed did not sufficiently address appellant's claim of whether Correctional Officer opened the cuff port to expose appellant's naked body. Therefore, this allegation was not adequately addressed.

The Office of Appeals was unable to find that the following allegations were reviewed within this CDCR Form 602:

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is granted. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| A. Vasquez [VAAL001] | AW (A) | 05/03/2021 |

STATE OF CALIFORNIA
**REQUEST TO IMPLEMENT REMEDIES**
CDCR 602-3 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| STAFF USE ONLY | Grievance or Appeal #: _7316 7_ Date Received: _____ |
|---|---|
| | Date Due: _____ |
| | Categories: _____ |

_This is the process to ask for a granted or approved remedy to be provided to you._

Claimant Name: _JARED MARTIN_    CDCR #: _BU 1274_

Current Facility/Parole District: _KERN VALLEY STATE PRISON_ Current Area/Bed/Parole Unit: _AU-B-11S_

_I WANT THESE OFFICERS FIRED, I WANT 100 million DOLLARS IN DAMAGES_

Claim #: _____

Decision: APPROVED [or] GRANTED _WAMOU AARTIN_

Institution/Parole Region of Origin: _____ Current Facility/Parole District of Origin: _KERN VALLEY STATE PRISON_

Housing Area/Parole Unit of Origin: _____

Category: _INMATE HARASSMENT/ ABUSE_ Sub-Category: _____

Remedy Approved [or] Granted: _____    Due Date for Implementation: _____

This form shall be submitted by mail to:
Office of Appeals
Remedies Compliance Coordinator
Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 95811

I, _JARED MARTIN_ , assert that 30 days has passed from the due date for implementation of the
Name of Claimant

remedy approved (or granted) for the claim referenced above. As a result, I am hereby submitting a request to implement the outstanding remedy.

Please note that this form will not be returned to you.

Claimant Signature: _____    Date Signed: _6-30-21_



CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

## CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:** Appeal Claims Decision Response

| | |
|---|---|
| **Offender Name:** MARTIN, JARED ANDREW | **Date:** 04/27/2021 |
| **CDC#:** BL1279 | |
| **Current Location:** KVSP-Facility A | **Current Area/Bed:** A 001 1 - 102001L |

**Log #:** 000000068809

**Claim #  001**

**Institution/Parole Region of Origin:** Valley State Prison                **Facility/Parole District of Origin:** VSP-Facility A

**Housing Area/Parole Unit of Origin:** A 004 1

**Category:** General Employee Performance                **Sub-Category:** Constitutional Rights

### I. ISSUE ON APPEAL

It is appellant's position that on or about December 17, 2020, staff brought appellant "legal" mail that had already been opened. Appellant alleges staff are opening appellant's mail.

### II. RULES AND REFERENCES

**A. CONTROLLING AUTHORITY**

Title 15, section 3000, 3001, 3134, 3143, 3270, 3380 and 3480

**B. DOCUMENTS CONSIDERED**

CDCR Form 602, Log #68809, information contained in the Offender Grievance Tracking system relevant to this claim

### III. REASONING AND DECISION

While there appears to have been fact gathering inputting into the Offender Grievance Tracking system regarding this claim, the response to appellant contained no information. Without any information to support the determination, the Office of Appeals and appellant do not know what controlling authority, documents considered and the reasoning for the disapproval. For this reason, this claim is granted.

### IV. REMEDY

The institution shall open a new Offender Grievance Tracking log number and explain more clearly what information was relied upon to support the decision.

**Decision: Granted**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is granted. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Chief | 04/26/2021 |

STATE OF CALIFORNIA
**REQUEST TO IMPLEMENT REMEDIES**
CDCR 602-3 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| **STAFF USE ONLY** | Grievance or Appeal #: 68809 _____ Date Received: _____ |
| | Date Due: _____ |
| | Categories: _____ |

_This is the process to ask for a granted or approved remedy to be provided to you._

Claimant Name: JARED MARTIN _____    CDCR #: BL 1279 _____

Current Facility/Parole District: KERN VALLEY STATE PRISON    Current Area/Bed/Parole Unit: A4-8-115

I WANT THE OFFICERS INVOLVED FIRED, I WANT 200 million DOLLARS DAMAGES

Claim #: _____

Decision: APPROVED [or] GRANTED VALLEY STATE

Institution/Parole Region of Origin: PRISON _____    Current Facility/Parole District of Origin: _____

Housing Area/Parole Unit of Origin: _____

Category: INMATE HARASSMENT/ INMATE ABUSE    Sub-Category: CRUEL AND UNUSUAL PUNISHMENT ETC,

Remedy Approved [or] Granted: _____    Due Date for Implementation: _____

This form shall be submitted by mail to:
Office of Appeals
Remedies Compliance Coordinator
Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 95811

I, JARED MARTIN _____, assert that 30 days has passed from the due date for implementation of the
    Name of Claimant

remedy approved (or granted) for the claim referenced above. As a result, I am hereby submitting a request to implement

the outstanding remedy.

Please note that this form will not be returned to you.

Claimant Signature: _____    Date Signed: 6-21-2021

State of California

Department of Corrections and Rehabilitation
Office of Appeals

# Memorandum



To:         Claimant

Subject:    **DECISION ON APPEAL -- GRANTED**

Thank you for submitting your appeal for review by the California Department of Corrections, Office of Appeals. Pursuant to Title 15, section 3486(i)(2), the Office of Appeals has granted one or more of the claims you submitted on your CDCR Form 602-2 (see attached decision letter).

Pursuant to Title 15, section 3485(e), "The appeal package submitted by the claimant shall be stored electronically by the Department. The CDCR Form 602-2 shall contain a notification to the claimant that the documents submitted will not be returned to the claimant." Therefore, your Form 602-2 and any supporting documents are not included with this response.

However, a copy of your entire appeal package is maintained in your Central File. The process for requesting copies of documents contained in Central Files, often referred to as an *Olsen* review, can be found in the Department Operations Manual, sections 13030.16 and 13030.17.

Thank you,

HOWARD E. MOSELEY
Associate Director

CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

| | |
|---|---|
| **Offender Name:** MARTIN, JARED ANDREW | **Date:** 11/24/2021 |
| **CDC#:** BL1279 | |
| **Current Location:** KVSP-Facility A | **Current Area/Bed:** A  004 1 - 115001L |

**Log #:**  000000175012

---

**Claim #: 001**

**Institution/Parole Region of Origin:**  Kern Valley State Prison        **Facility/Parole District of Origin:**   KVSP-Facility A
**Housing Area/Parole Unit of Origin:**
**Category:**  Facilities                        **Sub-Category:**   Other Facilities Issue - NOS

## I. CLAIM

Claimant is contending Custody Staff are not putting their badge numbers on his outgoing legal mail.

## II. RULES AND REFERENCES

### A. CONTROLLING AUTHORITY

Dom 54010.12.2 Processing Outgoing Confidential Mail

### B. DOCUMENTS CONSIDERED

Inmate/Parolee Appeal Form CDCR 602

## III. REASONING AND DECISION

After interviews with custody staff, it is undetermined if staff placed their badge number on the outgoing legal mail.

There will be no monetary compensation granted as part of this grievance.

## IV. REMEDY

Staff were reminded they are to document their first initial, last name, badge number, date, and signature on the sealed area on the back of the envelope per Dom 54010.12.2.

**Decision: Approved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to APPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

If more than 30 calendar days have passed since the decision was sent to you, and your remedy has not been implemented, you may file a CDCR Form 602

-3, Request to Implement Remedies Form. You must wait until after the 30th day has passed to submit this request.

| Staff Signature | Title | Date/Time |
|---|---|---|
| E. Stark [STEL004] | CDW (A) | 11/23/2021 |

## Claim #: 002

**Institution/Parole Region of Origin:**   Kern Valley State Prison          **Facility/Parole District of Origin:**    KVSP-Facility A
**Housing Area/Parole Unit of Origin:**
**Category:**   General Employee Performance          **Sub-Category:**   Substandard Performance

### I. CLAIM

Claimant is contending that staff refused to call for medical attention after going "man down" on several dates.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Operational Procedure #1027

#### B. DOCUMENTS CONSIDERED

Grievance Log #175012
Health Care Access - Daily Appointment Tracking Sheet

### III. REASONING AND DECISION

A thorough inquiry was conducted regarding Claimants grievance. After interviewing Claimant and multiple staff members, it has been determined that Claimant appears to be manipulating the Emergency Medical Response procedures. Due to Claimants behavior during these incidents, Custody Staff along with Facility A Medical Staff did not deem the situations described in this grievance a medical emergency, there for an Emergency Medical Response was not summoned. Furthermore, Custody staff are not liable for the times medical staff conduct their medication pass nor are they responsible for the medication they do not issue their patients. Also, in regards to Claimant's allegation of not being seen by Facility A Medical staff after Claimant claims to have fallen out in the Facility A Library, Facility A Medical Staff was notified of the situation. Facility A Medical Staff did not deem Claimant's situation a medical emergency. Facility A Medical Staff informed claimant that he had a ducat for an appointment within the hour and he would be seen at that time. It should be noted that Claimant was seen by Facility A Medical staff on 10-8-2021 for his scheduled appointment.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| R. Carriedo [CARU001] | CDW | 11/08/2021 |

## Claim #: 003

**Institution/Parole Region of Origin:**   Kern Valley State Prison          **Facility/Parole District of Origin:**   KVSP-Facility A
**Housing Area/Parole Unit of Origin:**
**Category:**   Offender Resources          **Sub-Category:**   Property

### I. CLAIM

Claimant contending staff inappropriately confiscated items from his cell.

### II. RULES AND REFERENCES

**A. CONTROLLING AUTHORITY**

54030 Inmate Property, 54030.12.2 Processing Disapproved Property, Confiscated Property.

**B. DOCUMENTS CONSIDERED**

Grievance Log# 175012, 54030.12.2 Processing Disapproved Property, Confiscated Property. Grievance Log # 170901

## III. REASONING AND DECISION

A thorough inquiry was conducted concerning Claimants Grievance. During this inquiry process, Claimant was uncooperative and belligerent. As a result of Claimants actions during the interview no additional information was obtained. No specific items missing were identified in Claimants grievance. When questioned about Claimants grievance, Custody Staff who were present on the day of said in the grievance stated they did not remove items or witness items removed from Claimants cell. Claimant filed a grievance (Log# 170901) for the same issue on 10/01/21 which was disapproved. Claimant stated in his own words " This appeal has already been addressed". Based on Claimants action requested in addition to his own statement admitting to this issue being addressed. This grievance has been disapproved.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| R. Carriedo [CARU001] | CDW | 11/12/2021 |

CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

# CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:** Appeal Claims Decision Response

**Offender Name:** MARTIN, JARED ANDREW          **Date:** 11/08/2021
**CDC#:** BL1279
**Current Location:** KVSP-Facility A          **Current Area/Bed:** A 004 1 - 115001L

**Log #:** 000000150348

**Claim # 001**

**Institution/Parole Region of Origin:** Kern Valley State Prison          **Facility/Parole District of Origin:** KVSP-Facility A
**Housing Area/Parole Unit of Origin:**
**Category:** Facilities          **Sub-Category:** Other Facilities Issue - NOS

**I. ISSUE ON APPEAL**

Appellant alleges that on August 8, 2021, an officer did not sign appellant's legal mail.

**II. RULES AND REFERENCES**

**A. CONTROLLING AUTHORITY**

Title 15, sections 3481(a), and 3486(i)(1)

**B. DOCUMENTS CONSIDERED**

Grievance/Appeal Log #150348
Legal Log Book, dated 8/8/21

**III. REASONING AND DECISION**

Appellant is alleging that a correctional officer didn't sign for appellant's outgoing legal mail. A review of the legal mail log for August 8, 2021, shows that appellant's legal mail was received, processed, and sent out pursuant to policy. Because the response by the Office of Grievances was proper, this claim is denied.

**IV. REMEDY**

Your claim has been denied. Therefore, there is no applicable remedy.

**Decision: Denied**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is denied. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Chief | 11/08/2021 |

**Claim #  002**

**Institution/Parole Region of Origin:** Kern Valley State Prison          **Facility/Parole District of Origin:** KVSP-Facility A

**Housing Area/Parole Unit of Origin:**

**Category:** Facilities                    **Sub-Category:** Plumbing

### I. ISSUE ON APPEAL

Appellant asserts water is leaking in his cell.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, sections 3481(a)

#### B. DOCUMENTS CONSIDERED

CDCR Form 602, Log #150348; Grievance Response, Log #150348

### III. REASONING AND DECISION

The response provided to appellant references documents not found in the administrative record, nor were provided to this Office upon request. Consequently, the Office of Appeals is unable to meaningfully review the decision at the grievance level and independently determine the appropriate appeal decision. Because the grievance record is incomplete this claim shall be granted.

### IV. REMEDY

The Office of Grievances shall open a new claim and ensure all documentation relied upon by the Reviewing Authority in reaching its decision is included in the administrative record.

**Decision: Granted**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is granted. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Chief | 11/08/2021 |

**Claim #  003**

**Institution/Parole Region of Origin:** Kern Valley State Prison          **Facility/Parole District of Origin:** KVSP-Facility A

**Housing Area/Parole Unit of Origin:**

**Category:** Facilities                    **Sub-Category:** Other Facilities Issue – NOS

### I. ISSUE ON APPEAL

Appellant argues staff are violating policy by not having required body cameras turned on.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, sections 3481(a) and 3483(i)(1)

#### B. DOCUMENTS CONSIDERED

CDCR Form 602, Log #150348; Grievance Response, Log #150348

### III. REASONING AND DECISION

According to Title 15, subsection 3483(i)(1), to deny a claim requires that a Reviewing Authority find "by a preponderance of the evidence available that all applicable polices were followed and that all relevant decisions, actions, conditions, or omissions by the Department or departmental staff were proper." In this instance, however, the response by the Office of Grievances improperly shifts the burden to appellant to prove the allegations raised instead of assigning the burden of proof to the Department to prove all applicable rules were followed. Because this response improperly shifts the burden in violation of the above regulation, this claim is granted.

### IV. REMEDY

The Office of Grievances shall open a new claim and the Hiring Authority shall only deny this claim if all applicable rules were followed.

### Decision: Granted

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is granted. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Chief | 11/08/2021 |

---

### Claim #   004

**Institution/Parole Region of Origin:** Kern Valley State Prison          **Facility/Parole District of Origin:**  KVSP-Facility A

**Housing Area/Parole Unit of Origin:**

**Category:**  General Employee Performance          **Sub-Category:**  Allegation of Force (that is not Use of Force)

### I. ISSUE ON APPEAL

Appellant asserts having witnessed Officer Castillo and other Corrections Officers use unnecessary and excessive force on another black man.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, sections 3481(a), 3486(i)(1), and 3487(a)(4)

#### B. DOCUMENTS CONSIDERED

Grievance/Appeal Log #150348

### III. REASONING AND DECISION

Appellant is asserting having witnessed alleged harm against another inmate. Title 15, section 3487(a)(4), specifies that a claim may be rejected when the claim concerns harm to a person other than the person who signed the grievance or appeal pursuant to 3487(a)(4).  Therefore this claim is denied.

### IV. REMEDY

Your claim has been denied. Therefore, there is no applicable remedy.

### Decision: Denied

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is denied. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Chief | 11/08/2021 |

**Claim #   005**

**Institution/Parole Region of Origin:** Kern Valley State Prison    **Facility/Parole District of Origin:** KVSP-Facility A
**Housing Area/Parole Unit of Origin:**
**Category:**  Offender Activities    **Sub-Category:**   Other Program - NOS

### I. ISSUE ON APPEAL

Appellant asserts being denied or being hindered in accessing the dayroom, phone calls, and programs.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, sections 3481(a)

#### B. DOCUMENTS CONSIDERED

CDCR Form 602, Log #150348; Grievance Response, Log #150348

### III. REASONING AND DECISION

The response provided to appellant references documents not found in the administrative record, nor were provided to this Office upon request. Consequently, the Office of Appeals is unable to meaningfully review the decision at the grievance level and independently determine the appropriate appeal decision. Because the grievance record is incomplete this claim shall be granted.

### IV. REMEDY

The Office of Grievances shall open a new claim and ensure all documentation relied upon by the Reviewing Authority in reaching its decision is included in the administrative record.

**Decision: Granted**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is granted. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Chief | 11/08/2021 |

**Claim #   006**

**Institution/Parole Region of Origin:** Kern Valley State Prison    **Facility/Parole District of Origin:** KVSP-Facility A
**Housing Area/Parole Unit of Origin:**
**Category:**  Facilities    **Sub-Category:**   Other Facilities Issue - NOS

### I. ISSUE ON APPEAL

You are appealing the decision to approve your claim that staff are not providing you with grievance forms.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, section 3481(f)

#### B. DOCUMENTS CONSIDERED

Grievance/Appeal Log #150348

**III. REASONING AND DECISION**

As stated in the Office of Grievances' response, during your interview you stated staff put the grievance forms out but there is not enough for everyone in the housing unit, and you do have a stack in your cell. Staff provided you forms and ensure they are readily available in the housing unit. The Office of Grievances approved your claim meaning the preponderance of evidence available indicates staff did not follow all applicable policies. Because the Office of Grievances' decision was proper and an appropriate remedy was provided to you, this claim is denied. Additionally, you may immediately notify staff if any forms are unavailable in the housing unit.

**IV. REMEDY**

Your claim has been denied. Therefore, there is no applicable remedy.

**Decision: Denied**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is denied. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Chief | 11/08/2021 |

**CALIFORNIA DEPARTMENT *of***
**Corrections and Rehabilitation**

# CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:**  Appeal Claims Decision Response

| | |
|---|---|
| **Offender Name:**  MARTIN, JARED ANDREW | **Date:**  10/06/2021 |
| **CDC#:**  BL1279 | |
| **Current Location:**  KVSP-Facility A | **Current Area/Bed:**  A  004 1 - 115001L |

**Log #:**  000000131588

---

**Claim #  001**

**Institution/Parole Region of Origin:** Kern Valley State Prison

**Facility/Parole District of Origin:** KVSP-Facility A

**Housing Area/Parole Unit of Origin:**

**Category:** Facilities                  **Sub-Category:**  Other Facilities Issue - NOS

### I. ISSUE ON APPEAL

You assert that your outgoing legal mail and trust account withdrawals are not being processed by housing unit custody staff.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, sections 3001, 3130, 3131, 3133, 3143, 3160 and 3481

#### B. DOCUMENTS CONSIDERED

Form 602-1 Log #131588 and attachments; Form 602-2 Log #131588 and attachments

### III. REASONING AND DECISION

The response provided to appellant by the Office of Grievances lacks sufficient reasoning in support of the decision as required by departmental regulations. Pursuant to Title 15, section 3481(a), appellant is owed a substantive response "clearly explaining the reasoning for the Reviewing Authority's decision..."

While supporting information may be found in a separate report, appellant is entitled to receive a decision containing sufficient details and a summary of the facts and evidence gathered.  Based upon the conducted inquiry, the claim is granted.

### IV. REMEDY

The Office of Grievances shall open a new claim for the purpose of providing appellant with a substantive response and a summary of the facts in support of its determination.  Specifically, any evidence gathered from the conducted review, to include relevant information obtained from the witnesses questioned as mentioned within the grievance response.

**Decision: Granted**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is granted. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Chief | 10/06/2021 |

**Claim #  002**

**Institution/Parole Region of Origin:** Kern Valley State Prison    **Facility/Parole District of Origin:** KVSP-Central Service

**Housing Area/Parole Unit of Origin:**

**Category:** General Employee Performance    **Sub-Category:** Substandard Performance

## I. ISSUE ON APPEAL

You contend that your submitted claim was incorrectly rejected by the Office of Grievances. You believe that staff are attempting to cover-up staff violating departmental regulations.

## II. RULES AND REFERENCES

### A. CONTROLLING AUTHORITY

Title 15, sections 3483(i)(6) and 3487(a)(3)

### B. DOCUMENTS CONSIDERED

Form 602-1 Log #131588 and attachments; Form 602-2 Log #131588 and attachments

## III. REASONING AND DECISION

Pursuant to Title 15, section 3487(a)(3), a claim shall be rejected if it is substantially duplicative of a prior claim by the same claimant. Appellant's generic claim that staff are "harassing" appellant has been addressed within several processed grievances, to include the most recent instance within Offender Grievance Tracking Log #131423.  Therefore, the claim is denied.

## IV. REMEDY

Your claim has been denied. Therefore, there is no applicable remedy.

**Decision: Denied**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is denied. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| A. Vasquez [VAAL001] | AW (A) | 09/29/2021 |

CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

Re:  Grievance Claims Decision Response

| | |
|---|---|
| **Offender Name:**  MARTIN, JARED ANDREW | **Date:**  10/05/2021 |
| **CDC#:**  BL1279 | |
| **Current Location:**  KVSP-Facility A | **Current Area/Bed:**  A  004'1 - 115001L |

Log #:  000000151430

---

**Claim #: 001**

| | |
|---|---|
| **Institution/Parole Region of Origin:**  Kern Valley State Prison | **Facility/Parole District of Origin:**  KVSP-Central Service |

**Housing Area/Parole Unit of Origin:**

| | |
|---|---|
| **Category:**  Offender Resources | **Sub-Category:**  Mail |

## I. CLAIM

Claimant is contending his legal books are being withheld from him.

## II. RULES AND REFERENCES

### A. CONTROLLING AUTHORITY

Title 15, Article 4. Mail

CCR 3134.1 Processing of Publications

### B. DOCUMENTS CONSIDERED

Grievance

## III. REASONING AND DECISION

Mailroom Interview:
Mailroom Staff was interviewed on September 29, 2021 at approximately 0800 hours in regards to the books in question. Mailroom Staff advised the Claimant received books in the months of May, July and August. In each month the books were forwarded to KVSP Receiving and Release for processing. Mailroom Staff could not verify if the books were "Legal Books" or not.

R&R Interview:
Receiving and Release (R&R) staff was interviewed on September 30, 2021 at approximately 1100 hours regarding the issue involving legal books. Staff stated the Claimant had books arrive in May and July of 2021; and that they were forwarded to Facility A.

Claimant Interview:
Claimant was interviewed on October 3, 2021 at approximately 1130 hours regarding this issue. The Claimant asked which grievance the interview was pertaining to as he explained he has numerous grievances submitted for various reasons. It was explained to the Claimant the grievance involved legal books he was claiming were withheld.

The Claimant stated he recalled the grievance in question and he had already received the legal books he was grieving about. The Claimant stated he received the Legal Books a couple of weeks prior to the grievance interview.

## IV. REMEDY

The Claimant received the Legal Books after submitting the grievance.

**Decision: Approved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to APPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

If more than 30 calendar days have passed since the decision was sent to you, and your remedy has not been implemented, you may file a CDCR Form 602 -3, Request to Implement Remedies Form. You must wait until after the 30th day has passed to submit this request.

| Staff Signature | Title | Date/Time |
|---|---|---|
| R. Carriedo [CARU001] | CDW | 10/05/2021 |

---

**Claim #: 002**

**Institution/Parole Region of Origin:**  Kern Valley State Prison          **Facility/Parole District of Origin:**  KVSP-Facility A

**Housing Area/Parole Unit of Origin:**

**Category:**  General Employee Performance          **Sub-Category:**  Substandard Performance

### I. CLAIM

Claimant is contending a Correctional Officer "stalked and abused" him by "ransacking" his cell on 8/9/2021 and 8/10/2021.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

O.P. 52050.16 search policy

#### B. DOCUMENTS CONSIDERED

3w cell search receipts, cell search log

### III. REASONING AND DECISION

There is no evidence of the Claimants cell being searched on August 9, 2021, or August 10, 2021 second or third watch. The custody staff member in question was interviewed and does not recall searching the Claimants cell on the days in question.  Staff did not violate policy in regard to your claim.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| S. Smith [SMST002] | CDW(A) | 09/08/2021 |

CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

| | |
|---|---|
| **Offender Name:** MARTIN, JARED ANDREW | **Date:** 08/26/2021 |
| **CDC#:** BL1279 | |
| **Current Location:** KVSP-Facility A | **Current Area/Bed:** A 004 1 - 115001L |

**Log #:** 000000150348

---

**Claim #: 001**

**Institution/Parole Region of Origin:** Kern Valley State Prison    **Facility/Parole District of Origin:** KVSP-Facility A

**Housing Area/Parole Unit of Origin:**

**Category:** Facilities    **Sub-Category:** Other Facilities Issue - NOS

### I. CLAIM

Claimant is contending a Correctional Officer did not put their signature and badge number on his legal mail he was sending out on 8/8/2021.

### II. RULES AND REFERENCES

**A. CONTROLLING AUTHORITY**

Title 15 3144

**B. DOCUMENTS CONSIDERED**

Legal mail log book
Grievance

### III. REASONING AND DECISION

Claimant could not identify what Officer did not sign his legal mail. A review of the housing unit legal mail log book reflected that the claimants mail for 8/8/2021 was processed by staff according to policy and procedures.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| S. Smith [SMST002] | CDW(A) | 08/18/2021 |

**Claim #: 002**

**Institution/Parole Region of Origin:** Kern Valley State Prison

**Facility/Parole District of Origin:** KVSP-Facility A

**Housing Area/Parole Unit of Origin:**

**Category:** Facilities

**Sub-Category:** Plumbing

**I. CLAIM**

Inmate is contending that water is leaking into his cell.

**II. RULES AND REFERENCES**

**A. CONTROLLING AUTHORITY**

Facility Management Division Policy, FMD-0100, Work Requests, Work Orders, and Project Requests. Standards Automated Preventative Maintenance System, SAPMS. Work Order Coordinator Log, WOC. Operational Procedure 606, KVSP Work Orders.

**B. DOCUMENTS CONSIDERED**

FMD-100, SAPMS Report, WOC Logs, Submitted Work Request, Operational Procedures 606.

**III. REASONING AND DECISION**

The Plant Operations Department ran a report within SAPMS and the following information was gathered. The Plant Operations Department did not receive a work request regarding this issue. Recommend you contact building staff to submit a work request within the policies and procedures of OP 606.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| S. Smith [SMST002] | CDW(A) | 08/18/2021 |

**Claim #: 003**

**Institution/Parole Region of Origin:** Kern Valley State Prison

**Facility/Parole District of Origin:** KVSP-Facility A

**Housing Area/Parole Unit of Origin:**

**Category:** Facilities

**Sub-Category:** Other Facilities Issue - NOS

**I. CLAIM**

Claimant is contending staff have not been having their body worn cameras on.

**II. RULES AND REFERENCES**

**A. CONTROLLING AUTHORITY**

KVSP Operational Procedure #217 Body-Worn Camera Technology

**B. DOCUMENTS CONSIDERED**

KVSP Operational Procedure #217 Body-Worn Camera Technology; CDCR 602 Log #150348 Page 3

**III. REASONING AND DECISION**

Upon review of all information gathered as a result of this inquiry, reviewer disapproves claim and actions requested by claimant. Due to the lack of evidence and the consideration of the interviews conducted, claimant has not provided sufficient evidence to support his claim.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| S. Smith [SMST002] | CDW(A) | 08/16/2021 |

---

**Claim #: 004**

**Institution/Parole Region of Origin:** Kern Valley State Prison          **Facility/Parole District of Origin:** KVSP-Facility A
**Housing Area/Parole Unit of Origin:**
**Category:** General Employee Performance          **Sub-Category:** Allegation of Force (that is not Use of Force)

The California Department of Corrections and Rehabilitation (CDCR) Office of Grievances at KVSP-Facility A has received your claim.

Your claim is being rejected by Office of Grievances for the reason(s) indicated below.

Inmate is contending that Correctional Officer use unnecessary force on another Inmate. (see pg 4.) This claim concerns harm to another person. Therefore, this claim is rejected per CCR Title 15 Section 3487(a)(4).

This serves as your response by the Office of Grievances. If you are dissatisfied with this response, you may appeal the rejection decision to CDCR's Office of Appeals.

Do not resubmit this claim to the Office of Grievances at KVSP-Facility A.

**Decision: Rejected**

(1.)    A claimant needs to submit their own claim.  Your claim concerns another person's claim and we cannot respond to you about their claim.

---

**Claim #: 005**

**Institution/Parole Region of Origin:** Kern Valley State Prison          **Facility/Parole District of Origin:** KVSP-Facility A
**Housing Area/Parole Unit of Origin:**
**Category:** Offender Activities          **Sub-Category:** Other Program - NOS

**I. CLAIM**

Claimant is contending he does not have access to dayroom, phone calls and program.

**II. RULES AND REFERENCES**

**A. CONTROLLING AUTHORITY**

KVSP Operational Procedure #406 Restrictive Movement Procedure

**B. DOCUMENTS CONSIDERED**

KVSP Operational Procedure #406 Restrictive Movement Procedure; OP 406 Addendum 7/13/2021; CDCR 602 Log #150348 Page 5

### III. REASONING AND DECISION

Upon review of all information gathered as a result of this inquiry, reviewer disapproves claim and actions requested by claimant. The purpose and objective of OP 406 is to establish a process for a shortage in staff vacancies as a result of staff redirects while maintaining the integrity of institutional security and ensuring staff and inmate safety. Claimant has not provided sufficient evidence to support his claim. Claimant is currently on Workgroup/Privilege Group C/C and does not have access to dayroom activities.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| S. Smith [SMST002] | CDW(A) | 08/16/2021 |

---

**Claim #: 006**

**Institution/Parole Region of Origin:** Kern Valley State Prison    **Facility/Parole District of Origin:** KVSP-Facility A

**Housing Area/Parole Unit of Origin:**

**Category:** Facilities    **Sub-Category:** Other Facilities Issue - NOS

### I. CLAIM

That staff is not providing claimant with 602 forms.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

54100, Inmate/Parolee Grievances.

#### B. DOCUMENTS CONSIDERED

Inmate/Parolee Form CDCR 602

### III. REASONING AND DECISION

During the interview with claimant, he stated that he has a stack of 602 forms in his cell, further more you stated that staff put more out for you the day of the interview. Staff are supplying you with 602 grievance forms.

### IV. REMEDY

Staff supply claimant with 602 grievance forms and make them readily available in this housing unit.

**Decision: Approved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to APPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

If more than 30 calendar days have passed since the decision was sent to you, and your remedy has not been implemented, you may file a CDCR Form 602-3, Request to Implement Remedies Form. You must wait until after the 30th day has passed to submit this request.

| Staff Signature | Title | Date/Time |
|---|---|---|
| S. Smith [SMST002] | CDW(A) | 08/25/2021 |

CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

# CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:** Appeal Claims Decision Response

| | |
|---|---|
| **Offender Name:** MARTIN, JARED ANDREW | **Date:** 11/08/2021 |
| **CDC#:** BL1279 | |
| **Current Location:** KVSP-Facility A | **Current Area/Bed:** A 004 1 - 115001L |

**Log #:** 000000150620

---

**Claim #  001**

**Institution/Parole Region of Origin:** Kern Valley State Prison        **Facility/Parole District of Origin:** KVSP-Facility A

**Housing Area/Parole Unit of Origin:**

**Category:** General Employee Performance        **Sub-Category:** Substandard Performance

### I. ISSUE ON APPEAL

Appellant argues staff are attempting to cover up employee misconduct.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, sections 3481(a) and 3483(i)(1)

#### B. DOCUMENTS CONSIDERED

CDCR Form 602, Log #150620; Grievance Response, Log #150620

### III. REASONING AND DECISION

According to Title 15, subsection 3483(i)(1), to deny a claim requires that a Reviewing Authority find "by a preponderance of the evidence available that all applicable polices were followed and that all relevant decisions, actions, conditions, or omissions by the Department or departmental staff were proper." In this instance, however, the response by the Office of Grievances improperly shifts the burden to appellant to prove the allegations raised instead of assigning the burden of proof to the Department to prove all applicable rules were followed. Because this response improperly shifts the burden in violation of the above regulation, this claim is granted.

### IV. REMEDY

The Office of Grievances shall open a new claim and the Hiring Authority shall only deny this claim if all applicable rules were followed.

**Decision: Granted**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is granted. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Chief | 11/08/2021 |



CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:** Appeal Claims Decision Response

**Offender Name:** MARTIN, JARED ANDREW

**CDC#:** BL1279

**Current Location:** KVSP-Facility A

**Date:** 01/15/2022

**Current Area/Bed:** A  004 1 - 130001L

**Log #:** 000000159444

---

## Claim #  001

**Received at Institution/Parole Region:** Kern Valley State Prison

**Submitted to Facility/Parole District:** KVSP-Facility A

**Housing Area/Parole Unit:**

**Category:** General Employee Performance                    **Sub-Category:** Substandard Performance

### I. ISSUE ON APPEAL

Appellant alleges a Correctional Sergeant screamed intimidated appellant during a grievance hearing.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, section 3483(i)(1)

#### B. DOCUMENTS CONSIDERED

OGT Log #159444

### III. REASONING AND DECISION

The response provided to appellant by the Office of Grievances provides no specific evidence refuting the facts as alleged by appellant as required by Title 15, subsection 3483(i)(1). The response is therefore incomplete and does not support the decision of the institution, this claim is therefore granted.

### IV. REMEDY

The Office of Grievances shall open a new log for the purpose of providing appellant with a substantive response to all allegations in support of its determination. The Office of Grievances shall ensure all non-confidential documentation, media, and/or footage relied upon by the Reviewing Authority in reaching its decision is included in the administrative record.

**Decision: Granted**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is granted. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| C. Rojas [ROCY016] | AW | 01/14/2022 |

CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

## CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:** Appeal Claims Decision Response

**Offender Name:** MARTIN, JARED ANDREW                    **Date:** 11/08/2021

**CDC#:** BL1279

**Current Location:** KVSP-Facility A                      **Current Area/Bed:** A 004 1 - 115001L

**Log #:** 000000148278

---

**Claim #  001**

**Institution/Parole Region of Origin:** Kern Valley State Prison        **Facility/Parole District of Origin:** KVSP-Facility A

**Housing Area/Parole Unit of Origin:**

**Category:** General Employee                **Sub-Category:**   Substandard Performance
            Performance

### I. ISSUE ON APPEAL

Appellant alleges Lt. Neighbors failed to wear a body-worn camera during an interaction with appellant.

### II. RULES AND REFERENCES

    **A. CONTROLLING AUTHORITY**

    Director's Memorandum; Implementation Plan for the Body-Worn Camera Technology Expansion, dated June 2, 2021

    **B. DOCUMENTS CONSIDERED**

    OGT Log #148278

### III. REASONING AND DECISION

The Office of Appeals finds the grievance adequately responds to the allegations. Lt. Neighbors was interviewed and stated that the body-worn camera memorandum does not require Correctional Lieutenants to wear body-worn cameras. A review of the Director's memo confirms this. Because the grievance response provides appellant with a substantive response to the allegations, the claim is denied.

### IV. REMEDY

Your claim has been denied. Therefore, there is no applicable remedy.

**Decision: Denied**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is denied. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Chief | 11/08/2021 |

**Claim #  002**

**Institution/Parole Region of Origin:** Kern Valley State Prison                **Facility/Parole District of Origin:** KVSP-Facility A
**Housing Area/Parole Unit of Origin:**
**Grievance Claim Category:** Facilities                **Grievance Claim Sub-Category:** Other Facilities Issue – NOS
**Appeal Claim Category:** Facilities                **Appeal Claim Sub-Category:** Plumbing

### I. ISSUE ON APPEAL

You are appealing the decision to disapprove your claim that staff are not providing you an Americans with Disabilities Act worker to help push you in your wheelchair.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Memorandum, Revised Americans with Disabilities Act Inmate Assistance Program dated June 25, 2020; Kern Valley State Prison, Operational Procedure #802

#### B. DOCUMENTS CONSIDERED

Grievance/Appeal Log #148278

### III. REASONING AND DECISION

As stated in the Office of Grievances' response, staff were interviewed and stated when you exit your cell you are provided the opportunity for assistance from an Americans with Disabilities Act worker; however, you have refused due to not liking the Americans with Disabilities Act worker available. Pursuant to Operational Procedure, #802, Americans with Disabilities Act workers shall not be assigned to individual inmates, but rather to housing units. You may not select which Americans with Disabilities Act worker provides assistance to you. The Office of Grievances disapproved your claim meaning the preponderance of evidence available indicates staff did follow all applicable policies. Because the Office of Grievances' decision was proper, this claim is denied.

### IV. REMEDY

Your claim has been denied. Therefore, there is no applicable remedy.

**Decision: Denied**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is denied. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Chief | 11/08/2021 |

**Claim #  003**

**Institution/Parole Region of Origin:** Kern Valley State Prison                **Facility/Parole District of Origin:** KVSP-Facility A
**Housing Area/Parole Unit of Origin:**
**Category:**  General Employee Performance                **Sub-Category:**  Substandard Performance

### I. ISSUE ON APPEAL

Appellant asserts being harassed by staff and that staff are hindering him from taking medication.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, sections 3483(i)(1)

**B. DOCUMENTS CONSIDERED**

CDCR Form 602, Log #148278; Grievance Response, Log #148278

**III. REASONING AND DECISION**

The response provided to appellant by the Office of Grievances provides no specific evidence refuting the facts as alleged by appellant as required by Title 15, subsection 3483(i)(1). The response is therefore incomplete and does not support the decision of the institution, this claim is therefore granted.

**IV. REMEDY**

The Office of Grievances shall open a new claim for the purpose of providing appellant with a substantive response and summary of facts in support of its determination.

**Decision: Granted**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is granted. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Chief | 11/08/2021 |

---

**Claim #  004**

**Institution/Parole Region of Origin:** Kern Valley State Prison          **Facility/Parole District of Origin:** KVSP-Facility A
**Housing Area/Parole Unit of Origin:**
**Category:** Facilities                    **Sub-Category:** Other Facilities Issue - NOS

**I. ISSUE ON APPEAL**

Appellant alleges that on July 19, 2021, Officer Garcia was harassing appellant by preventing appellant from taking appellant's medication.

**II. RULES AND REFERENCES**

    **A. CONTROLLING AUTHORITY**

    Title 15, sections 3481(a), and 3486(i)(1)

    **B. DOCUMENTS CONSIDERED**

    Grievance/Appeal Log #148278
    Medical Flow Chart, CDCR #BL1279, dated 7/19/21

**III. REASONING AND DECISION**

On August 12, 2021, appellant and staff were interviewed independently with regard to this claim. Appellant did not specify what actions occurred with regard to the allegation that staff harassed and prevented appellant from receiving medication. Staff confirmed that appellant comes to pill pass everyday, twice a day, to receive medication. Appellant's medical flow chart for July 19, 2021, demonstrated that appellant received all required medication. Because the response by the Office of Grievances was proper, this claim is denied.

**IV. REMEDY**

Your claim has been denied. Therefore, there is no applicable remedy.

**Decision: Denied**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is denied. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Chief | 11/08/2021 |

CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

# CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:** Appeal Claims Decision Response

| | |
|---|---|
| **Offender Name:** MARTIN, JARED ANDREW | **Date:** 10/20/2021 |
| **CDC#:** BL1279 | |
| **Current Location:** KVSP-Facility A | **Current Area/Bed:** A 004 1 - 115001L |

**Log #:** 000000133482

---

**Claim #  001**

**Institution/Parole Region of Origin:** Kern Valley State Prison         **Facility/Parole District of Origin:** KVSP-Facility A
**Housing Area/Parole Unit of Origin:**
**Category:** Offender Discipline              **Sub-Category:** Administrative Rules Violation Report

## I. ISSUE ON APPEAL

Appellant alleges unnamed officers harass and abuse appellant.

## II. RULES AND REFERENCES

### A. CONTROLLING AUTHORITY

Title 15, section 3391

### B. DOCUMENTS CONSIDERED

OGT Log #133482

## III. REASONING AND DECISION

The grievance response does not contain a substantive response to appellant's allegations. The grievance response concludes no policy violations occurred without supporting the conclusion with statements of fact. There are references to interviews conducted with the staff, however there is no documentation in the grievance response of who was interviewed and what statements of facts were used from the interviews to support the institution decision. There is no evidence provided to appellant to support the grievance response. Because of this, the claim is granted.

## IV. REMEDY

Kern Valley State Prison shall open a new OGT log to respond to the claim. The fact gatherer shall document any interviews with staff or inmate witnesses within the grievance response. The grievance response shall include any evidence gleaned from the interviews in order to provide appellant with a substantive response as to how the evidence supports the decision by the institution. Any disciplinary action against staff as a result of these findings is considered a personnel action, and thus will not be disclosed to appellant.

**Decision: Granted**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is granted. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Chief | 10/20/2021 |

CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

## CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:** Appeal Claims Decision Response

**Offender Name:** MARTIN, JARED ANDREW

**CDC#:** BL1279

**Current Location:** KVSP-Facility A

**Date:** 09/18/2021

**Current Area/Bed:** A  004 1 - 115001L

**Log #:** 000000129069

---

**Claim #  001**

**Institution/Parole Region of Origin:** Kern Valley State Prison    **Facility/Parole District of Origin:** KVSP-Facility A

**Housing Area/Parole Unit of Origin:**

**Category:** General Employee Performance    **Sub-Category:** Substandard Performance

### I. ISSUE ON APPEAL

Appellant asserts that custody staff working in Facility "A" are harassing and abusing appellant.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

California Code of Regulations, Title 15, sections 3481 and 3483

#### B. DOCUMENTS CONSIDERED

CDCR Form 602, Log #129069

### III. REASONING AND DECISION

The response provided to appellant by the Office of Grievances lacks sufficient reasoning in support of its decision as required by Title 15, subsection 3481 (a). Furthermore, the response by the Office of Grievances states the conclusion of the investigation without any specific evidence in support of the institution's decision as required by Title 15, subsection 3483(i)(1). Because the response is incomplete and does not support the decision of the institution, this claim is granted.

### IV. REMEDY

The Office of Grievances shall open a new claim for the purpose of providing appellant with a substantive response and summary of facts in support of its determination as to the above allegations.

**Decision: Granted**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is granted. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Chief | 09/18/2021 |



CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:**  Appeal Claims Decision Response

**Offender Name:**  MARTIN, JARED ANDREW

**CDC#:** BL1279

**Current Location:**  KVSP-Facility A

**Date:**  01/29/2022

**Current Area/Bed:** A  004 1 - 130001L

**Log #:**  000000162388

---

## Claim #  001

**Received at Institution/Parole Region:**    Kern Valley State Prison

**Submitted to Facility/Parole District:**    KVSP-Central Service

**Housing Area/Parole Unit:**

**Category:**  General Employee Performance                **Sub-Category:** Substandard Performance

### I. ISSUE ON APPEAL

Appellant asserts that on 9/1/21, an unidentified Correctional Sergeant (FLORES) was elusive/covering up police conduct by not providing his name and screaming at appellant during 602 interview to intimate appellant.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, section 3000, 3001, 3004, 3005, 3391, 3483, 3485, 3486 and 3487

#### B. DOCUMENTS CONSIDERED

CDCR Form 602, Log #162388

CDCR Form 602, Log #159425 and #159444

### III. REASONING AND DECISION

This claim is substantively duplicative of previous appeals that have been addressed. This appeal is substantially duplicative of Log #159425 and #159444, which was addressed in a prior grievance / appeal. herefore, this claim is denied.

### IV. REMEDY

Your claim has been denied. Therefore, there is no applicable remedy.

### Decision: Denied

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is denied. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| C. Rojas [ROCY016] | AW | 01/28/2022 |

## Claim #  002

**Received at Institution/Parole Region:**  Kern Valley State Prison
**Submitted to Facility/Parole District:**  KVSP-Central Service
**Housing Area/Parole Unit:**
**Category:**  General Employee Performance                **Sub-Category:** Other Staff Misconduct - NOS

### I. ISSUE ON APPEAL

You are appealing the Office of Grievances' rejection of this claim as substantially duplicative of prior grievances.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, subsection 3487(a)(3).

#### B. DOCUMENTS CONSIDERED

CDCR Form 602 and 602-2; OGT log numbers 129069, 130522, and 135796.

### III. REASONING AND DECISION

This claim is not substantially duplicative of grievance log numbers 129069, 130522, and 135796, as the prior claims concerns allegations of harassment and abuse by staff in June and July of 2021. However, this claim concerns an allegation that a Sergeant and Officer Gonzalez screamed at you and tried to intimidate you on September 1, 2021. Accordingly, the subject of this grievance is different than the prior grievances, thus this claim should not have been rejected as duplicative. Therefore, this claim is granted.

### IV. REMEDY

The Office of Grievances shall open a new grievance for the purpose of responding to this claim on the merits.

**Decision: Granted**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is granted. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| C. Rojas [ROCY016] | AW | 01/28/2022 |

CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:**  Grievance Claims Decision Response

| | | |
|---|---|---|
| **Offender Name:**  MARTIN, JARED ANDREW | **Date:**  11/24/2021 |
| **CDC#:**  BL1279 | |
| **Current Location:**  KVSP-Facility A | **Current Area/Bed:**  A  004 1 - 115001L |

**Log #:**  000000170353

---

## Claim #: 001

**Institution/Parole Region of Origin:**   Kern Valley State Prison      **Facility/Parole District of Origin:**   KVSP-Facility A

**Housing Area/Parole Unit of Origin:**

**Category:**   Offender Resources           **Sub-Category:**   Law Library

As you were notified in the acknowledgment letter, the California Department of Corrections and Rehabilitation, Office of Grievances at Kern Valley State Prison received your request. We determined that your request for an interview, item, assistance, or service, is outside the scope of the grievance process.

Your request has or will be addressed by appropriate staff at Kern Valley State Prison as determined by the Reviewing Authority.

**Decision: Redirected**

---

## Claim #: 002

**Institution/Parole Region of Origin:**   Kern Valley State Prison      **Facility/Parole District of Origin:**   KVSP-Facility A

**Housing Area/Parole Unit of Origin:**

**Category:**   Facilities             **Sub-Category:**   Other Facilities Issue - NOS

### I. CLAIM

Claimant is contending he is not being allowed to get a haircut.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Department of Corrections and Rehabilitation, Kern Valley State Prison, and Operational Procedure #808, California Code of Regulations Title 15 sections 3060, and 3062.

#### B. DOCUMENTS CONSIDERED

Grievance Log# 170353, Rehabilitation, Kern Valley State Prison, and Operational Procedure #808, California Code of Regulations Title 15 sections 3060, and 3062.

### III. REASONING AND DECISION

A thorough inquiry was completed regarding Claimants grievance. During the inquiry the Claimant stated he was not allowed to receive a haircut in the housing unit. Custody Staff in Building 4 were interviewed and questioned if they have denied anyone in the housing unit a haircut to include Claimant.

Custody Staff stated they have not denied anyone a haircut in the housing unit. Custody Staff stated there are assigned Barbers in the housing unit who cut hair during dayroom hours. An Inmate Barber was interviewed in the housing unit and questioned if he is allowed access to provide haircuts in the housing unit. The Inmate Barber stated that Custody allows haircuts during dayroom hours.

Claimant will be granted access to haircuts utilizing the assigned inmate Barber while in the housing unit. No Custody Staff members were found to be in violation. Action request of termination, federal investigation, to include monetary compensation is beyond the scope of this investigation.

**IV. REMEDY**

Claimant will be afforded the opportunity to have access to haircuts by utilizing the inmate Barber assigned to the housing unit.

**Decision: Approved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to APPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

If more than 30 calendar days have passed since the decision was sent to you, and your remedy has not been implemented, you may file a CDCR Form 602 -3, Request to Implement Remedies Form. You must wait until after the 30th day has passed to submit this request.

| Staff Signature | Title | Date/Time |
| --- | --- | --- |
| R. Carriedo [CARU001] | CDW | 11/23/2021 |

CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

# CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:**  Appeal Claims Decision Response

| | |
|---|---|
| **Offender Name:**  MARTIN, JARED ANDREW | **Date:**  10/20/2021 |
| **CDC#:**  BL1279 | |
| **Current Location:**  KVSP-Facility A | **Current Area/Bed:** A  004 1 - 115001L |

**Log #:**  000000135316

---

**Claim #  001**

**Institution/Parole Region of Origin:** Kern Valley State Prison        **Facility/Parole District of Origin:**  KVSP-Facility A

**Housing Area/Parole Unit of Origin:**

**Category:**  General Employee Performance                **Sub-Category:**    Substandard Performance

### I. ISSUE ON APPEAL

Appellant alleges unnamed officers prevent appellant from using hair clippers and refuse to process appellant's legal mail. Appellant makes additional claims of physical abuse and refusal to provide food in the CDCR 602-2. These claims will be addressed in the Remedy portion of this response.

### II. RULES AND REFERENCES

####   A. CONTROLLING AUTHORITY

  Title 15, section 3391

####   B. DOCUMENTS CONSIDERED

  OGT Log #135316

### III. REASONING AND DECISION

The grievance response does not contain a substantive response to appellant's allegations. The grievance response concludes no policy violations occurred without supporting the conclusion with statements of fact. There are references to interviews conducted with the staff and inmate witnesses, however there is no documentation in the grievance response of who was interviewed and what statements of facts were used from the interviews to support the institution decision. There is no evidence provided to appellant to support the grievance response. Because of this, the claim is granted.

### IV. REMEDY

Kern Valley State Prison shall open a new OGT log to respond to the claim. The fact gatherer shall document any interviews with staff or inmate witnesses within the grievance response. The grievance response shall include any evidence gleaned from the interviews in order to provide appellant with a substantive response as to how the evidence supports the decision by the institution. Any disciplinary action against staff as a result of these findings is considered a personnel action, and thus will not be disclosed to appellant.

In the CDCR 602-2 appellant makes allegations that staff also, "starve, beat, lie on me and abuse me." Based on these allegations of misconduct Kern Valley State Prison shall open a claim separately from the OGT ordered above and present the claims to the reviewing authority for referral to the Allegation Inquiry Management Section pursuant to Title 15, subsection 3484(d).

**Decision: Granted**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is granted. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Chief | 10/20/2021 |

CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

| | |
|---|---|
| **Offender Name:** MARTIN, JARED ANDREW | **Date:** 07/24/2021 |
| **CDC#:** BL1279 | |
| **Current Location:** KVSP-Facility A | **Current Area/Bed:** A 004 1 - 115001L |

**Log #:** 000000132320

**Claim #: 001**

**Institution/Parole Region of Origin:** Kern Valley State Prison          **Facility/Parole District of Origin:** KVSP-Facility A

**Housing Area/Parole Unit of Origin:**

**Category:** Facilities          **Sub-Category:** Plumbing

## I. CLAIM

Inmate claiming his sink has been plugged for 3 weeks and requesting repair.

## II. RULES AND REFERENCES

### A. CONTROLLING AUTHORITY

Facility Management Division Policy, FMD-0100, Work Requests, Work Orders, and Project Requests. Standards Automated Preventative Maintenance System, SAPMS. Work Order Coordinator Log, WOC. Operational Procedure 606, KVSP Work Orders.

### B. DOCUMENTS CONSIDERED

FMD-100, SAPMS Report, WOC Logs, Submitted Work Request, Operational Procedures 606

## III. REASONING AND DECISION

On June 29, 2021, The Plant Operations Department received this grievance. A report was ran within SAPMS and the following information was gathered. On May 25, 2021, the Plant Operations Department received a work order regarding cell 115 sink flooded. Clerical staff generated a priority 3 work order and assigned it to appropriate trade for repairs as stated in policy FMD-0100. On July 20, 2021 the Plant Operations staff repaired the issue and tested to insure proper operation.

## IV. REMEDY

Repaired were made and tested to insure proper operation. All equipment was functioning as designed.

**Decision: Approved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to APPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

If more than 30 calendar days have passed since the decision was sent to you, and your remedy has not been implemented, you may file a CDCR Form 602-3, Request to Implement Remedies Form. You must wait until after the 30th day has passed to submit this request.

| Staff Signature | Title | Date/Time |
|---|---|---|
| S. Smith [SMST002] | CDW(A) | 07/23/2021 |

**Claim #: 002**

**Institution/Parole Region of Origin:** Kern Valley State Prison            **Facility/Parole District of Origin:** KVSP-Facility A

**Housing Area/Parole Unit of Origin:**

**Category:** General Employee Performance            **Sub-Category:** Substandard Performance

The California Department of Corrections and Rehabilitation (CDCR) Office of Grievances at KVSP-Central Service has received your claim.

Your claim is being rejected by Office of Grievances for the reason(s) indicated below.

Claim#2: Refer to CDCR 128B dated 6/24/18, regarding staff abusing/harassing/false reports , all claims duplicate and/or ongoing appeals. Therefore, Claim #2 is being Rejected.

Claims duplicated from grievance Log#'s: 130522, 129069,99924

This serves as your response by the Office of Grievances. If you are dissatisfied with this response, you may appeal the rejection decision to CDCR's Office of Appeals.

Do not resubmit this claim to the Office of Grievances at KVSP-Central Service.

**Decision: Rejected**

(1.)     Your claim is substantially duplicative of a prior claim already submitted by you that is in process or has been answered.

(2.)     Your claim concerns an anticipated policy, decision, action, condition or omission by the Department or departmental staff, generally meaning the action has not happened yet. Once a decision or action has taken place and if you are still dissatisfied, you may file a new grievance.

APPEAL OF GRIEVANCE
CDCR 602-2 (03/20)

| STAFF USE ONLY | Appeal #:_____  Date Received:_____ |
|---|---|
| | Date Due:_____ |
| | Categories:_____ |
| | Grievance #:_____ 132320 |

Claimant Name: JARED MARTIN                    CDCR #: BL1274

Current Housing/Parole Unit: AU-B-115    Institution/Facility/Parole Region: KERN VALLEY STATE PRISON

☐ There are no claims that can be appealed.

☐ The following claims cannot be appealed:

Claim #s: INMATE HARASSMENT / INMATE ABUSE

_This is the process to appeal the decision made regarding a claim that is not listed above._

Claim #: 001

Explain the reason for your appeal of any claims not listed above. Be as specific as you can.
_I am dissatisfied with the response I was given because_ IT SHOULD HAVE BEEN A MONTH BEFORE MY SINK WAS REPAIRED. MY CELL HAD OTHER PLUMBING ISSUES THAT TOOK WEEKS TO REPAIR. NOTHING I ASKS TO GET DONE IS DONE, OR IS DONE IN AN UNTIMELY AND UNPROFESSIONAL MANNER. A STOPPED UP SINK FOR A MONTH AND A FLOODED CELL FOR WEEKS AFTERWARD. I AM BEING SINGLED OUT AND TARGETED I AM BEING HARASSED AND ABUSE. I AM SUFFERING FROM AGE, RACE AND DISABILITY DISCRIMINATION.

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

_____
_____
_____
_____
_____

STATE OF CALIFORNIA                                                DEPARTMENT OF CORRECTIONS AND REHABILITATION
**APPEAL OF GRIEVANCE**
CDCR 602-2 (03/20)                                                                              Page 2 of 2

Claim #: ___602_____

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* MY CLAIMS ARE NOT
BEING ANSWERED IN A TIMELY MANNER THE
CORRECTIONS OFFICERS ARE TRYING TO KILL ME. ~~Valley~~
KERN VALLEY STATE PRISON STAFF IS IGNORING
POLICE BRUTALITY AND EXCESSIVE AND UNNECESSARY
FORCE BY PRISON CORRECTIONS OFFICERS. PRISON
OFFICIALS ARE ATTEMPTING TO COVERUP ABUSE
AND MISCONDUCK BY PRISON STAFF. KERN VALLEY
STATE PRISON STAFF ARE COMMITTING FEDERAL
CRIMES. VIOLATING MY CONSTITUTIONAL RIGHTS INCLUDING
PROTECTION AGAINST CRUEL AND UNUSUAL PUNISHMENT
AND RIGHT TO ALTER THE COURT AND DUE PROCESS
AND RIGHT TO PETITION THE GOVERNMENT. I WANT
INTERNAL AFFAIRS AND FEDERAL INVESTIGATIONS.

Are there documents that would be helpful to support your position? Attach copies of those documents if you don't have
the documents, identify them as best you can below:
I WANT THE OFFICERS AND PRISON STAFF
INVOLVED FIRED, TRANSFERED OR SUSPENDED. I WANT
100 MILLION DOLLARS IN DAMAGES.

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

Claimant Signature: _____          Date Signed: 7-27-2021

CALIFORNIA DEPARTMENT *of*
## Corrections and Rehabilitation

# CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:** Appeal Claims Decision Response

**Offender Name:** MARTIN, JARED ANDREW                **Date:** 10/20/2021
**CDC#:** BL1279
**Current Location:** KVSP-Facility A                **Current Area/Bed:** A 004 1 - 115001L

**Log #:** 000000136620

---

**Claim #   001**

**Institution/Parole Region of Origin:** Kern Valley State Prison      **Facility/Parole District of Origin:** KVSP-Facility A
**Housing Area/Parole Unit of Origin:**
**Category:** Facilities                **Sub-Category:** Other Facilities Issue - NOS

### I. ISSUE ON APPEAL

It is the appellant's position that this claim was inappropriately rejected as substantially duplicative.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

California Code of Regulations, Title 15, section 3487

#### B. DOCUMENTS CONSIDERED

CDCR Form 602, Log #136620
CDCR Form 602, Log #135316

### III. REASONING AND DECISION

Title 15, section 3487(a)(3), specifies that a claim may be rejected when the claim is substantially duplicative of a prior claim by the same claimant, except when the prior claim was rejected pursuant to subsection 3487(a)(2). The Office of Appeals compared this claim to appellant's prior claim #135316 and finds the allegation to be substantially duplicative in that both allege staff are not allowing appellant to use the hair clippers and are not processing appellant's outgoing confidential mail. Thus, this claim is denied.

### IV. REMEDY

Your claim has been denied. Therefore, there is no applicable remedy.

**Decision: Denied**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is denied. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| A. Vasquez [VAAL001] | AW (A) | 10/13/2021 |

**Claim #   002**

**Institution/Parole Region of Origin:** Kern Valley State Prison          **Facility/Parole District of Origin:** KVSP-Facility A

**Housing Area/Parole Unit of Origin:**

**Category:** General Employee          **Sub-Category:**    Substandard Performance
Performance

## I. ISSUE ON APPEAL

Appellant alleges Officer Jimenez performs retaliatory and harassing cell searches. Appellant also alleges Officer Jimenez "abuses" appellant. Appellant alleges Officer Jimenez is also reading appellant's legal mail. Appellant makes additional claims of physical abuse and refusal to provide food in the CDCR 602-2. These claims will be addressed in the Remedy portion of this response.

## II. RULES AND REFERENCES

### A. CONTROLLING AUTHORITY

Title 15, section 3391

### B. DOCUMENTS CONSIDERED

OGT Log #136620 and #135316

## III. REASONING AND DECISION

The grievance response does not contain a substantive response to appellant's allegations. The grievance response concludes no policy violations occurred without supporting the conclusion with statements of fact. The grievance response asserts as a basis of the decision that a review of all documents and Strategic Offender Management System (SOMS) the claim was disapproved, but there is no factual evidence provided appellant to support the disapproval. There is documentation of an interview conducted with Officer Jimenez in the OGT. But there is no documentation in the grievance response of the interview and what statements of facts were used from the interview to support the institution decision. Additionally, the interview fails to ask Officer Jimenez about all of the allegations contained in the CDC 602-1. The allegation regarding appellant's legal mail is not duplicative to OGT Log #135316 in that Log #135316 asserts staff are not properly processing appellant's legal mail. The claim identified in Log #136620 specifically names Officer Jimenez as someone who is reading appellant's legal mail. The grievance response fails to provide appellant with a complete and substantive response to all of the allegations. Because of this, the claim is granted.

## IV. REMEDY

Kern Valley State Prison shall open a new OGT log to respond to the claim. Officer Jimenez shall be interviewed regarding all of the allegations asserted by appellant as outlined in the Reasoning and Decision section. The fact gatherer shall document any interviews with staff or inmate witnesses within the grievance response. The grievance response shall include any evidence gleaned from the interviews in order to provide appellant with a substantive response as to how the evidence supports the decision by the institution. Any disciplinary action against staff as a result of these findings is considered a personnel action, and thus will not be disclosed to appellant.

In the CDCR 602-2 appellant makes allegations that staff also, "...have been beating me harassing me" Based on these allegations of misconduct Kern Valley State Prison shall open a claim separately from the OGT ordered above and present the claims to the reviewing authority for referral to the Allegation Inquiry Management Section pursuant to Title 15, subsection 3484(d).

## Decision: Granted

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is granted. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Chief | 10/20/2021 |

EXHIBIT
A 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
AND REHABILITATION PRISONER COMPLAINT

DECLARATION OF TORTURE AND
TERRORISM AND ABUSE

PAGE 1 OF 2

ON APRIL 17, 2020 I WAS ATTACKED
BY SGT. DARREN HUCKABAY AND OTHERS.
ON MAY 6TH 2020 I WAS AGAIN ATTACKED
BY SGT HUCKABAY AND OTHERS, SINCE
THEN I HAVE BEEN HOUSED IN ADSEG.
FOR ALMOST AN ENTIRE YEAR NOW. I BEEN
CONTINUALLY STARVED, BEATEN, ABUSED, HARASSED
AND THREATEND BY CORRECTION OFFICERS.
I HAVE BEEN DENIED MEDICAL TREATMENT, DENIED
ACCESS TO THE COURT AND LAW LIBRARY.
MAIL THAT IS PRIVILEGED AND LEGAL
HAS ROUTINELY BEEN OPENED OUTSIDE OF MY
PRESENCE. PRISON OFFICIALS ARE REFUSING TO
MAKE LEGAL COPIES AND SEND OUT MY
LEGAL MAIL. I AM AT THIS MOMENT
BEING SEXUALLY HARASSED BY CORRECTIONS
OFFICER T. JARRETT, HE AND OFFICER NISMAS
HAVE ALSO THREATEND ME SEVERAL TIMES
I AM BEING TORTURED, I CAN BARELY
SLEEP. I HAVE DREAMS ABOUT AND HAVE
NIGHTMARES CONCERNING POLICE BRUTALITY,
OFFICER SALAS HAS MADE SEVERAL FALSE
CLAIMS ABOUT ME AND WRITTEN ME UP

I want 400 million dollars, in damages cause 2 of 2
the false claims have led to me
being held for RURs I did not do.
These false rule reports are normal
here in Administration Segregation, Jarrett
has lyed on me multiple times and
accused me of things which are untrue.
Abuse and harassment is an everyday
occurance here, these men, the staffs
at valley state prison are trying to
kill me. I am disabled, in a wheelchair
and I have concera, diabetes, COPD etc. The
Warden, his name is R. Fisher Jr. knows
about the abuse and will do nothing
to stop it. Other prison staff look
the other way or cover it up. Internal
Affairs has not been effective, California
Department of Corrections and Rehabilitation
has provided no remedy or relief, these
are federal crimes, this is cruel and unusual
punishment, this behavior is unconstitutional,
I want FBI assistance and help from
the Justice Department, this is illegal and
criminal activity and should be prosecuted.
Dated 1-6-2021
Jared Martin CDCR # BL1379
Valley State Prison P.O. Box 92

Jared Martin
In. Pro. Per

PAGE 3 OF 3

STATE OF CALIFORNIA
RIGHTS AND RESPONSIBILITY STATEMENT
CDCR 1858  (Rev. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

*Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement.*

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer]  FOR ANY IMPROPER POLICE  [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS.  YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE.  THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY.  CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| INMATE/PAROLEE PRINTED NAME  Jared Martin | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER  BL1279 | DATE SIGNED  1-6-2001 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL –
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

PAGE 4 OF 4

CORRECTIONS OFFICERS ARE NOT HELD ACCOUNTABLE FOR THIER ACTIONS, PEACE OFFICERS COMMIT CRIMES THAT GO UNPUNISHED. THE STATE OF CALIFORNIA HAS TOO MANY INSTANCES, CASES OF PRISON ABUSE BY CORRECTIONS OFFICERS, PRISON GUARDS AND DIRTY COPS ARE PROTECTED BY UNIONS AND UNFAIR LAWS. THERE SHOULD BE STATE LAW AND MANDATORY PRISON POLICY. ANY CORRECTIONS OFFICER AWARE OF ABUSE AND COVERS IT UP OR DOES NOT REPORT IT SHOULD BE PROSECUTED BY THE STATE. STATE LAW THAT CORRECTIONS OFFICERS BADGE NUMBER BE ON THIER UNIFORMS, PRISON STAFF ARE COMMITTING CRIMES WITH THE CONSENT OF THE GOVERNMENT, CALIFORNIA WITH ITS INACTION AND REFUSAL TO STOP INMATE HARASSMENT AND INMATE ABUSE BY POLICE AND CORRECTIONS OFFICERS. ARE NOT REPRESENTING THE WILL OF THE PEOPLE, ARE BREAKING FEDERAL LAW, COMMITTING CIVIL RIGHTS VIOLATIONS, IGNORING THE UNITED STATES CONSTITUTION AND DIVIDING OUR COUNTRY.

AMENDED AND DATED    2-10-2021

JARED MARTIN CDCR # BL1279
VALLEY STATE PRISON P.O. BOX 92

X _____
JARED MARTIN
IN PRO-PER

Page 5 of 5

I WAS SUPPOSED TO GET OF PRISON A COUPLE OF WEEKS AGO. DUE TO INMATE HARASSMENT AND INMATE ABUSE BY PRISON STAFF. I WILL HAVE to STAY HERE MORE TIME. WITH THE CONSTANT LIES AND MORE FALSE ALLEGATIONS BY CORRECTIONS OFFICERS. I MAY NEVER LEAVE. AFTER BEING LOCKED UP, ASKING to BE TREATED FAIR. CONTACKING COURTS, ATTORNEY'S AND CALIFORNIA DEPARTMENT OF CORRECTIONS OFFICIALS. AND STILL CONTINUEING to BE VICTIMIZED BY PRISON STAFF. It HAS BECOME APPARENT THIS CORRUPTION AND MISCONDUCT. THIS ILLEGAL, UNETHICAL AND IMMORAL BEHAVIOR GOES INTO THE HIGHEST LEVELS OF GOVERNMENT. THIS IS WHY THE PEOPLE WANT POLICE AND PRISON REFORM. WHY POLICE ARE BEING MURDERED AND THERE ARE RIOTS IN THE STREETS. THE PEOPLE ARE TIRED OF THE POLICE. THE PEACE OFFICERS HAVE TAKEN AWAY OUR PEACE. THESE CORRECTIONS OFFICERS SHOULD BE FIRED AND SENT TO PRISON. THESE ARE CRIMES THEY ARE COMMITTING AGAINST THE PEOPLE, WE HAVE HAD ENOUGH.

DATED AND AMENDED 2-25-2021
JARED MARTIN CDCR # BL1279
VALLEY STATE PRISON P.O. BOX 92
Chowchilla, CA 93610

JARED MARTIN
IN PRO-PER

Page 6 of 6

MANY PRISON STAFF ARE AWARE OF THE TORTURE GOING ON IN Administration SEGREGATION unit At VALLEY STATE PRISON. FOR THEM THIS IS ORDINARY LIFE. NO ONE will SPEAK out TO PREVENT it. Some STAFF THINK WE INMATES DESERVE TO BE ABUSED AND mistreated. I OFTEN HEARD CORRECTION OFFICERS laughing AND BRAGGING ABOUT HOW THEY BEAT ON THE INMATES. HALF OF THE PEOPLE HERE SHOULD BE SENT to FEDERAL PRISON. THE OTHER HALF Should BE FIRED AND REMOVED FROM public SERVICE. I WONDER HOW MANY INMATES HAVE BEEN MURDERED BY STAFF. I CAN'T HELP but THINK, WHAT'S COMING NEXT? I WENT TO THE DOCTOR AGAIN LAST NIGHT FOR CHEST PAIN. THE GOAL OF THESE CORRECTIONS OFFICERS AND OTHER PRISON STAFF. IS TO KILL ME OR KEEP ME IN PRISON FOR THE REST OF MY LIFE. THEY HATE ME BECAUSE OF BLACK SKIN, BECAUSE I am AN old MAN, BECAUSE I AM CRIPPLED AND BECAUSE I REFUSE TO LET THEM MURDER ME AND GET AWAY WITH It. VALLEY STATE PRISON NEEDS TO BE SHUT down and TORN down.

DATED AND AMENDED 3-3-2021

Page 7 of 7

I WAS TRANSFERED HERE TO KERN VALLEY STATE PRISON ON MARCH 9, 2021. WITHIN A HALF AN HOUR OF BEING AT THIS PRISON, CORRECTIONS OFFICER NORTHCUTT, A 6 FOOT PLUS 200 PLUS POUND MAN ATTACKED ME WITHOUT CAUSE. HE (NORTHCUTT) HIT ME IN THE HEAD A FEW TIMES WITH CLOSED FISTS. THEN GRABBED MY LEFT ARM AND SLAMMED IT ON THE CELL BARS AT LEAST THREE TIMES. AFTERWARDS IN A SCRAPING MOTION DRUG MY ARM DOWNWARD AGAINST THE BARS. AFTER ELEVEN DAYS THERE IS STILL PAIN AND BRUISING FROM THIS ASSAULT. MEDICAL STAFF HERE DID NOT TREAT ME FOR INJURIES AND HAVE BEEN TRYING TO HELP CUSTODY OFFICIALS COVER UP THE BEATING. AT THIS PRISON, STAFF HAVE REPEATEDLY NOT GIVEN ME MY MEDICATIONS. REFUSED CALLS FOR MEDICAL AID "MAN DOWN". CORRECTIONS OFFICERS HAVE NOT FED ME AND GIVEN ME MOLDED AND DIRTY CLOTHES TO WEAR. FROM MY OWN PERSONAL TRAUMA OF BEING BEATEN AND MISTREATED FROM NORTH KERN STATE PRISON UNTIL NOW.

FROM MYSELF WITNESSING OTHERS BEING HARASSED AND ABUSED AND HEARING OTHERS TELL STORIES OF BEING VICTIMIZED AND SEEING OTHER PEOPLE TORTURED BY CORRECTIONS OFFICERS, I NOW KNOW WITHOUT DOUBT, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION HAS HUNDREDS, MAYBE EVEN THOUSANDS OF EMPLOYEES, WHO ARE ENGAGING IN INMATE HARASSMENT AND INMATE ABUSE, I ALSO KNOW SENIOR OFFICIALS WILL NOT GET RID OF THE PRISON STAFF WHO BEHAVE IMPROPERLY, ENGAGE IN VIOLENCE AGAINST INMATES AND CORRECTIONS OFFICERS WHO REGULARLY BREAK THE LAW. AGAIN, I CALLED FOR INTERNAL AFFAIRS TO HELP, WITH NO CHANGE, LOCAL OFFICIALS HAVE NOT ACTED TO STOP THE TORTURE, FEDERAL AUTHORITIES, FBI, JUSTICE DEPARTMENT AND FEDERAL COURTS NEED TO GET INVOLVED, THE PEOPLE NEED TO GET INVOLVED, AMERICA NEEDS TO GET INVOLVED.

AMENDED AND
DATED 3-30-2021
JARED MARTIN COR# BL1279
KERN VALLEY STATE PRISON
P.O. BOX 6000
DELANO, CA 93216

X _____
JARED MARTIN
IN PRO-PER

PAGE 9 OF 9

TODAY, I HAD TWO MEN FROM
INTERNAL AFFAIRS COME AND VISIT
ME. THEY WANTED TO DISCUSS THE
CORRECTIONS OFFICERS AT CDCR INMATE
HARASSMENT AND INMATE ABUSE.
LT. A. GOMEZ BADGE# 58585 AND
LT. CICONE BADGE # 75441, WITHOUT ACCUSING
THEM OF TRYING TO COVER UP MY INTERVIEWS
WITH THESE OFFICERS, I WILL SAY BOTH
REFUSED TO GIVE ME THIER SUPERVISORS
NAMES. REFUSED TO TELL ME THE ADDRESS
OF THE OFFICE THEY WORKED OUT OF.
I WAS ALSO TOLD I WOULD NOT GET COPIES
OF THE INTERVIEWS (TWO) THAT WERE DONE.
BOTH MEN WERE SEMI HOSTILE TOWARD ME,
KEPT INTERUPTING ME AND TRYING TO
OVER TALK ME. LIKE SO MANY OTHER CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITIONS
EMPLOYEES BEFORE, WERE NOT REALLY INTERESTED
IN LETTING ME TELL THEM ABOUT HOW I
HAVE BEEN TORTURED AND VICTIMIZED BY PRISON
STAFF. I WILL TELL MY STORY, NO ONE
WILL COVER IT UP.
DATED AND AMENDED
4-7-2021
JARED MARTIN CDCR# BL1279      X JARED MARTIN
KERN VALLEY STATE PRISON P.O. BOX 6600   IN PRO-PER

Page 10 of 10

About two weeks ago, I wrote Warden Christian Pfeiffer a personal letter. The letter talked about how happy I was in these living quarters, how none of these guards had been beating me up or making false allegations against me, that no one was writing me up for things I had not done. No one was harassing me, then guess what? The guards who were not abusing me started to disappear, in the last few days, other corrections officers have showed up. They have denied me medical treatment and harassed me and threatened me. Some of them don't even work in this area. Sgt. Williams from R and R and Officer Northcutt, yes, the first guys who beat me up and tried to cover it up, have followed me over here to continue the harassment and abuse. Question? Did Warden Pfeiffer send these other officers to harass me and abuse me? Different question? Did someone who reads Warden Pfeiffer mail send a bunch of dirty cops to torture me? Whatever the answer is, I am not afraid of them. The police have been beating on me and trying to kill me for years.

Dated and Amended,
5-19-2021
Jared Martin CDCR #BL1719

Jared Martin
In Pro-Per

THERE IS ANOTHER PROBLEM HERE AT KERN VALLEY STATE PRISON WHICH I HAVE NOT ADDRESSED. AN AREA AT THE PRISON CALLED THE PATIO. WHERE WE GO TO GET OUR MEDICINE AND SEE THE DOCTOR. THERE IS ALSO SOMETHING CALLED PROGRAM OFFICE, LIBRARY ETC. THERE ARE A GROUP OF CORRECTIONS OFFICERS WHO HARASS AND ABUSE ME ALMOST EVERY DAY. ITS OFFICER CASTILLO, GOMEZ AND A FEW OTHERS. THESE MEN THREATEN ME AND MOCK ME. THEY WILL REFUSE TO LET ME GET MY MEDICINE OR USE THE LAW LIBRARY. THE PEOPLE WILL TURN ME AWAY FROM MY DOCTOR VISITS. AND NURSING APPOINTMENTS. THESE GROUP OF CORRECTIONS OFFICERS KNOW I TAKE MORE MEDICATIONS THAN ALL OF THE PRISONERS. THEY KNOW I HAVE A BAD HEART AND CANCER AND USE A WHEELCHAIR. YET THESE CORRECTIONS OFFICERS CONTINUE TO PICK ON A DYING BLACK MAN. THEY HAVE NOT BEAT ME UP YET. NOTICE I SAID YET. I DO NOT LIKE GOING OUT THERE BECAUSE THEY ARE PLANNING TO BEAT ON ME. THOSE MEN ARE TRYING TO KILL ME. THAT IS WHY THEY HARASS AND ABUSE AND REFUSE TO GIVE THE SICKEST MAN ON THE YARD HIS MEDICINE. IF NO ONE STEPS IN THEY ARE GOING TO BEAT ME.

page 12 of 12

I RARELY HAVE A DAY WHEN NO PRISON STAFF BOTHER ME. DIRTY COPS AND CROOKED MEDICAL STAFF. COVER UPS AND FALSE WRITE UPS. HARASSMENT AND ABUSE, SEXUAL HARASSMENT AND BEATINGS, STARVATION AND REFUSING TO GIVE ME PRESCRIBED MEDICATIONS. YOU DON'T DO THAT TO ANYONE. YOU DO NOT DO THAT TO SOMEONE WITH ALL MY HEALTH ISSUES. IF THESE PEOPLE ARE NOT TRYING TO KILL ME. THEN WHAT THE HELL ARE THEY DOING? BECAUSE THEY ARE KILLING ME, I AM BEING SINGLED OUT. I AM BEING MISTREATED. I AM BEING LIED ON AND WROTE UP FOR THINGS I HAVE NOT DONE. I AM BEING TORTURED. THIS BLACK SKIN IS EATING THEM UP, THIS BLACK MAN THEY CANNOT STAND. THIS BLACK MAN HAS CORRUPT PRISON STAFF BREAKING FEDERAL LAWS, ABUSING ME AND THIER POWER. THIS BLACK MAN HAS TO PUT UP WITH THIS EVERY DAY BECAUSE THE STATE OF CALIFORNIA WILL NOT STOP THIER DIRTY COPS FROM TRYING TO KILL BLACK MEN.

DATED AND AMENDED
JUNE 11, 2021
JARED MARTIN COCR# BL1279
KERN VALLEY STATE PRISON P.U. BOX 6000
DELANO, CA 93216

JARED MARTIN
IN PRO-PER

Page 13 OF 13

THEY HAVE PUT ME IN BUILDING A4. I AM HERE FOR FAKE write ups AND FAKE ACCUSATIONS FROM CORRECTIONS OFFICERS, THESE PEOPLE, THIS PRISON STAFF IN THIS BUILDING HAVE BEEN READING MY LEGAL MAIL. HAVE REFUSED TO SEND IT OUT SEVERAL TIMES. NOT PROCESSED MY TRUST WITHDRAWLS FOR COURT FEES AND GOVERNMENT CLAIM. NO MATTER WHERE YOU ARE, OR WHAT PRISON IT IS. THE BLACK PRISONER IS STILL TREATED WORSE THAN OTHER RACES. NO MATTER WHERE I HAVE BEEN. WHAT PRISON I HAVE BEEN LOCKED UP IN. I HAVE BEEN TREATED WORSE THAN EVERYONE ELSE. THESE CORRECTIONS OFFICERS ARE RACIST AND LIARS. THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION IS committing SYSTEMIC AND INSTITUTIONAL RACISM, I KNOW OTHER BLACK MEN HERE IN PRISON. THIER STORIES ARE SIMILAR TO MINE. DIRTY COPS EQUALS TORTURED BLACK INMATE. WE WILL NOT STAND FOR THIS ANYMORE. I HAVE MADE THE DECISION TO COME FORWARD. I HOPE OTHERS WILL AS WELL. CORRECTIONS OFFICERS AND OTHER PRISON STAFF ARE committing INMATE HARASSMENT AND INMATE ABUSE. I, JARED MARTIN, DECLARE, THIS INFORMATION IS TRUE AND CORRECT, UNDER PENALTY OF PERJURY, TO THE BEST OF MY KNOWLEDGE.
DATED AND AMENDED
July 1, 2021
JARED MARTIN CDCR# BL1279

X _____
JARED MARTIN
IN PRO-PER

PAGE 14 OF 15

THIS MORNING OFFICER CASTILLO USED UNNECESSARY FORCE ON ME. THIS WASN'T HIS FIRST TIME. THOSE OFFICERS ON THE PATIO AREA AT THIS PRISON. OFTEN GRAB ME AND SNATCH ME OUT OF THE LINE. WHILE I AM TRYING TO GET MY MEDICINES. OFFICERS GOMEZ AND GARCIA AND FIGEROUA AND OTHERS. LOVE TO SNATCH THE CRIPPLE BLACK MAN AND JUST PUSH ME AWAY. I CAN DO NOTHING BUT ROLL AWAY FROM THE MEDICINES THAT ARE KEEPING ME ALIVE. ITS SOME KIND OF SICK GAME THEY PLAY WITH ME. HEY GUYS, LETS TORTURE AND TRY TO KILL THE CRIPPLE AGAIN. THESE PEOPLE ARE RACIST, BULLIES AND DANGEROUSLY PSYCHOTIC. THEY ARE HAVING FUN PLAYING WITH MY LIFE, THEY HAVE MADE ATTEMPTED MURDER AGAME. LETS KILL THE CRIPPLE. NOW, AMERICA STILL SEEMS TO WANT TO BE IN DENIAL CONCERNING RACIST DIRTY COPS MURDERING BLACKMEN. SO MUCH IN DENIAL THAT A NURSE AT THE HOSPITAL I WAS AT A FEW DAYS AGO. MADE IT SEEM AS IF SINCE THEY HAD ONE BLACK DOCTOR WORKING THERE. RACISM HAD BEEN CURED AND CORRECTIONS OFFICERS WERE NOT BEATING

And abusing me. So much in denial as to where a prisoner this morning who overheard me discussing police brutality. Began almost to excuse corrections officers misconduct. Questioning me as if it was my fault corrections officers are mistreating people. So as I have done many times before, I explained how the police have been beating on me and trying to kill me since I was eleven years old. Yes, crooked racist cops are killing black men. Yes, they have been trying to kill me most of my life. Yes, I am being harassed and abused almost daily by prison staff. America needs to stop making excuses for dirty cops. Stop acting like racism has been cured. Reality is. People are acting like its not happening. So they won't have to get involved. It is happening. To black, men all across America. Police brutality, excessive force, unnecessary force, murder. America needs to stop being in denial.

Dated and amended
July 16, 2021
Jared Martin CDCR # BL1309
Kern Valley State Prison    P.O. Box 6000
Delano, CA 93216

X _____
Jared Martin
In Pro-Per

PAGE 16 OF 1

LAST WEEK, CORRECTIONS OFFICERS TOOK AWAY MY BRAND NEW CLOTHES AND SHOES. TODAY, THEY GAVE ME BUSTED SHOES AND CLOTHING THAT IS RIPPED AND TORN OLD AND WORN. COMPLETE AND TOTAL DISREGARD OF MY CIVIL RIGHTS. CONSTANT HARASSMENT AND ABUSE. TONIGHT AROUND 8:00 PM OFFICER GONZALEZ INTERFERED WITH ME RECEIVING MEDICAL CARE, THIS MORNING OFFICER HERNANDEZ REFUSED TO REPLACE THE WET BLANKETS IN MY CELL. THESE BLANKETS HAVE BEEN ON THE FLOOR FOR A WEEK OR MORE, THEY ARE FILTHY. THEY STINK AND HAVE BUGS IN THEM. THIS MORNING OFFICER GOMEZ TRIED TO STOP ME FROM GETTING NEW CLOTHES AND DIFFERENT BLANKETS. MY HEALTH IS SUFFERING BECAUSE THESE CORRECTIONS OFFICERS ARE ASSAULTING MY FREEDOM AND LIBERTIES AND ARE MISTREATING ME. THESE MEN ARE COMMITTING FEDERAL CRIMES, VIOLATING TITLE 15. ~~THEY ARE~~ BEING SADISTIC AND MALICIOUS. THIER ACTIONS ARE CAUSING ME PHYSICAL AND MENTAL INJURY AND PAIN AND SUFFERING. KERN VALLEY STATE PRISON STAFF ARE VIOLATING PROFESSIONAL STANDARDS AND PRISON PROCEDURES, VIOLATING MY CONSTITUTIONAL RIGHT AGAINST CRUEL AND UNUSUAL PUNISHMENT.
DATED AND AMENDED
JULY 19, 2021
JARED MARTIN COTR# BL1379
KERN VALLEY STATE PRISON P.O. BOX 6000 DELANO, CA 93216

X _____
JARED MARTIN
IN PRO-PER

SEVERAL MONTHS HAVE PASSED SINCE I REPORTED
THE FIRST ASSAULT BY CORRECTIONAL OFFICER
NORTHCUTT BACK IN MARCH 2021. JUST RECENTLY
OFFICER NORTHCUTT ASSAULTED ME AGAIN. HE
IS STILL ON THE JOB. STILL BEATING UP ON OLD
BLACK MEN. OFFICER D. CASTILLO ASSAULTS HAVE
ALSO BECOME SEXUAL IN NATURE. CASTILLO
HAS BEEN RANSACKING MY CELL. STEALING MY
PERSONAL ITEMS. TRYING TO MAKE ME TAKE
MY CLOTHES OFF. ATTEMPTING TO EMBARASS ME
AND FREEZE ME. HE HAS THREATEND TO
GIVE ME A "STAFF ASSAULT" MEANING HE IS
GOING TO LIE AND SAY I ATTACKED HIM, IN ORDER
TO KEEP ME IN PRISON. THE EXACT SAME THING
SERGEANT HUCKABAY did. THAT IS COMMON PRACTICE
AMONG CORRECTIONAL OFFICERS. OFFICERS IN
GENERAL, STREET COPS, LAPD, LAW ENFORCEMENT
IN GENERAL HAS BEEN DOING THAT FRESH OUT OF
THE ACADEMY. LYING ON PEOPLE TO LOCK THEM
UP. CDCR STAFF, PRISON EMPLOYEES DO IT ALL THE
TIME. LIE ON PRISONERS TO KEEP US LOCKED UP
AND AWAY FROM OUR FAMILIES. YES, OFFICER
D. CASTILLO IS AND HAS BEEN PHYSICALLY AND
SEXUALLY ASSAULTING ME. YES, OFFICER D. CASTILLO
IS STALKING ME. CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REABBILITATION WILL NOT STOP
NORTHCUTT OR CASTILLO OR ANY OF ITS

ABUSIVE, CORRUPT, VIOLENT AND RACIST CORRECTIONS OFFICERS FROM TORTURING ITS PRISONERS. THIS INSTITUTION IS A HOUSE OF LIES. I HAVE YET TO SEE ONE REPORT, DOCUMENT, RECORD, 115 OR GRIEVANCE OR STAFF COMPLAINT GENERATED BY CDCR STAFF THAT DID NOT CONTAIN LIES ABOUT ME. MAYBE ONE, AND THAT ONE ONLY, CONFIRMING I HAVE A HIGH SCHOOL DIPLOMA. EVERYTHING ELSE LIBEL AND SLANDER CREATED BY CORRUPT CORRECTION OFFICERS. IN AN ATTEMPT TO JUSTIFY AND HIDE AND COVER UP THE TORTURE OF MYSELF BY PRISON EMPLOYEES. AGAIN, I AM AND HAVE BEEN STARVED, BEATEN, ABUSED, PHYSICALLY AND SEXUALLY ASSAULTED, SET UP BY CORRECTIONAL OFFICERS. SERGEANT DARREN HUCKABAY, OFFICER D. CASTILLO AND OTHER CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION EMPLOYEES HAVE BEEN TORTURING ME AND TRYING TO KILL ME. WITNESSES INCLUDE: JERONIMO SANCHEZ V04322 HASAN HALL BJ0122, DEMARIE MACKEY K54070 GABRIEL DIAZ BL8062, TIMOTHY MOSLEY BL6332 LAMAR LOVE K35400, ROB JACKSON AL1364, ALLEN K4181 GREGORY WASHINGTON F44667, CORNELL DAVIS AW7860 VANDELL JOHNSON AG1099, LAMAR BROOKS AA2536 SADE FOSTER AX7824, RICKEY HARVEY AS7084 PRENTICE WILLIAMS AV0074, ALBERT MITCHELL B83267 IF CDCR, VALLEY STATE PRISON, KERN VALLEY STATE PRISONS INTERNAL AFFAIRS AND INVESTIGATIVE SERVICES UNIT

Actually Investigated. They would find dozens of others who have witnessed correctional officers torturing me. CDCR employees are committing federal crimes, civil rights violations and violating my constitutional rights. California Department of Corrections is fully aware that corrections officers are torturing me. CDCR officials know correctional officers are filing false police reports and false RVRs against me. The people who are in charge of this institution know correctional officers have and are trying to kill me. Secretary Kathleen Allison, Warden Raythel Fisher, Captain Goree and other CDCR officials, staff and agents and employees should be put in federal prison. Valley State Prison and Kern Valley State Prison should be shut down. These people are corrupt, criminals and are violent, sadistic and malicious. They are committing cruel and unusual punishment. They are not taking care of California prisoners. They are trying to destroy us all. I want state and federal justice department investigations of CDCR, KVSP, VSP, ISU and internal affairs. I want 200 million dollars in damages. I, declare, the above to be true and correct under penalty of perjury.

Dated and Amended
11-6-2021
Jared Martin CDCR# BL1274
Kern Valley State Prison P.O. Box 6000 Delano, CA 93216

X Jared Martin
In Pro-Per

THE REASON I AM ASKING FOR 700 millions DOLLARS IS SIMPLE. FOR YEARS THE PRISONS AND CORRECTIONAL OFFICERS HAVE PAID A FEW BUCKS BUT THIER BEHAVIOR HASN'T CHANGED. SETTLEMENTS FOR 300,000 DOLLARS BROUGHT NO CHANGE. JUDGMENTS FOR 1.4 million DOLLARS BROUGHT NO CHANGE. THE PRISON GUARDS BEHAVIOR did NOT CHANGE. PRISON CULTURE HAS NOT REALLY CHANGED. I AM CURRENTLY BEING TORTURED DAILY BY CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION EMPLOYEES. NO CHANGE. I AM BEING SEXUALLY HARASSED BY OFFICER CASTILLO. NO CHANGE. CASTILLO AND OTHER PRISON EMPLOYEES HAVE THREATEND TO LIE ON ME TO KEEP ME IN PRISON. NO CHANGE. OFFICER DELALRUZ WATCHED ME FALL ON THE FLOOR THREE TIMES TODAY AND DID NOTHING. NO CHANGE. I WANT 700 million DOLLARS. I WANT STATE LAW AND MANDATORY PRISON POLICY. FOR CORRECTIONAL OFFICERS TO HAVE TO WEAR THIER BADGE NUMBERS ON THIER UNIFORMS. I WANT SOME OF THESE PEOPLE PUT IN FEDERAL PRISON. WITHOUT THINGS SUCH AS THESE. THERE WILL BE NO CHANGE. CALIFORNIA PRISONERS SHOULD NOT BE TORTURED. I SHOULD NOT BE TORTURED DAILY OR ROUTINELY. ABUSING OLD BLACK MEN SHOULD NOT BE A GAME.

page 81 of 82

CALIFORNIA CORRECTIONAL OFFICERS THINK THEY CAN DO WHATEVER THEY WANT. CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION AND OFFICERS CASTILLO AND NORTHCUTT. THINK THEY CAN DO WHATEVER THEY WANT. OFFICER DELACRUZ AND ASSOCIATE WARDEN STARK THINK THEY CAN DO WHATEVER THEY WANT. THAT 100 million DOLLARS WILL SHOW THEM OTHERWISE. Putting BADGE NUMBERS ON THIER uniforms WILL MAKE IT HARD TO COVER UP THIER MISCONDUCT AND TREACHERY. Putting THEM IN PRISON WILL SEND A MESSAGE AND MAKE CHANGE. CALIFORNIA CANNOT ALLOW TORTURE IN ITS PRISONS, THE UNITED STATES OF AMERICA CANNOT ALLOW TORTURE IN ITS PRISONS. THOSE WHO DO IT AND THOSE WHO ALLOW IT MUST PAY FOR THIER CRIMES AGAINST HUMANITY. THIS COUNTRY CANNOT LECTURE CHINA OR RUSSIA ABOUT THE WAY THEY TREAT THIER CITIZENS. WHILE THIS COUNTRY ALLOWS ITS OWN PRISONERS TO BE TORTURED AND murdered BY LAW ENFORCEMENT. IS AMERICA TRYING to Put the THE FIRE OUT IN ITS NEIGHBORS HOUSE WHILE THIS COUNTRY IS BURNING? CASTILLO, NORTHCUTT, HUCKABAY, STARK, FISHER, DELACRUZ AND OTHERS HAVE TO PAY FOR WHAT THEY ARE doing to CDCR PRISONERS. THEY HAVE TO PAY A HIGH PRICE. THEY ARE TORTURING ME.

OTHERS MAY HAVE SETTLED FOR A FEW BUCKS, BUT ME. I HAVE TO SEE SOME PEOPLE FIRED. I HAVE TO SEE SOME PEOPLE IN PRISON AND FED THE SAME GARBAGE THEY FEED US EVERY DAY. I NEED TO SEE SOME OF THESE CRIMINALS IN CHAINS. AMERICA LOCKS UP INNOLENT PEOPLE EVERY DAY AND REWARDS THESE CRIMINALS WITH STRIPES AND TITLES LIKE SERGEANT AND WARDEN. 100 MILLION IS THE NUMBER I CHOSE BUT IN REALITY. EVEN THAT IS NOT ENOUGH TO HEAL THE SCARS AND WOUNDS THEY HAVE PUT ON THE INSIDE AND OUTSIDE OF MY BODY. THE 100 MILLION DOLLARS. THE BADGE NUMBERS ON UNIFORMS. GETTING FIRED AND GOING TO PRISON IS JUST THE BEGINING. I WANT CHANGE. THESE CORRUPT INDIVIDUALS CANNOT BE ALLOWED TO TORTURE ME OR ANYONE ELSE. WE NEED OTHER LAW ENFORCEMENT AND GOVERNMENT AGENCIES TO STEP UP AND STEP IN AND TELL CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION EMPLOYEES. TO OBEY THE LAW. TO ABIDE BY THE CONSTITUTION. TO STOP COMMITTING FEDERAL CRIMES. TO STOP UNCONSTITUTIONAL PRISONER TORTURE. I, DECLARE, THE ABOVE TO BE TRUE AND CORRECT UNDER PENALTY OF PERJURY.
DATED AND AMENDED
11-14-2021
JARED MARTIN CDCR # BL1374
KERN VALLEY STATE PRISON
P.O. BOX 6000  DELANO, CA 93216

X _____
JARED MARTIN
IN PRO-PER

BY NOW I HAVE BEEN LIED ON AND
THREATEND BY CORRECTIONAL OFFICERS MORE
TIMES THAN I CAN COUNT. I HAVE SOMEWHERE
BETWEEN 15 AND 20 REMEDIES GRANTED
OR APPROVED. THAT MEANS THAT CDCR
OFFICIALS HAVE ADMITTED TO DOING SOMETHING
WRONG, THAT NUMBER WOULD BE MUCH
HIGHER IF THESE PEOPLE ACTUALLY TOOK
A LOOK AT WHATS GOING ON. NO ONE FROM
THE PRISON ACTUALLY INVESTIGATES MY STAFF
COMPLAINTS. NO ONE FROM THE CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
ACTIVELY LOOKS FOR THE TRUTH. CDCR
STAFF AND EMPLOYEES DO NOT INVESTIGATE,
THEY COVER UP, THEY OBSTRUCT JUSTICE, THEY
AID AND ABET, THEY CONSPIRE TO CONCEAL AND
MANIPULATE THE FACTS. IN ORDER TO SERVE
THIER PURPOSE AND THIER AGENDA. STATEWIDE,
PRISON SYSTEM EMPLOYEES ARE COMMITTING
UNCONSTITUTIONAL PRISONER TORTURE. IT IS
THE UNSPOKEN RULE TO HIDE ALL WRONG DOING
BY CORRECTIONAL OFFICERS. CAPTAINS, SERGEANTS,
LIEUTENANTS, WARDENS ALL COVER UP CORRECTIONAL
OFFICERS MISCONDUCT, TORTURE AND TERRORISM. EVEN
INTERNAL AFFAIRS HELPS HIDE EVIDENCE. ESPECIALLY
INTERNAL AFFAIRS, INTERNAL AFFAIRS DONT BUST
THE BAD GUY'S. THIS IS NOT THE MOVIES.
INTERNAL AFFAIRS AT CDCR ARE THE FIXERS, THEY
MAKE THE PROBLEM GO AWAY. INTERNAL
AFFAIRS FOR CALIFORNIA DEPARTMENT OF CORRECTIONS
ARE THE MASTERS OF THE COVER UP. I CALL

THE "COVER UP MATTERS". THE INTERNAL OFFICERS
PRETEND TO BE OFFENDED BY THIS MONIKER BUT IN
SECRET. THEY ARE PROUD TO DO SUCH A GOOD
JOB OF CONCEALING THE FAULT. I HAD ONE
INTERNAL AFFAIRS GUY TELL ME, "I SEEN A
COUPLE OF GUYS GO TO JAIL". I SAID " A COUPLE
OF COUPLE OF GUYS OUT OF THOUSANDS OF DIRTY
COPS", SO NO, THEY ARE NOT OFFENDED BY BEING
CALLED "THE COVER UP MATTERS", THEY ARE HAPPY
BY IT, THEY RELISH IN IT. HAVING A JOB
THAT PAYS YOU TO BREAK THE LAW. TO COVER UP
EVIDENCE OF WRONGDOING, TO TAMPER WITH
WITNESSES AND FALSIFY DOCUMENTS AND CONCEAL
CORRECTIONAL OFFICERS CRIMES AND MISCONDUCT, THE
OFFICE OF INTERNAL AFFAIRS ARE THE HERO MAKERS
BECAUSE THEY MAKE DIRTY COPS LOOK LIKE JAMES
BOND. INTERNAL AFFAIRS ARE MAGICIANS. THEY MAKE
ALL THE EVIDENCE AGAINST CORRUPT CORRECTIONAL
OFFICERS DISAPPEAR. INTERNAL AFFAIRS ARE NOT
INVESTIGATORS. THEY ARE LIARS, THIEVES, CHARLATANS
AND SNAKE OIL SALESMAN AND HYPOCRITES. THESE SO
CALLED INVESTIGATORS NEED TO BE INVESTIGATED AND
BROUGHT UP ON FEDERAL CHARGES. THEY ARE
COMMITTING FEDERAL CRIMES. TAMPERING WITH WITNESSES,
TAMPERING WITH EVIDENCE, ACTIVELY PARTICIPATING
IN TORTURE AND TERRORISM AND OBSTRUCTION OF
JUSTICE. INTERNAL AFFAIRS, THE OFFICE OF INTERNAL
AFFAIRS ARE NOT INVESTIGATORS. THEY ARE CRIMINALS.
CDCR IS RUN BY CRIMINALS. THESE CALIFORNIA
PRISONS ARE OPERATED BY CRIMINALS.

THE CORRECTIONAL OFFICERS, THE SERGEANTS, THE NURSES, OTHER MEDICAL STAFF, THE WARDENS AND INTERNAL AFFAIRS. ARE ALL PARTICIPATING IN AND COVERING UP UNCONSTITUTIONAL PRISONER TORTURE. THESE PEOPLE ARE BREAKING THE LAW, VIOLATING OUR CIVIL RIGHTS. CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION STAFF, OFFICIALS AND EMPLOYEES ARE COMMITTING FEDERAL CRIMES WHICH INCLUDE TORTURE AND TERRORISM. I STOPPED GOING TO THE PATIO AREA WHEN CASTILLO IS DOWN THERE. KERN VALLEY STATE PRISON IS ALLOWING HIM TO PHYSICALLY AND SEXUALLY ASSAULT MYSELF AND OTHER INMATES. SOMETIMES I DON'T GO EVEN WHEN HE IS NOT THERE BECAUSE OF THE OTHER DIRTY COPS DOWN THERE. ABOUT TWO DAYS AGO I HEARED SOMEONE YELL TO ME "THEY ARE COMING TO GET YOU". I LOOK AND IT IS OFFICER CASTILLO BRINGING THE LEGAL MAIL TO ME. OFFICER D. CASTILLO DOES NOT DO THE LEGAL MAIL THERE ARE EMPLOYEES AND PRISONERS WHO HAVE BEEN AT THAT PRISON FOR YEARS AND NEVER SEEN OFFICER CASTILLO WITH THE LEGAL MAIL. OFFICER D. CASTILLO GOT THAT LEGAL MAIL AND BROUGHT IT AS AN EXCUSE TO SEE ME, TO THREATEN ME AND STALK ME. SINCE I DO NOT GO TO THE PATIO AREA WHEN HE IS THERE. HE NEEDED TO COME HERE. OFFICER CASTILLO IS COMMITTING FEDERAL CRIMES. WHICH INCLUDE CRIMINAL THREATS, STALKING, TORTURE AND TERRORISM. KERN VALLEY STATE PRISON AND CDCR HAS FAILED IN THEIR RESPONSIBILITY TO KEEP ME SAFE. OFFICER D. CASTILLO IRRATIONAL, ERRATIC AND PSYCHOPATHIC BEHVIOR IS A THREAT TO MY SAFETY

AND A THREAT TO THE SAFETY AND SECURITY OF THIS INSTITUTION. NO ONE SHOULD BE ALLOWED TO BEHAVE IN THIS MANNER, LEAST OF ALL SOMEONE WHO IS LAW ENFORCEMENT. WHICH AGAIN BRINGS ME TO SAY. CORRECTIONAL OFFICERS DO NOT OBEY THE LAW, THE KERN VALLEY STATE PRISON STAFF AND EMPLOYEES AND OFFICIALS DO NOT OBEY THE LAW. CDCR IS COMMITTING UNCONSTITUTIONAL PRISONER TORTURE AND COMMITTING FEDERAL CRIMES. PRISON OFFICIALS ARE LETTING DIRTY COPS DO WHATEVER THEY WANT. THAT IS WHY I WANT OFFICER D. CASTILLO FIRED AND ARRESTED. I WANT STATE AND FEDERAL JUSTICE DEPARTMENT INVESTIGATIONS OF KVSP, VSP, CDCR, ISU, AND OIA. I WANT 100 MILLION DOLLARS IN DAMAGES. I WANT VALLEY STATE PRISON AND KERN VALLEY STATE PRISON CLOSED DOWN PERMANENTLY. THESE INSTITUTIONS ARE NOT PRISONS, THEY ARE HOUSES OF TORTURE AND TERRORISM. THEY HAVE NO PLACE IN AMERICA. I WANT A REDUCTION IN THE NUMBER OF CDCR CORRECTIONAL OFFICERS BECAUSE CORRUPT LAW ENFORCEMENT HAVE NO PLACE IN AMERICA. I WANT SOME INTERNAL AFFAIRS OFFICERS FIRED. THIER NUMBERS SHOULD BE REDUCED BY FIFTY PERCENT. NO ROOM FOR DIRTY COPS IN AMERICA. I, DECLARE, UNDER PENALTY OF PERJURY THE ABOVE IS TRUE AND CORRECT.

DATED AND AMENDED
11-25-2021
JARED MARTIN COUNT BU 3774
KERN VALLEY STATE PRISON P.O. BOX 6000 DELANO, CA 93316

X _____
JARED MARTIN
IN PRO-PER

KERN VALLEY STATE PRISON NEEDS TO BE SHUT DOWN. THERE IS WATER COMING THROUGH THE WALL IN MY CELL. THERE IS RUST AND MOLD IN SEVERAL PLACES IN HERE AND I HAVE TOO MUCH WATER ON THE FLOOR. THERE SHOULD BE NO WATER ON THE FLOOR BUT AGAIN. IT IS COMING THROUGH THE WALL. THIS CELL IS UNSAFE AND UNHEALTHY. OTHER PRISONERS HAVE THE EXACT SAME PROBLEMS I HAVE. THIS PRISON WAS BUILT CHEAPLY AND POORLY. NOW, LET ME TELL YOU ABOUT THE MEDICAL TREATMENT. LACK OF MEDICAL TREATMENT. MORE FITTING TO SAY MEDICAL MISTREATMENT. THE NURSES ARE LAZY, LIARS WITH NASTY ATTITUDES AND SOME ARE JUST NASTY. WHEN THE CORRECTIONAL OFFICERS BEAT YOU UP. MEDICAL STAFF WILL NOT TREAT YOU. THEY WILL CREATE AND FILE FALSE MEDICAL REPORTS. MEDICAL STAFF WILL ACT LIKE YOU HAD NO INJURIES. NURSES WILL REPORT IT AS AN ACCIDENT. SOME, MOST, NO ALL, WILL WRITE A STATEMENT OPPOSITE OF WHAT YOU SAID HAPPENED. NOT REFLECTING WHAT YOU SAID HAPPENED. DENYING WHAT YOU SAID HAPPENED & CLAIM YOU SAID SOMETHING DIFFERENT. THAN WHAT YOU ACTUALLY SAID HAPPENED. THE MEDICAL STAFF AT THIS PRISON AND VALLEY STATE PRISON. COVER UP TORTURE OF PRISONERS AND SOME TORTURE PRISONERS

THEMSELVES. I WAS PUT IN VACUUM SEALED ROOMS. WHERE FREEZING AIR WAS PUMPED INTO THE ROOM. WHILE THE HEAT WAS ON RIGHT OUTSIDE THE DOOR. THIS WAS IN THE INFIRMARY. THIS SAME PRISON HOSPITAL THE DOCTOR DENIED ME TREATMENT SEVERAL TIMES. THE NURSES REFUSED TO GIVE ME MY MEDICINES SEVERAL TIMES. MEDICAL STAFF ALSO REFUSED TO FEED ME SEVERAL TIMES. AGAIN, NOT ONLY ARE MEDICAL STAFF COVERING UP PRISONER TORTURE. SOME ARE INVOLVED IN AND PARTICIPATING IN IT. I HAVE BEEN DENIED ICE PACKS AFTER HAVING HERNIA SURGERY AND HAVING A SWOLLEN GROIN. NURSES REFUSING TO CALL FOR EMERGENCY WHEN I HAVE CHEST PAIN. DIFFERENT QUOTES FROM DIFFERENT NURSES FOR DIFFERENT THINGS. ALL TO JUSTIFY UNCONSTITUTIONAL PRISONER TORTURE. "WELL YOU'RE JUST GOING TO HAVE TO SUCK IT UP!" "AIN'T SHIT IN YOUR FILE". "AIN'T A DAMN THING WRONG WITH YOU" "YOU'RE JUST TRYING TO GAME THE SYSTEM" "GET THE FUCK OUTTA HERE". AFTER HAVING TWO SURGERIES ON TWO SEPERATE OCCASIONS. PRISON MEDICAL STAFF REFUSED TO GIVE ME THE MEDICATION THE SURGEON PRESCRIBED. PRISON MEDICAL STAFF SAID "I COULDN'T HAVE THOSE MEDICINES," "THEY DON'T GIVE THOSE TO PRISONERS" THIS SURGEON OPERATES ON PRISONERS, HE WOULD NOT HAVE RECOMMENDED A MEDICINE THAT IS NOT GIVEN TO PRISONERS. THEY REFUSED TO GIVE ME MEDICINE APPROPRIATE FOR MY

WOUNDS. APPROPRIATE FOR MY HEALING AND RECOMMENDED BY THE SURGEON. ONE NURSE EVEN CALLED THE SURGEON AND SAID "WE ARE NOT GOING TO GIVE HIM PERCOCET." I HAVE SEEN BOTH PRISONS GIVE WHITES AND MEXICANS STRONGER MEDICINES FOR A TOOTHACHE AND OTHER MINOR ACHES, THAN OUR MEDICAL STAFF WILL GIVE ME AFTER HAVING SURGERY. CALIFORNIA DEPARTMENT OF CORRECTIONS ARE ABUSIVE, ENGAGING IN MEDICAL MALPRACTICE, THE MEDICAL EMPLOYEES ARE COMMITTING FEDERAL CRIMES. CORRECTIONAL OFFICERS HAVE BEAT ME UP IN FRONT OF NURSES. I STILL RECEIVED NO MEDICAL TREATMENT. ANOTHER UNSPOKEN PRISON RULE IS, WHEN CORRECTIONAL OFFICERS BEAT THE HELL OUT OF AN INMATE. DO NOT HELP THE PRISONER. THIS WAS THE ROUTINE WHEREVER I WAS AT. MEDICAL STAFF WERE JUST AS BRUTAL, JUST AS LAW BREAKING, AS IMMORAL AND UNETHICAL AS CORRECTIONAL OFFICERS. CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION MEDICAL STAFF AND EMPLOYEES ARE COMMITTING UNCONSTITUTIONAL PRISONER TORTURE. COVERING UP ABUSE AND MISCONDUCT. CDCR MEDICAL STAFF ARE FALSIFYING MEDICAL REPORTS, 7219, MEDICAL HISTORIES, TAMPERING WITH WITNESS AND EVIDENCE. KERN VALLEY STATE PRISON MEDICAL STAFF ARE COMMITTING FEDERAL CRIMES. I, DECLARE THE ABOVE TO BE TRUE AND CORRECT UNDER PENALTY OF PERJURY.

DATED AND AMENDED
11-28-2021
JARED MARTIN CDCR # BL1274
KERN VALLEY STATE PRISON P.O. BOX 6000
DELANO, CA 93216

X _____
JARED MARTIN
IN PRO-PER

CORRECTIONAL OFFICER DELACRUZ WORKS IN MY HOUSING UNIT. TODAY DELACRUZ DID ANOTHER HARASSING CELL SEARCH WHEN I WENT TO PILL CALL. OFFICER DELACRUZ HAS WRITTEN ME UP FOR THINGS I DID NOT DO. HE HAS USED EXCESSIVE AND UNNECESSARY FORCE ON ME MULTIPLE TIMES. DELACRUZ HAS THROWN MY FOOD ON THE FLOOR. HE ALSO HAS NOT FED ME AND REFUSED TO GIVE ME SHOWERS. OFFICER DELACRUZ HAS REFUSED TO HAVE REPAIR WORK DONE IN MY CELL. REFUSED TO GIVE ME BLANKETS TO STOP MY CELL FROM FLOODING. LEFT ME WITH BUSTED SHOES AND HOLES IN MY SOCKS. CORRECTIONAL OFFICER DELACRUZ HAS BEEN ABUSING ME EVER SINCE I MOVED INTO THIS BUILDING. TODAY HE TWISTED MY ARMS AND PUT HANDCUFFS ON ME TOO TIGHT. OFFICER DELACRUZ IS ENGAGING IN UNCONSTITUTIONAL PRISONER TORTURE. HE HAS TURNED OFF THE TELEVISION. HE GIVES ME THE FUCK YOU FINGER. HE AND TOLD PRISONERS HE DID IT BECAUSE " I WRITE 602S ON HIM". HE DID THAT

TO TRY TO GET THE OTHER INMATES TO JUMP ON ME. OFFICER DELACRUZ HAS MANY TIMES REFUSED TO LET ANYONE PUSH ME IN MY WHEELCHAIR, INCLUDING THE ADA WORKER, CORRECTIONAL OFFICERS DELACRUZ, LOPEZ, GARCIA, MENDOZA, CASTILLO AND OTHERS. HAVE BEEN STARVING, BEATING, ABUSING, THREATENING, TORTURING, TERRORIZING AND TRYING TO MURDER ME. CALIFORNIA DEPARTMENT OF CORRECTIONS WILL NOT STOP HIM. KERN VALLEY STATE PRISON HAS GIVEN OFFICER DELACRUZ PERMISSION TO HARASS AND ABUSE ME. TO VIOLATE MY CIVIL RIGHTS AND PERMISSION TO ENGAGE IN FEDERAL CRIMES AND POLICE MISCONDUCT AND POLICE BRUTALITY. I WANT OFFICER DELACRUZ FIRED AND ARRESTED. I WANT STATE AND FEDERAL JUSTICE DEPARTMENT INVESTIGATIONS OF KVSP, CDCR, ISU AND INTERNAL AFFAIRS, I WANT 200 MILLION DOLLARS IN DAMAGES. DOZENS OF PEOPLE HAVE WITNESSED ME BEING MISTREATED AND NEGLECTED BY CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION EMPLOYEES. CDCR IS WELL AWARE OF THE ABUSE AND ATTEMPTS ON MY LIFE. CDCR HAS

NOT STOPPED CORRECTIONAL OFFICERS FROM BEATING AND ABUSING ME. CDCR STAFF, OFFICIALS AND EMPLOYEES HAVE ONLY TAMPERED WITH WITNESSES AND EVIDENCE AND TRIED TO COVER UP OFFICER DELIBERATE TORTURE AND ABUSE OF ME. WITNESSES INCLUDE: GREGORY WASHINGTON F44667, ALBERT MITCHELL BB3207, WEEKS BJ3275, FRYE AU5648, LEE P5333, HARVEY A57084 DAVID AW7860, MCCOY G67361, FRAZER AX3250 AND OTHERS. KERN VALLEY STATE PRISON AND CDCR ARE FULL OF CORRUPT LAW ENFORCEMENT. I AM CONSTANTLY AND CONSTANTLY BEING ATTACKED, NEGLECTED, ABUSED, TORTURED AND RETALIATED AGAINST, ITS ALL DAY, EVERY DAY I ASK CDCR EMPLOYEES TO STOP THE ABUSE. THEY WILL NOT BECAUSE I AM OLD, CRIPPLED, BLACK, IN A WHEELCHAIR AND GOING HOME IN MARCH THEY (CORRECTIONAL OFFICERS) DONT WANT ME TO GO HOME. THEY WANT ME TO STAY HERE SO THEY CAN BEAT AND TERRORIZE AND TORTURE ME. THESE CORRECTIONAL OFFICERS WANT ME dead. I, declare, under PENALTY OF PERJURY THE ABOVE IS TRUE AND CORRECT DATED 2-2-2022

JARED MARTIN CDCR # BL1379

KERN VALLEY STATE PRISON P.O. BOX 6000 DELANO, CA 93

X JARED MARTIN IN PRO-PER

A couple of days ago, my doctor here at the prison, Dr. Bonilla said medical staff denied my back surgery. I was not surprised when she told me. It was obvious, if they would not give me pain managent. They definitely would not repair a bad disk or protruding bones in my back, that would reduce the pain and suffering I am going through. These people, prison medical staff, teams, committees, are not into stopping prisoners pain and suffering. Especially black prisoners pain and suffering. It is partly economical reasons and partly racism but it is mainly torture. This denial of back surgery is to torture prisoners. It is to futher punish me for being in prison. If everyone knows I need back surgery why would they not do it? Torture. It is to torture me. It is so my back can get worse. It is because prison medical employees do not care. It is because of medical malpractice and deliberate indifference. It is because they are being malicious, sadistic and are intentionally refusing to give me proper medical care.

THEY REFUSE TO GIVE ME BACK SURGERY OR PAIN MANAGEMENT BECAUSE THEY WANT TO KEEP ME IN PAIN. I HAVE SERIOUS MEDICAL NEEDS THAT ARE NOT BEING TREATED. WHAT MEDICAL DOCTOR, STAFF, EMPLOYEE WOULD DENY A PERSON WHO NEEDS BACK SURGERY, BACK SURGERY? THERE IS ONLY ONE ANSWER. ANY MEDICAL OFFICIAL WHO HAS THE POWER TO PROVIDE BACK SURGERY, TO HELP OR TO PROVIDE RELIEF FOR CHRONIC PAIN, TO TREAT A MAJOR DISABILITY ISSUE BUT REFUSES, IT IS REALLY ONLY ONE ANSWER. THE HIDDEN POLICY IS DO NOT GIVE PRISONERS BACK SURGERY, MAKE THEM STAY IN PAIN, KEEP THEM HURTING AND DISABLED. TORTURE THEM. I KNEW PRISON MEDICAL OFFICIALS. I KNEW CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION EMPLOYEES WOULD DENY MY BACK SURGERY BECAUSE I KNOW TWO OTHER BLACK MEN ON THIS SAME PRISON YARD, DID THE SAME TO THEM AS THEY ARE DOING TO ME. DENIED BOTH OF THEM BACK SURGERY, KNOWING THEY NEEDED AND REFUSED TO PROVIDE PROPER MEDICAL TREATMENT. SO YES CDCR MEDICAL STAFF ARE RACIST AND THEY ARE TORTURING ME, I, DECLARE, UNDER PENALTY OF PERJURY THE ABOVE IS TRUE AND CORRECT.
DATED AND AMENDED
3-10-2022
JARED MARTIN CDCR #BU379
KERN VALLEY STATE PRISON P.O. BOX 6000 DELANO, CA 93216

X ~~~~~~
JARED MARTIN
IN PRO-PER