Case 1:22-cv-00002-DAD-SAB   Document 25   Filed 05/16/22   Page 1 of 2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JARED ANDREW MARTIN, | No. 1:22-cv-00002-DAD-SAB (PC) |
|---|---|
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| D. CASTILLO, et al., | |
| Defendants. | (Doc. Nos. 20, 21) |

Plaintiff Jared Andrew Martin is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 6, 2022, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for a temporary restraining order (Doc. No. 20) be denied. (Doc. No. 21.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 4.) To date, no objections have been filed with the court and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly,

1. The findings and recommendations issued on April 6, 2022 (Doc. No. 21) are adopted; and
2. Plaintiff's motion for a temporary restraining order (Doc. No. 21) is denied.

IT IS SO ORDERED.

Dated: **May 16, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

2