Plaintiff's Name **Jared Martin**
Inmate No. **1199594**
Address **Madera County Jail**
**195 Tozer Street**
**Madera, CA 93638**

FILED

JUN 21 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**Jared Andrew Martin**
(Name of Plaintiff)

**1:22-CV-00002**
(Case Number)

vs.

**O. Castillo**
**Christian Pfeiffer**
**Sergeant Escoredo**
**Kathleen Allison**
**County of Kern**
**City of Delano**
(Names of all Defendants)

1st AMENDED CIVIL RIGHTS COMPLAINT UNDER:

☒ 42 U.S.C. 1983 (State Prisoner)

☐ **Bivens** Action [403 U.S. 388 (1971)] (Federal Prisoner)

RECEIVED
JUN 21 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

**I. Previous Lawsuits** (list all other previous or pending lawsuits on additional page):

A. Have you brought any other lawsuits while a prisoner? Yes ✓ No ___

B. If your answer to A is yes, how many? **3**

Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

1. Parties to this previous lawsuit:

Plaintiff **Jared Martin**

Defendants **Jerardo Gutierrez**

2. Court (if Federal Court, give name of District; if State Court, give name of County)
**Eastern District**

3. Docket Number **1:22-CV-00600**    4. Assigned Judge _____

5. Disposition (Was the case dismissed? Appealed? Is it still pending?)
**Pending**

6. Filing Date (approx.) _____    7. Disposition Date (approx.) PENDING

## II. Exhaustion of Administrative Remedies

**NOTICE:**   Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prior to filing suit, inmates are required to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes __✓__    No_____

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes __✓__    No_____

C. Is the process completed?

Yes __✓__    If your answer is yes, briefly explain what happened at each level.

_____
_____
_____
_____
_____

No_____    If your answer is no, explain why not.

_____
_____
_____
_____

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name D. CASTILLO   is employed as CORRECTIONAL OFFICER

Current Address/Place of Employment _____

B. Name **Christian Pfeiffer** is employed as **Warden**

Current Address/Place of Employment _____

C. Name **Kathleen Allison** is employed as _____

Current Address/Place of Employment _____

D. Name **Sergeant Escobedo** is employed as _____

Current Address/Place of Employment _____

E. Name **County of Kern** is employed as _____

Current Address/Place of Employment _____

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

**Claim 1:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

First, Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments U.S. Constitution

**Supporting Facts** (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

Correctional Officer D. Castillo felt on me in a sexual way several times. Officer Castillo also would use excessive force, he tried to push me into a gate, he squeezed my arm and twisted it. Castillo would threaten to lie and say I assaulted him. Castillo tried to make me undress in extreme cold to try to freeze me. Castillo would do harassing cell searches,

TRASH MY CELL AND STEAL MY BELONGINGS, CASTILLO WOULD HAVE/MAKE OTHER OFFICERS HARASS, THREATEN AND ABUSE ME. CASTILLO USED TO SNATCH ME OUT OF THE THE PILL LINE AND THROW MY PILLS IN THE TRASH OR JUST CONTINUE TO STALK ME TO MAKE ME NOT COME TO GET MY MEDICINE OR PREVENT THE NURSES FROM GIVING MY PILLS TO ME. ONCE AFTER THE DAY I HAD SURGERY CASTILLO REFUSED TO LET ME SEE THE NURSE. I ENDED UP HAVING TO GO TO THE EMERGENCY ROOM. CASTILLO ALWAYS SCREAMED AT ME AND PICKED ON ME AND ABUSED ME. HE TRIED TO SET ME UP TO KEEP ME IN PRISON. I HAVE WITNESSES. THIS MAN TORMENTED ME AND TORTURED ME. CASTILLO DID MORE.

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

FIRST, FOURTH, FIFTH, SIXTH, EIGHTH AND FOURTEENTH AMENDMENTS UNITED STATES CONSTITUTION.

**Supporting Facts** (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

SERGEANT ESCUBEDO USED TO HELP CASTILLO PREY ON ME AND PICK ON ME. HE USED TO PARTICIPATE IN THE SEXUAL ASSAULTS AND TRY TO COVER THEM UP. WARDEN CHRISTIAN PFEIFFER KNEW ABOUT THE ABUSE AND DID NOTHING. I ALSO WOULD ATTEMPT TO PFEIFFER DIRECTLY ON THE YARD. EVERY TIME I TOLD HIM I WAS BEATEN AND ABUSED PFEIFFER WOULD JUST WALK AWAY. HE NEVER MADE ANY ATTEMPT TO STOP IT. KATHLEEN ALLISON IS THE CALIFORNIA OF DEPARTMENT AND ~~REHABILITAT~~ OF CORRECTIONS AND REHABILITATION SECRETARY. I WROTE HER NUMEROUS TIMES. SHE

ALSO WOULD NOT STEP IN TO STOP OFFICER CASTILLO FROM VIOLATING ME. KATHLEEN ALLISON AND CHRISTIAN PFEIFFER KNEW full well OFFICER CASTILLO WAS TORTURING AND TERRORIZING ME. I HOLD THE COUNTY OF KERN AND THE CITY OF DELANO RESPONSIBLE AS WELL. I TOLD THE SHERIFF AND DISTRICT ATTORNEYS OFFICE AND AGAIN NO ONE STOPPED CASTILLO OR ESCOBEDO. EVERYONE IS AWARE OF THE BEHAVIOR OF THIS MAN. THEY ALL KNEW, NO ONE WOULD HELP ME.

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I WANT A JURY TRIAL. I WANT CASTILLO AND ESCOBEDO FIRED AND ARRESTED. I WANT U.S. ATTORNEY ASSISTANCE AND FBI PROTECTION. I WANT STATE AND FEDERAL JUSTICE DEPARTMENT INVESTIGATIONS OF CDCR, KERN VALLEY STATE PRISON AND THE OFFICE OF INTERNAL AFFAIRS. I WANT 700 MILLION DOLLARS IN DAMAGES. THEY ARE TRYING TO KILL ME.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 6-9-2022    Signature of Plaintiff: _____

(Revised 4/4/14)