Plaintiff's Name JARED MARTIN

Inmate No. 1199594

Address MADERA COUNTY JAIL
145 TOZER STREET
MADERA, LA 93638

FILED

JUL 20 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Jared Andrew Martin
(Name of Plaintiff)

1:22-CV-00002
(Case Number)

vs.

D. CASTILLO
Christian Pfeiffer
Kathleen Allison
County of Kern
City of Delano

**AMENDED CIVIL RIGHTS COMPLAINT UNDER:**

☑ 42 U.S.C. 1983 (State Prisoner)

☐ Bivens Action [403 U.S. 388 (1971)] (Federal Prisoner)

RECEIVED

JUL 20 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

(Names of all Defendants)

**I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):**

A. Have you brought any other lawsuits while a prisoner? Yes ✓ No____

B. If your answer to A is yes, how many? 6

Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

1. Parties to this previous lawsuit:

Plaintiff JARED MARTIN

Defendants OFFICER NORTHCUTT ET AL,
Christian Pfeiffer

2. Court (if Federal Court, give name of District; if State Court, give name of County)
Eastern District

3. Docket Number 1:22-CV-00748   4. Assigned Judge _____

5. Disposition (Was the case dismissed? Appealed? Is it still pending?)
PENDING

PAGE 7 OF 6

6. Filing Date (approx.) _____   7. Disposition Date (approx.) _____

## II. Exhaustion of Administrative Remedies

**NOTICE:**    Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a).  Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002).  If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes___✓___   No_____

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes_____   No_____

C. Is the process completed?

Yes_____          If your answer is yes, briefly explain what happened at each level.

I HAD GRIEVANCES APPROVED AND GRANTED FROM THE PRISON and CDCR IN SACRAMENTO. MOST OF EVERY INSTANCE THERE WERE LIES AND ATTEMPTED COVER UPS BY CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION EMPLOYEES.

No_____          If your answer is no, explain why not.

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below.  If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name __D. CASTILLO__ is employed as __CORRECTIONAL OFFICER__
Current Address/Place of Employment __KERN VALLEY STATE PRISON__

PAGE 2 OF 6

B. Name __CHRISTIAN PFEIFFER__ is employed as __WARDEN__

Current Address/Place of Employment __KERN VALLEY STATE PRISON__

C. Name __KATHLEEN ALLISON__ is employed as __SECRETARY OF THE CDCR__

Current Address/Place of Employment _____

D. Name __COUNTY OF KERN__ is employed as _____

Current Address/Place of Employment _____

E. Name __CITY OF DELANO__ is employed as _____

Current Address/Place of Employment _____

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

**Claim 1**: The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

1ST, 4TH, 5TH, 6TH, 8TH AND 14TH AMENDMENTS UNITED STATES CONSTITUTION, EXCESSIVE FORCE, SEXUAL ASSAULT HARASSING CELL SEARCHES, SUPERVISOR LIABILITY

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

I HAVE OVER A DOZEN WITNESSES WHO HAVE COME FORWARD AND SAID EXACTLY AS I HAVE SAID. THE EXCESSIVE FORCE HAPPENED MORE THAN ONCE, OFFICER CASTILLO SEXUALLY FELT ON ME MORE THAN ONCE, CASTILLO RAIDED MY CELL FOR NO REASON OTHER THAN TO HARASS ME AND STEAL FROM ME MORE THAN ONCE, OFFICER CASTILLO INTERFERED IN MY

PAGE 3 OF 6

MEDICAL CARE DOZENS OF TIMES. I HAVE WITNESSES WHO HAVE COME FORWARD AT THE PRISON AND WILL COME FORWARD AT TRIAL, WARDEN CHRISTIAN PFEIFFER KNEW BECAUSE I TOLD HIM TO HIS FACE AND WROTE HIM LETTERS. I ALSO WROTE KATHLEEN ALLISON SEVERAL TIMES AND RECEIVED COMMUNICATIONS FROM HER OFFICE SAYING EXHAUST THE REMEDIES AND SUE. SHE KNEW AND KNOWS ALL ABOUT THESE ISSUES. YES, THE CITY OF DELANO AND THE COUNTY OF KERN POLICIES HAVE ALLOWED CORRECTIONAL OFFICER D. CASTILLO TO BRUTALIZE ME. NOT STEPPING IN, NOT STEPPING UP, MAKE THEM RESPONSIBLE.

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

1RST, 4TH, 5TH, 6TH, 8TH AND 14TH AMENDMENTS U.S. CONSTITUTION. DELIBERATE INDIFFERENCE TO MEDICAL NEED, CITY OF DELANO, COUNTY OF KERN AS DEFENDENTS

**Supporting Facts** (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

THOSE IN AUTHORITY THE WARDEN, THE SECRETARY OF CDCR, THE CITY OF DELANO AND THE COUNTY OF KERN COULD HAVE STOPPED OFFICER CASTILLO AT ANY TIME AND REFUSED TO. JUST LIKE JUDGE MAGISTRATE BOONE CONTINUES TO MAKE EXCUSES. FIRST MAGISTRATE BOONE TELLS ME I SAID TOO MUCH ABOUT THE ABUSE AND THEN TELLS ME I WROTE TOO LITTLE. OVER A DOZEN WITNESSES HAVE SAID THEY SAW CASTILLO FEEL ON ME SEXUALLY, DENY AND INTERFERE WITH MY MEDICAL TREATMENT, HARASS ME AND STEAL FROM ME AND PHYSICALLY ATTACK ME. ALL OF

PAGE 4 OF 6

THESE THINGS WERE DONE TO ME BY CORRECTIONAL OFFICER CASTILLO BECAUSE HE WANTED TO. I did NOTHING TO DESERVE TO BE TREATED LIKE THAT. HE DID IT BECAUSE HE IS A MONSTER. HE DID IT BECAUSE PFEIFFER, ALLISON, THE CITY OF DELANO AND THE COUNTY OF KERN LET HIM DO IT. HE TORTURED ME BECAUSE JUDGE MAGISTRATE BOONE AND THOSE IN POWER MAKE EXCUSES AND ACT LIKE IT DIDN'T HAPPEN. I HAVE WENT INTO GREAT DETAIL, MANY TIMES, IT'S A COVERUP.

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I WANT A JURY TRIAL, I WANT 100 MILLION DOLLARS IN DAMAGES. JUDGE BOONE CONTINUES TO HAVE ME TELL HIM THE SAME THING, ONLY HE GIVES ME LESS PAGES TO DO IT WITH. YOU CANNOT GIVE MORE DETAIL WITH LESS PAGES. JUDGE BOONE HAS EVIDENCE CASTILLO DID THESE THINGS TO ME. I HAVE WITNESSES AND EVIDENCE, TIME FOR TRIAL

**I declare under penalty of perjury that the foregoing is true and correct.**

Date: 7-14-2022     Signature of Plaintiff: _____

(Revised 4/4/14)

PAGE 5 OF 6

DECLARATION IN SUPPORT OF CIVIL RIGHTS
CIVIL LAWSUIT   CASE NO. 1:22-CV-00002

FROM THE MOMENT I RECEIVED MY FIRST COMMUNICATION FROM JUDGE MAGISTRATE BOONE. IT WAS OBVIOUS HE WOULD MAKE EVERY ATTEMPT TO TRY TO DESTROY MY CLAIMS. THIS IS PERSONAL MAGISTRATE BOONE HAS BEEN TOLD BY ME SEVERAL TIMES IN SEVERAL DIFFERENT WAYS. I WAS BEATEN, ABUSED, SEXUALLY ASSAULTED BY CORRECTIONAL OFFICERS AND THEY TRIED TO MURDER ME. OFFICER CASTILLO HAS PLAYED AROUND AND WITH MY ALL AREA MORE THAN ONCE, PLAYED AROUND MY PRIVATE FRONT PARTS MORE THAN ONCE, TRIED TO MAKE ME TAKE MY CLOTHES OFF AND GET NAKED MORE THAN ONCE, THESE WERE NOT SEARCHES, IT WAS TO GET NASTY WITH ME, FOR SEXUALLY PLEASURIZING HIMSELF. TWISTING MY ARMS AND SLAMMING ME AROUND AND MAKING ME FALL AND PUTTING HANDCUFFS ON ME FOR NO REASON HAPPENED ALL THE TIME BY CASTILLO. HE DID THESE THINGS BECAUSE HE WANTED TO, BECAUSE HE HAD THE POWER. THROWING MY PILLS IN THE TRASH, NOT LETTING ME GET MEDICAL TREATMENT AND JUST STRAIGHT JUMPING UP IN MY FACE AND THREATENING VIOLENCE TO KEEP ME FROM GETTING HEALTHCARE HAPPENED ALL THE TIME. I AM TIRED OF JUDGE MAGISTRATE BOONE AND HIS LYING. HE HAS BEEN TOLD TOO MANY TIMES IN TOO MANY DIFFERENT WAYS, CASTILLO TORTURED ME. THE BOTTOM LINE IS THIS, JUDGE BOONE DOES NOT CARE WHAT A DIRTY COP DOES TO WHAT INMATE, I HAVE WITNESSES AND EVIDENCE, IF BOONE WANTS TO KEEP ACTING LIKE CASTILLO WASN'T ABUSING INMATES ON HIM, I AINT GOING TO KEEP ASKING BOONE TO DO RIGHT, IT'S CLEAR HE WILL NOT.

PAGE 6 OF 6