United States District Court
Eastern District of California

CASE NO. 1:22-CV-00002
CASE NAME: MARTIN v. D. CASTILLO, ET

FILED
AUG 01 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## MOTION TO DISMISS

As stated on multiple occasions and witnessed by dozens of people, Correctional Officer D. Castillo violated my constitutional rights. He beat and abused and sexually assaulted me. I ask the court to dismiss my complaint without prejudice. I have witnesses and documentation of the torture I suffered from Officer Castillo. Even though I cannot express it in the verbage that the court expects of me, these things happened, they were malicious and unnatural and done to hurt me. I wish to ask the court own my own motion to dismiss this action. So that at a later date when I understand the law more, when I am better able to express myself, I will be able to pursue these matters in another action. If I let him (Castillo) get away with this, I will be scared for the rest of my life. I, declare, under penalty of perjury the foregoing is true and correct.

DATED 7-26-2022

JARED MARTIN # 1199594
MADERA COUNTY JAIL
195 TOZER STREET
MADERA, CA 93638

X _____
JARED MARTIN
IN PRO-PER

INDIGENT
LEGAL